MILLER NASH GRAHAM & DUNN LLP
Sanford R. Landress, OSB No. 814382
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

Attorneys for Defendant
IRZ Consulting, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>GREGORY JOHN TE VELDE,<br><br>Debtor. | Bankruptcy Case No. 18-11651-A-11<br><br>Chapter 11<br><br>Adv. Pro. No. 19-01033-A |
| RANDY SUGARMAN, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC;<br><br>Defendant. | DC No.: MNG-2<br><br>DEMAND FOR JURY TRIAL<br><br>DEFENDANT IRZ CONSULTING, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>Hearing<br>Date: June 12, 2019<br>Time: 2:00 p.m.<br>Place: United States Courthouse<br>2500 Tulare Street, Rm. 11, 5th Fl.<br>Fresno, California 93721<br>Judge: Hon. Frederick E. Clement |

TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE:

1   Pursuant to Fed. R. Civ. 12(b)(6), made applicable by Bankruptcy Rule 7012(b), and
2   Oregon Revised Statute 30.300, defendant IRZ Consulting, LLC ("IRZ") moves for an order
3   dismissing the first, second, and third claims of plaintiff's complaint.
4   This motion is based on the record herein, the record in the pre-existing removed Oregon
5   adversary proceedings, the record in the pre-existing adversary proceeding filed by the Trustee,
6   the declaration of Wayne Downey, and IRZ's supporting memorandum of law.

**Demand for Jury Trial**

8   IRZ has a right to a jury trial, hereby demands a jury trial pursuant to Fed. R. Civ. P. 38,
9   Bankruptcy Court Local Rule 7038-1, and District Court Civil Rule 201, and does not consent to
10  that jury trial being conducted by the bankruptcy judge.

Dated: April 26, 2019           MILLER NASH GRAHAM & DUNN LLP


By: *s/ Sanford R. Landress*
Sanford R. Landress, OSB No. 814382
Attorneys for Defendant IRZ Consulting, LLC,
admitted *pro hac vice* by Doc. No. 164