MILLER NASH GRAHAM & DUNN LLP
Sanford R. Landress, OSB No. 814382
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

Attorneys for Defendant
IRZ Consulting, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>GREGORY JOHN TE VELDE,<br><br>Debtor. | Bankruptcy Case No. 18-11651-A-11<br><br>Chapter 11<br><br>Adv. Pro. No. 19-01033-A |
| RANDY SUGARMAN, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC;<br><br>Defendant. | DC No.: MNG-4<br><br>DEFENDANT'S EX PARTE MOTION FOR ORDER SHORTENING TIME IN WHICH TO SERVE NOTICE OF MOTION AND MOTION FOR ORDER STAYING PROCEEDING PENDING DISTRICT COURT'S RULING ON WITHDRAWAL OF REFERENCE<br><br>Judge: Hon. Fredrick E. Clement |

TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE:

Defendant IRZ Consulting, LLC ("IRZ") respectfully moves for an Order Shortening

Time in which to serve its "Defendant's Motion for Order Staying Proceeding Pending District

1　Court's Ruling on Withdrawal of Reference" (the "Motion") pursuant to Local Rule 9014-1(f)(1)

2　to 16 days from the date of filing of the Motion, so that this matter may be heard at the Status

3　Conference on May 22.  IRZ further requests that any opposition to the Motion be filed on or

4　before May 16, 2019 at noon.

5　　　　　This motion is based on the Declaration of Sanford R. Landress filed herewith.

6　Dated:  May 8, 2019　　　　　　　　　MILLER NASH GRAHAM & DUNN LLP

8　　　　　　　　　　　　　　　　　　　　By: *s/ Sanford R. Landress*
　　　　　　　　　　　　　　　　　　　　　　Sanford R. Landress, OSB No. 814382
9　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant IRZ Consulting, LLC,
　　　　　　　　　　　　　　　　　　　　　　admitted *pro hac vice* by Doc. No. 164

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
PORTLAND

4840-0293-1350.1　　　　　　- 2 -　　　　DEFENDANT'S EX PARTE MOTION FOR ORDER SHORTENING TIME IN WHICH TO SERVE NOTICE OF MOTION AND MOTION