2
MILLER NASH GRAHAM & DUNN LLP
Sanford R. Landress, OSB No. 814382
Kyle Scuichetti, WSB No. 26264
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
T: 503.224.5858 | F: 503.224.0155

Attorneys for Defendant IRZ Consulting, LLC

MACCONAGHY & BARNIER, PLC
John H. MacConaghy, No. 83684
645 First St. West, Suite D
Sonoma, CA 95476
T: 707.935.3205 | F: 707.935.7051

Attorneys for Plaintiff Randy Sugarman,
Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 18-11651-A-11 |
| GREGORY JOHN TE VELDE, | Chapter 11 |
| Debtor. | Adv. Pro. No. 19-01033-A |
| | DCN: MNG-3 |
| RANDY SUGARMAN, CHAPTER 11 TRUSTEE, | JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER |
| Plaintiff, | **(Oral Argument Requested)** |
| v. | Date: July 18, 2019<br>Time: 2:00 p.m.<br>Place: 2500 Tulare Street<br>Fresno, CA 93721 |
| IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC; | Dept.: Courtroom 11, Dept. A<br>Judge: Hon. Fredrick E. Clement |
| Defendant. | |

1    The parties jointly request entry of a proposed Stipulated Protective Order (the "Proposed Order"), submitted as Exhibit 1 to the Declaration of Sanford R. Landress. The parties agree that the Proposed Order is appropriate in this proceeding.

   WHEREFORE, the parties jointly move for the entry of the Proposed Order.

Dated: July 2, 2019       MILLER NASH GRAHAM & DUNN LLP

By: *s/ Sanford R. Landress*
     Sanford R. Landress, OSB No. 814382
     Attorneys for Defendant IRZ Consulting, LLC,
     admitted *pro hac vice* by Doc. No. 164

Dated: July 2, 2019       MacCONAGHY & BARNER, PLC

By: *s/ John H. MacConaghy*
     John H. MacConaghy, No. 83684
     Attorneys for Plaintiff Randy Sugarman,
     Chapter 11 Trustee