# Exhibit 6

1    MILLER NASH LLP
     Kyle D. Sciuchetti, Admitted Pro Hac Vice
2      *kyle.s@millernash.com*
     Brianna J. Wellman, Admitted Pro Hac Vice
3      *brianna.wellman@millernash.com*
     US Bancorp Tower
4    111 SW Fifth Avenue, Suite 3400
     Portland, Oregon 97204
5    Telephone:     503.224.5858
     Facsimile:     503.224.0155
6
     MCCORMICK, BARSTOW, SHEPPARD,
7    WAYTE & CARRUTH LLP
     Hagop T. Bedoyan, #131285
8      *hagop.bedoyan@mccormickbarstow.com*
     Matthew P. Bunting, #306034
9      *mattnew.bunting@mccormickbarstow.com*
     7647 North Fresno Street
10   Fresno, California 93720
     Telephone:     559.433.1300
11   Facsimile:     559.433.2300

12   Attorneys for IRZ Consulting, LLC

13                  UNITED STATES BANKRUPTCY COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15                            FRESNO DIVISION

16

17   In re                                 Bankruptcy Case No. 18-11651-A-11

18   GREGORY JOHN TE VELDE,                 Chapter 11

19   Debtor.                                Adv. Pro. No. 19-01033-B

20

21   RANDY SUGARMAN, CHAPTER 11          **IRZ CONSULTING, LLC'S**
     TRUSTEE,                            **SUPPLEMENTAL RESPONSE TO THIRD-**
22                                       **PARTY DEFENDANT DARI-TECH, INC.'S**
                                         **FIRST INTERROGATORIES AND**
23   Plaintiff,                          **REQUESTS FOR PRODUCTION TO IRZ**
                                         **PARTIES**
24   v.

25   IRZ CONSULTING, LLC, a/k/a IRZ
     CONSTRUCTION DIVISION, LLC,
26

27   Defendant.

28

| | |
|---|---|
| 1 | IRZ CONSULTING, LLC, a/k/a IRZ CONSTRUCTION DIVISION, LLC, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | v. |
| 5 | U.S. FARM SYSTEMS; 4 CREEKS, INC.; JOHN FAZIO d/b/a FAZIO |
| 6 | ENGINEERING; DARI-TECH, INC.; LASER LAND LEVELING, INC.; MAAS |
| 7 | ENERGY WORKS, INC.; GEORGE CHADWICK d/b/a GEORGE CHADWICK |
| 8 | CONSULTING; VALMONT NORTHWEST, INC.; and NUCOR |
| 9 | BUILDING SYSTEMS UTAH LLC, |
| 10 | Third-Party Defendants. |

11    TO THIRD PARTY DEFENDANT DARI-TECH, INC., AND ITS ATTORNEYS OF RECORD:

12          Pursuant to F.R.C.P. 26, 33, and 34, IRZ Consulting, LLC ("IRZ"), objects and

13    supplements its responses to Dari-Tech, Inc.'s ("Dari-Tech") First Interrogatories and Requests

14    for Production ("Discovery Requests") as follows:

15                          **GENERAL OBJECTIONS**

16          The following general objections are incorporated in each of the responses to

17    Dari-Tech's Discovery Requests as if specifically set forth therein.

18          1.      IRZ objects to the Discovery Requests to the extent that they impose any

19    obligations on IRZ beyond those authorized by the Federal Rules of Civil Procedure, or the Local

20    Rules of this court. IRZ will supply responses consistent with the obligations imposed by the

21    Federal Rules of Civil Procedure and other applicable laws and rules.

22          2.      IRZ objects to the Discovery Requests to the extent they call for documents

23    and information or material protected by the attorney-client privilege, the work product doctrine,

24    and any other applicable privilege or discovery immunity. IRZ will not produce any such

25    privilege-protected documents or information, and the Discovery Requests will be construed by

26    IRZ, where possible, as not calling for such information or material.

27    / / /

28    / / /

3.　　IRZ objects to the Discovery Requests to the extent they seek information that is not relevant to the claims and defenses in this action or not reasonably calculated to lead to the discovery of admissible evidence. IRZ further objects to the extent that the Discovery Requests seek information that is not proportionate to the needs of this case.

