# Exhibit 3



January 26, 2016

To: Wayne Downey
From: Steve Peerce

Subject: Proposal for manure system for Willow Creek Dairy

Dear Wayne-

On behalf of all of us at Daritech, I thank you for the opportunity to quote the manure system for the new Willow Creek Dairy. We take great pride in our Biolynk systems, which have proven over the years to provide the dairy with the highest capture rate of solids, along with consistent, top quality flush water. We encourage you to visit some of our installations and speak with the owners, and we will make any arrangements as needed.

This proposal is shown in five sections:
- Complete turnkey Biolynk tank system, piping, and PLC control, installed
- All flush valves with integrated control
- All manure pumps and agitators with controls
- CST Storage water storage tank, with roof (concrete floor)
- Optional 48" DT360 separation system

### Biolynk System

Includes, as shown on drawing:
- 70'x28' CST Storage Process Tank, engineered with Oregon stamp
- 11'x28' CST Storage Buffer Tank, engineered with Oregon stamp
- Galvanized center baffle
- Labor to build tanks
- All piping, valves and penetrations, including labor to install
- PLC control panel, includes all pump control (detail attached)

### Complete price: $342,007

**Flush Valves**

Includes:
- (60) Freestall 15" galvanized valves
- (15) Heifer lot 15" galvanized valves
- (6) Parlor 12" galvanized valves
- (3) Hospital 12" galvanized valves
- PLC control panel (detail attached)

15" price $1,310 each
12" price $1,065 each
PLC Control $51,311
**Flush valve total: $159,146**

**Manure pumps and agitators**

Includes:
- Primary separator feed 8x6 Greenline 60hp 3 pump skid with all valves, vibration isolators, and suction side cleanouts : $46,989
- Primary effluent feed 8x6 Greenline 60hp 3 pump skid with all valves and vibration isolators : $46,086
- Secondary separator feed 8x6 Greenline 20hp pump skid with all valves and vibration isolators : $22,117
- Heifer lot flush 8x6 Greenline 40hp pump skid with all valves and vibration isolators : $12,236
- Heifer lot separator feed 8x6 Greenline 30hp pump skid with all valves, vibration isolators, and suction side cleanout : $23,258
- (4) 14' Reception pit DT E-Series stem agitators 20hp : $6,342 each
- (1) 12' Pump tank DT E-Series stem agitators 15hp : $5,777 each
- (1) 12' Secondary separator feed pit DT E-Series stem agitators 15hp : $5,777 each
- (2) 12' Heifer lot separator feed pit DT E-Series stem agitators 15hp : $5,777 each
- PLC pump control panels (detail attached) **(included in Biolynk pricing)**
**Pump total: $150,686.64**
**Agitator total: $48,477**

**Water storage tank**

Includes:
- 58'x28' CST Storage water tank with Aquastore Dome
- Labor to install
- (3) tank penetrations
- Freight

**Complete price: $231,511**

IRZ000248

**Separation system (includes galvanized platforms)**

- (4) primary separators with 1/8" screens for high throughput
- (5) secondary separators with #30 mesh screens for high capture
- (1) primary separator with 1/8" screen for heifer lots
- Stainless steel transfer and stacking augers for low maintenance

**Pricing**
- (4) 48" DT360 Primary separators ($30,179 each)
- (5) 48" DT360 Secondary separators with #30 mesh screens ($32,568 each)
- (1) 48" DT360 Heifer lot separator ($30,179 each)
- (5) 96" DT airbag roller presses ($26,843 each)
- Galvanized separator platforms ($35,550 total)
- (2) Transfer augers 36'x18" SS 7.5hp ($19,502 each)
- (2) Stacking augers 40'x24" 10hp ($27,314)
- (2) Stacking auger support 5" galvanized rectangular tube, support cables, winch ($7,308 each)
- PLC separation system control panel (detail attached)
    - With VFDs and laser sensors on roller presses and augers for speed control ($27,138)

**Separation system total $616,174**


Above does not include:
- **Site work**
- **Concrete tank foundations**
- **Miscellaneous concrete**
- **Underground piping**
- **Buildings**
- **Electrical connections at site**
- **Permits**
- **Engineering (other than pre-engineered CST tanks)**

*With purchase of separation system additional 5% discount on all other items.*

Thanks for your consideration.

Best regards-

Steve Peerce
Daritech

IRZ000250