4.　　IRZ objects to the Discovery Requests to the extent that they call for the production of documents or information not within IRZ's possession, custody, or control.

5.　　IRZ objects to the Discovery Requests to the extent that they seek discovery of public or other information that is as equally and readily available to Dari-Tech as it is to IRZ.

6.　　IRZ generally objects to the Discovery Requests to the extent that they are overly broad or seek the production of documents that would impose an undue burden on IRZ by requiring an unreasonably intensive, costly, and/or laborious search for documents.

7.　　In responding to the Discovery Requests, IRZ is making a good faith effort to identify readily accessible responsive electronic documents. Additional electronic records and computerized information not readily accessible will not be produced in the absence of an agreed-upon protocol, an appropriate protective order, and proper allocation of expenses.

8.　　A statement by IRZ that they will produce documents is not an affirmative statement that such documents exist or, if they exist, that they are within the possession, custody, or control of IRZ; it is only a statement that IRZ will produce documents to the extent they exist.

9.　　By producing documents, IRZ does not waive, but instead preserves, all evidentiary objections.

10.　　When indicating below what documents will be produced, IRZ means they will produce only those documents that are not subject to a claim of privilege or an objection. Documents that IRZ agrees to produce will be produced at a mutually convenient time at the offices of Miller Nash LLP, 111 SW Fifth Avenue, Suite 3400, Portland, Oregon 97204.

Each of these general objections is incorporated in each response set forth below as though fully stated therein. IRZ does not waive any general objection even though they may provide a substantive response to the requests for production.

Subject to and without waiving any objection, IRZ will provide the requested information as follows:

### SUPPLEMENTAL RESPONSES

**INTERROGATORY NO. 4:** Will you contend at trial that any specific item of equipment supplied by Dari-Tech to Lost Valley Farms failed to operate as represented by Dari-Tech? If so, identify:

- Each such piece of equipment,
- The manner in which you will contend that item of equipment failed to operate,
- The cause of any alleged failure in that item of equipment,
- Whether the item of equipment at the time of the alleged failure was being employed in a proper manner,
- Any action taken by te Velde and/or IRZ to report an alleged failure to Dari-Tech,
- Any action taken by te Velde and/or IRZ to correct the alleged failure, and
- Your contention as to how the failure of that item of equipment caused the Lost Valley Farm to fail.

**<u>RESPONSE:</u>**

**<u>Response to discrete subpart 1:</u>**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, Dari-Tech supplied the following relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

**Response to discrete subpart 2:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, Plaintiff alleges that an adequate and competent preliminary and/or final site plan, with waste handling, locations was not prepared. Plaintiff further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was installed and an inadequate flushing system for the waste to flow into the catch basins was installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff further alleges that inadequate impermeable surface areas throughout the system were specified, particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

**Response to discrete subpart 3:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set

by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, Plaintiff alleges that an adequate and competent preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was installed and an inadequate flushing system for the waste to flow into the catch basins was installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff further alleges that inadequate impermeable surface areas throughout the system were specified, particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

**Response to discrete subpart 4:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

/ / /

To the extent known at this time, Plaintiff alleges that an adequate and competent preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was installed and an inadequate flushing system, for the waste to flow into the catch basins, was installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff further alleges that inadequate impermeable surface areas throughout the system were specified, particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

**Response to discrete subpart 5:**

IRZ was not notified and/or aware of a failure such to notify Dari-Tech prior to the filing of the instant Action. IRZ is unaware as to whether te Velde notified Dari-Tech of any failure of any component. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

**Response to discrete subpart 6:**

IRZ was not notified and/or aware of a failure such to remedy Dari-Tech's failure prior to the filing of the instant Action. IRZ is unaware as to whether te Velde took action to remedy Dari-Tech's failure. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

**Response to discrete subpart 7:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

1          IRZ has not yet made a determination of what contentions will be presented at the

2 time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

3 Response.

4          To the extent known at this time, Plaintiff alleges that an adequate and competent

5 preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff

6 further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

7 installed and an inadequate flushing system, for the waste to flow into the catch basins, was

8 installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

9 specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

10 further alleges that inadequate impermeable surface areas throughout the system were specified,

11 particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

12 Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

13 Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and

14 (3) CST Storage water storage tank with roof.

15          **SUPPLEMENTAL RESPONSE:**

16          **Supplemental Response to discrete subpart 1:**

17          IRZ objects on grounds that the interrogatory seeks attorney work product,

18 attorney-client privileged information, and information covered by other applicable privileges and

19 immunities; as seeking expert-witness information before the deadline for expert disclosures set

20 by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

21 in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

22 IRZ responds as follows:

23          IRZ has not yet made a determination of what contentions will be presented at the

24 time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

25 Response.

26          To the extent known at this time, Dari-Tech supplied the following relevant items:

27 (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and

28 agitators with controls; and (3) CST Storage water storage tank with roof.

1    Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

2    answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

3    summarizing business records, and the burden of deriving or ascertaining the answer will be

4    substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

5    documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

6    IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

7    IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

8    IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

9    IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

10   IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

11   IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

12   IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

13   IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

14   IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

15   IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

16   IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

17   IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

18   IRZ013082, and IRZ013084.

19   **Supplemental Response to discrete subpart 2:**

20   IRZ objects on grounds that the interrogatory seeks attorney work product,

21   attorney-client privileged information, and information covered by other applicable privileges and

22   immunities; as seeking expert-witness information before the deadline for expert disclosures set

23   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

24   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

25   IRZ responds as follows:

26   IRZ has not yet made a determination of what contentions will be presented at the

27   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

28   Response.

To the extent known at this time, Plaintiff alleges that an adequate and competent preliminary and/or final site plan, with waste handling, locations was not prepared. Plaintiff further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was installed and an inadequate flushing system for the waste to flow into the catch basins was installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff further alleges that inadequate impermeable surface areas throughout the system were specified, particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or summarizing business records, and the burden of deriving or ascertaining the answer will be substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685, IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268, IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934, IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111, IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039, IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077, IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

/ / /

1    IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

2    IRZ013082, and IRZ013084.

3                    **Supplemental Response to discrete subpart 3:**

4            IRZ objects on grounds that the interrogatory seeks attorney work product,

5    attorney-client privileged information, and information covered by other applicable privileges and

6    immunities; as seeking expert-witness information before the deadline for expert disclosures set

7    by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

8    in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

9    IRZ responds as follows:

10           IRZ has not yet made a determination of what contentions will be presented at the

11   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

12   Response.

13           To the extent known at this time, Plaintiff alleges that an adequate and competent

14   preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff

15   further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

16   installed and an inadequate flushing system for the waste to flow into the catch basins was

17   installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

18   specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

19   further alleges that inadequate impermeable surface areas throughout the system were specified,

20   particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

21   Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

22   Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and

23   (3) CST Storage water storage tank with roof.

24           Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

25   answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

26   summarizing business records, and the burden of deriving or ascertaining the answer will be

27   substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

28   documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

IRZ013082, and IRZ013084.

### **Supplemental Response to discrete subpart 4:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, Plaintiff alleges that an adequate and competent preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was installed and an inadequate flushing system, for the waste to flow into the catch basins, was installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff further alleges that inadequate impermeable surface areas throughout the system were specified, particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or summarizing business records, and the burden of deriving or ascertaining the answer will be substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685, IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268, IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934, IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111, IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039, IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077, IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078, IRZ013082, and IRZ013084.

**Response to discrete subpart 7:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set

1  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

2  in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

3  IRZ responds as follows:

4        IRZ has not yet made a determination of what contentions will be presented at the

5  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

6  Response.

7        To the extent known at this time, Plaintiff alleges that an adequate and competent

8  preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff

9  further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

10  installed and an inadequate flushing system, for the waste to flow into the catch basins, was

11  installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

12  specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

13  further alleges that inadequate impermeable surface areas throughout the system were specified,

14  particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

15  Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

16  Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and

17  (3) CST Storage water storage tank with roof.

18        Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

19  answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

20  summarizing business records, and the burden of deriving or ascertaining the answer will be

21  substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

22  documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

23  IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

24  IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

25  IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

26  IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

27  IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

28  IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

1    IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

2    IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

3    IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

4    IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

5    IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

6    IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

7    IRZ013082, and IRZ013084.

8    **REQUEST FOR PRODUCTION NO. 1:** Produce all documents that relate or

9    refer to the alleged failure of any specific item of equipment supplied by Dari-Tech to Lost

10    Valley Farms as identified in your response to the interrogatory above.

11    **<u>RESPONSE:</u>**

12    IRZ objects to this Request on the grounds that it does not describe the documents

13    sought, including any electronically stored information, with reasonable particularity, as required

14    by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the

15    terms/phrases "relate or refer to" are facially overbroad and unduly burdensome, as "it is couched

16    in such broad language as to make arduous the task of deciding which of numerous documents

17    may conceivably fall within its scope." A Request seeking documents "pertaining to" or

18    "concerning" a broad range of items "requires the respondent either to guess or move through

19    mental gymnastics . . . to determine which of many pieces of paper may conceivably contain

20    some detail, either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel*

21    *Juvenile Group, Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.) IRZ objects on grounds that the

22    request seeks attorney work product, attorney-client privileged information, and information

23    covered by other applicable privileges and immunities; as seeking expert-witness information

24    before the deadline for expert disclosures set by the Court. IRZ may provide certain information

25    responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

26    Without waiving and subject to such objections, IRZ responds as follows:

27    / / /

28    / / /

1    IRZ has produced those documents in its care, custody, and control identified after

2    a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered

3    IRZ000001 through IRZ005092.

4    Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

5    Response.

6    **<u>SUPPLEMENTAL RESPONSE:</u>**

7    IRZ objects to this Request on the grounds that it does not describe the documents

8    sought, including any electronically stored information, with reasonable particularity, as required

9    by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the

10   terms/phrases "relate or refer to" are facially overbroad and unduly burdensome, as "it is couched

11   in such broad language as to make arduous the task of deciding which of numerous documents

12   may conceivably fall within its scope." A Request seeking documents "pertaining to" or

13   "concerning" a broad range of items "requires the respondent either to guess or move through

14   mental gymnastics . . . to determine which of many pieces of paper may conceivably contain

15   some detail, either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel*

16   *Juvenile Group, Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.)  IRZ objects on grounds that the

17   request seeks attorney work product, attorney-client privileged information, and information

18   covered by other applicable privileges and immunities; as seeking expert-witness information

19   before the deadline for expert disclosures set by the Court. IRZ may provide certain information

20   responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

21   Without waiving and subject to such objections, IRZ responds as follows:

22   IRZ has produced those documents in its care, custody, and control identified after

23   a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered

24   IRZ000001 through IRZ025155.

25   Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

26   Response.

27   / / /

28   / / /

**REQUEST FOR PRODUCTION NO. 2:** Produce all documents that relate or refer to the water requirements for the operation of Lost Valley Farm's waste management system.

**RESPONSE:**

IRZ objects to this Request on the grounds that it does not describe the documents sought, including any electronically stored information, with reasonable particularity, as required by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the terms/phrases "relate or refer to" are facially overbroad and unduly burdensome, as "it is couched in such broad language as to make arduous the task of deciding which of numerous documents may conceivably fall within its scope." A Request seeking documents "pertaining to" or "concerning" a broad range of items "requires the respondent either to guess or move through mental gymnastics . . . to determine which of many pieces of paper may conceivably contain some detail, either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel Juvenile Group, Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.) IRZ objects on grounds that the request seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has produced those documents in its care, custody, and control identified after a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered IRZ000001 through IRZ005092.

Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

**SUPPLEMENTAL RESPONSE:**

IRZ objects to this Request on the grounds that it does not describe the documents sought, including any electronically stored information, with reasonable particularity, as required by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the

terms/phrases "relate or refer to" are facially overbroad and unduly burdensome, as "it is couched in such broad language as to make arduous the task of deciding which of numerous documents may conceivably fall within its scope." A Request seeking documents "pertaining to" or "concerning" a broad range of items "requires the respondent either to guess or move through mental gymnastics . . . to determine which of many pieces of paper may conceivably contain some detail, either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel Juvenile Group, Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.) IRZ objects on grounds that the request seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has produced those documents in its care, custody, and control identified after a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered IRZ000001 through IRZ025155.

Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

**INTERROGATORY NO. 6:** Paragraph 5 of the Third-Party Complaint quotes from Paragraph 29 in the Trustee's Complaint and provides a list of deficiencies that the Trustee claims were acts and omissions by IRZ, and that IRZ now claims were the fault of Dari-Tech and/or others. Using the same bullet-list format, respond to the following:

- Identify any action or omission by Dari-Tech that you will contend resulted in a "preliminary or final site plan with structure, corral, and waste handling locations."

- Identify any act or omission by Dari-Tech that you will contend resulted in a failure to provide a "preliminary or final grading plan to be used for mass excavation calculations."

/ / /

1    • Identify any act or omission by Dari-Tech that you will contend resulted in a
2    failure to provide a "preliminary or final infrastructure plan to include onside
3    drain lines, underground water lines, and underground power lines."

4    • Identify any act or omission by Dari-Tech that you will contend resulted in a
5    failure "to prepare an adequate and competent preliminary and/or final effluent
6    water flow line plane to include adequate lines for site drainage, structures,
7    corrals, and effluent handling components to the lagoon systems."

8    • Identify any act or omission by Dari-Tech that you will contend resulted in a
9    failure "to prepare an adequate and competent preliminary and/or final lagoon
10   design sufficient to satisfy the Debtor's obligations under his CAFO permit
11   and other dairy entitlements."

12   • Identify any act or omission by Dari-Tech that you will contend resulted in
13   preparation of "a defective irrigation plan" and failure "to advise the Debtor
14   that there were too many acres under lease to Boardman Tree Farm, LLC to
15   enable the Debtor to install a sufficient number of irrigation pivots to properly
16   dispose of the effluent from a 12,000 head dairy herd."

17   • Identify any act or omission by Dari-Tech that you will contend resulted in the
18   preparation of "a defective site plan which provided insufficient grade in the
19   dairy stalls and an inadequate flushing system for the waste to flow into the
20   catch basins."

21   • Identify any act or omission by Dari-Tech that you will contend resulted in the
22   specification of "the use of porous decomposed granite for the bedding of the
23   dairy stalls, which absorbed and became saturated with the waste, preventing
24   the waste from flowing by gravity into the catch basin."

25   • Identify any act or omission by Dari-Tech that you will contend resulted in the
26   specification of "underground piping of insufficient diameter and flow, so that
27   the underground waste pipes consistently clogged and backed up."

28   / / /

1         •   Identify any act or omission by Dari-Tech that you will contend resulted in the

2             specification of "inadequate impermeable surface areas throughout the system,

3             particularly at the sand lane, so that waste regularly came in contact with

4             unprotected soil".

5         •   Identify any act or omission by Dari-Tech that you will contend resulted in the

6             specification of "overflow pipes and drains at improper heights so that effluent

7             improperly spilled out of the lagoons and the sand lane areas."

8         •   Identify any act or omission by Dari-Tech that you will contend resulted in

9             IRZ failing "to adequately perform its construction management and oversight

10           of the Debtor's subcontractors and materialmen to ensure that the construction

11           was undertaken in accordance with Defendant's plans, to the extent those plans

12           were not defective, and in a manner which would enable the Debtor to lawfully

13           operate under his CAFO once the dairy was commissioned."

14       **RESPONSE:**

15       **Response to discrete subpart 1:**

16          IRZ objects on grounds that the interrogatory seeks attorney work product,

17 attorney-client privileged information, and information covered by other applicable privileges and

18 immunities; as seeking expert-witness information before the deadline for expert disclosures set

19 by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

20 in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

21 IRZ responds as follows:

22          IRZ has not yet made a determination of what contentions will be presented at the

23 time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

24 Response.

25          To the extent known at this time, Dari-Tech supplied and installed the following

26 relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

27 pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

28   / / /

**Response to discrete subpart 2:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, Dari-Tech supplied and installed the following relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

**Response to discrete subpart 3:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, IRZ is not aware of any action by Dari-Tech relevant to this allegation.

**Response to discrete subpart 4:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and

immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, IRZ is not aware of any action by Dari-Tech relevant to this allegation.

**Response to discrete subpart 5:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, IRZ is not aware of any action by Dari-Tech relevant to this allegation.

**Response to discrete subpart 6:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

1    IRZ has not yet made a determination of what contentions will be presented at the

2    time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

3    Response.

4         To the extent known at this time, IRZ is not aware of any action by Dari-Tech

5    relevant to this allegation.

6         **Response to discrete subpart 7:**

7         IRZ objects on grounds that the interrogatory seeks attorney work product,

8    attorney-client privileged information, and information covered by other applicable privileges and

9    immunities; as seeking expert-witness information before the deadline for expert disclosures set

10   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

11   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

12   IRZ responds as follows:

13        IRZ has not yet made a determination of what contentions will be presented at the

14   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

15   Response.

16        To the extent known at this time, Dari-Tech supplied and installed the following

17   relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

18   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

19        **Response to discrete subpart 8:**

20        IRZ objects on grounds that the interrogatory seeks attorney work product,

21   attorney-client privileged information, and information covered by other applicable privileges and

22   immunities; as seeking expert-witness information before the deadline for expert disclosures set

23   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

24   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

25   IRZ responds as follows:

26        IRZ has not yet made a determination of what contentions will be presented at the

27   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

28   Response.

To the extent known at this time, Dari-Tech supplied and installed the following relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

**<u>Response to discrete subpart 9:</u>**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, Dari-Tech supplied and installed the following relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

**<u>Response to discrete subpart 10:</u>**

IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33(a) in that a party may serve on any other party no more than 25 written interrogatories, including all discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

1        To the extent known at this time, Dari-Tech supplied and installed the following

2 relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

3 pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

4        **Response to discrete subpart 11:**

5        IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33(a) in that

6 a party may serve on any other party no more than 25 written interrogatories, including all

7 discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product,

8 attorney-client privileged information, and information covered by other applicable privileges and

9 immunities; as seeking expert-witness information before the deadline for expert disclosures set

10 by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

11 in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

12 IRZ responds as follows:

13        IRZ has not yet made a determination of what contentions will be presented at the

14 time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

15 Response.

16        To the extent known at this time, Dari-Tech supplied and installed the following

17 relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

18 pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

19        **Response to discrete subpart 12:**

20        IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33(a) in that

21 a party may serve on any other party no more than 25 written interrogatories, including all

22 discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product,

23 attorney-client privileged information, and information covered by other applicable privileges and

24 immunities; as seeking expert-witness information before the deadline for expert disclosures set

25 by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

26 in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

27 IRZ responds as follows:

28 / / /

1    IRZ has not yet made a determination of what contentions will be presented at the

2 time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

3 Response.

4    To the extent known at this time, IRZ is not aware of any action by Dari-Tech

5 relevant to this allegation.

6    **SUPPLEMENTAL RESPONSE:**

7    **Supplemental Response to discrete subpart 1:**

8    IRZ objects on grounds that the interrogatory seeks attorney work product,

9 attorney-client privileged information, and information covered by other applicable privileges and

10 immunities; as seeking expert-witness information before the deadline for expert disclosures set

11 by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

12 in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

13 IRZ responds as follows:

14    IRZ has not yet made a determination of what contentions will be presented at the

15 time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

16 Response.

17    To the extent known at this time, Dari-Tech supplied and installed the following

18 relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

19 pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

20    Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

21 answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

22 summarizing business records, and the burden of deriving or ascertaining the answer will be

23 substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

24 documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

25 IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

26 IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

27 IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

28 IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268, IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934, IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111, IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039, IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077, IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078, IRZ013082, and IRZ013084.

**<u>Supplemental Response to discrete subpart 2:</u>**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, Dari-Tech supplied and installed the following relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or summarizing business records, and the burden of deriving or ascertaining the answer will be substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

IRZ013082, and IRZ013084.

### **Supplemental Response to discrete subpart 7:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, Dari-Tech supplied and installed the following relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or summarizing business records, and the burden of deriving or ascertaining the answer will be

1    substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

2    documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

3    IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

4    IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

5    IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

6    IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

7    IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

8    IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

9    IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

10   IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

11   IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

12   IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

13   IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

14   IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

15   IRZ013082, and IRZ013084.

16                   **Supplemental Response to discrete subpart 8:**

17           IRZ objects on grounds that the interrogatory seeks attorney work product,

18   attorney-client privileged information, and information covered by other applicable privileges and

19   immunities; as seeking expert-witness information before the deadline for expert disclosures set

20   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

21   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

22   IRZ responds as follows:

23           IRZ has not yet made a determination of what contentions will be presented at the

24   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

25   Response.

26           To the extent known at this time, Dari-Tech supplied and installed the following

27   relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

28   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

1    Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

2    answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

3    summarizing business records, and the burden of deriving or ascertaining the answer will be

4    substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

5    documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

6    IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

7    IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

8    IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

9    IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

10   IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

11   IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

12   IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

13   IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

14   IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

15   IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

16   IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

17   IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

18   IRZ013082, and IRZ013084.

19   **Supplemental Response to discrete subpart 9:**

20   IRZ objects on grounds that the interrogatory seeks attorney work product,

21   attorney-client privileged information, and information covered by other applicable privileges and

22   immunities; as seeking expert-witness information before the deadline for expert disclosures set

23   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

24   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

25   IRZ responds as follows:

26   IRZ has not yet made a determination of what contentions will be presented at the

27   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

28   Response.

1          To the extent known at this time, Dari-Tech supplied and installed the following

2   relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

3   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

4          Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

5   answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

6   summarizing business records, and the burden of deriving or ascertaining the answer will be

7   substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

8   documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

9   IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

10  IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

11  IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

12  IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

13  IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

14  IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

15  IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

16  IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

17  IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

18  IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

19  IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

20  IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

21  IRZ013082, and IRZ013084.

22                    **<u>Supplemental Response to discrete subpart 10:</u>**

23          IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33(a) in that

24  a party may serve on any other party no more than 25 written interrogatories, including all

25  discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product,

26  attorney-client privileged information, and information covered by other applicable privileges and

27  immunities; as seeking expert-witness information before the deadline for expert disclosures set

28  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

1  in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

2  IRZ responds as follows:

3          IRZ has not yet made a determination of what contentions will be presented at the

4  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

5  Response.

6          To the extent known at this time, Dari-Tech supplied and installed the following

7  relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

8  pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

9          Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

10  answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

11  summarizing business records, and the burden of deriving or ascertaining the answer will be

12  substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

13  documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

14  IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

15  IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

16  IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

17  IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

18  IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

19  IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

20  IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

21  IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

22  IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

23  IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

24  IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

25  IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

26  IRZ013082, and IRZ013084.

27  / / /

28  / / /

1    **Supplemental Response to discrete subpart 11:**

2    IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33(a) in that

3    a party may serve on any other party no more than 25 written interrogatories, including all

4    discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product,

5    attorney-client privileged information, and information covered by other applicable privileges and

6    immunities; as seeking expert-witness information before the deadline for expert disclosures set

7    by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

8    in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

9    IRZ responds as follows:

10    IRZ has not yet made a determination of what contentions will be presented at the

11    time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

12    Response.

13    To the extent known at this time, Dari-Tech supplied and installed the following

14    relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

15    pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

16    Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

17    answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

18    summarizing business records, and the burden of deriving or ascertaining the answer will be

19    substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

20    documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

21    IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

22    IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

23    IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

24    IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

25    IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

26    IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

27    IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

28    IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

IRZ013082, and IRZ013084.

**REQUEST FOR PRODUCTION NO. 3:** Produce every document that you will

contend relates to the alleged acts and/or omissions by Dari-Tech as identified in your response to

Interrogatory No. 6.

**RESPONSE:**

IRZ objects to this Request on the grounds that it does not describe the documents

sought, including any electronically stored information, with reasonable particularity, as required

by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the

terms/phrases "relates to" are facially overbroad and unduly burdensome, as "it is couched in

such broad language as to make arduous the task of deciding which of numerous documents may

conceivably fall within its scope." A Request seeking documents "pertaining to" or "concerning"

a broad range of items "requires the respondent either to guess or move through mental

gymnastics . . . to determine which of many pieces of paper may conceivably contain some detail,

either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel Juvenile Group,*

*Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.) IRZ objects on grounds that the request seeks

attorney work product, attorney-client privileged information, and information covered by other

applicable privileges and immunities; as seeking expert-witness information before the deadline

for expert disclosures set by the Court. IRZ may provide certain information responsive to this

interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and

subject to such objections, IRZ responds as follows:

IRZ has produced those documents in its care, custody, and control identified after

a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered

IRZ000001 through IRZ005092.

/ / /

1    IRZ has not yet made a determination of what contentions will be presented at the

2    time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

3    Response.

4    **SUPPLEMENTAL RESPONSE:**

5    IRZ objects to this Request on the grounds that it does not describe the documents

6    sought, including any electronically stored information, with reasonable particularity, as required

7    by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the

8    terms/phrases "relates to" are facially overbroad and unduly burdensome, as "it is couched in

9    such broad language as to make arduous the task of deciding which of numerous documents may

10   conceivably fall within its scope." A Request seeking documents "pertaining to" or "concerning"

11   a broad range of items "requires the respondent either to guess or move through mental

12   gymnastics . . . to determine which of many pieces of paper may conceivably contain some detail,

13   either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel Juvenile Group,*

14   *Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.) IRZ objects on grounds that the request seeks

15   attorney work product, attorney-client privileged information, and information covered by other

16   applicable privileges and immunities; as seeking expert-witness information before the deadline

17   for expert disclosures set by the Court. IRZ may provide certain information responsive to this

18   interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and

19   subject to such objections, IRZ responds as follows:

20   IRZ has produced those documents in its care, custody, and control identified after

21   a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered

22   IRZ000001 through IRZ025155.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    IRZ has not yet made a determination of what contentions will be presented at the

2    time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

3    Response.

4

5    Dated: <u>December   , 2021</u>                    MILLER NASH LLP

6                                                      By: _____

7                                                          Kyle D. Sciuchetti, OSB No. 765705,
                                                            admitted *pro hac vice* by Doc. No. 68
8                                                          Attorneys for Defendant IRZ Consulting, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ATTORNEY'S CERTIFICATION**

2

     I certify as attorney of record for the party giving the above responses to discovery

3

requests that all answers and objections are in accordance with the requirements of CR 26(g).

4

     DATED this ___ day of December, 2021.

5

6

                         _____ _____

7

8

## **VERIFICATION**

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF**

9

**CALIFORNIA, FRESNO DIVISION**

10

11

     I have read the foregoing **IRZ CONSULTING, LLC'S SUPPLEMENTAL RESPONSE TO THIRD-PARTY DEFENDANT DARI-TECH, INC.'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO IRZ PARTIES** and

12

know its contents.

13

     I am the _____ of IRZ Consulting, LLC, a party to this action, and

14

am authorized to make this verification for and on its behalf, and I make this verification for that reason. I am informed and believe and on that ground allege that the factual matters stated in the

15

responses to interrogatories in the foregoing document are true.

16

     I declare under penalty of perjury under the laws of the United States of America and the

17

State of California that the foregoing is true and correct.

18

     Executed on December___, 2021, at _____.

19

20

_____

21

Print Name of Signatory                  Signature

22

23

24

25

26

27

28