1  MILLER NASH LLP
   Kyle D. Sciuchetti, OSB No. 965705 (*Pro Hac Vice*)
2  Benjamin P. Tarczy, CSB No. 308367
   3400 U.S. Bancorp Tower
3  111 S.W. Fifth Avenue
   Portland, Oregon  97204
4  Telephone:    503.224.5858
   Facsimile:    503.224.0155
5
   MCCORMICK, BARSTOW, SHEPPARD,
6  WAYTE & CARRUTH LLP
   Hagop T. Bedoyan, CSB No. 131285
7  7647 North Fresno Street
   Fresno, California 93720
8  Telephone:    559.433.1300
   Facsimile:    559.433.2300
9
   Attorneys for Defendant/Third-Party Plaintiff,
10
   IRZ Consulting, LLC
11

12                  UNITED STATES BANKRUPTCY COURT

13                  EASTERN DISTRICT OF CALIFORNIA

14                          FRESNO DIVISION

15  In re                                Bankruptcy Case No.  18-11651-A-11

16  GREGORY JOHN TE VELDE,               Chapter 11

17  Debtor.                              Adv. Pro. No.  19-01033-B

18  ─────────────────────────            DC No.  DCT-1

19  RANDY SUGARMAN, CHAPTER 11           **EXHIBITS TO DECLARATION OF WAYNE
    TRUSTEE,                             DOWNEY IN SUPPORT OF THIRD PARTY
20                                       PLAINTIFF IRZ CONSULTING'S
    Plaintiff,                           OPPOSITION TO THIRD PARTY
21                                       DEFENDANT DARI-TECH'S MOTION FOR
    v.                                   SUMMARY JUDGMENT**
22  IRZ CONSULTING, LLC; aka IRZ
    CONSTRUCTION DIVISION, LLC;          Hearing Date:    May 25, 2022
23                                       Time:            11:00 a.m.
                                         Place:           Dept. A, Ctr. 13, 5th Fl.
24  Defendant.                                            U.S. Bankruptcy Court
                                                          2500 Tulare Street
25                                                        Fresno, CA
26                                       Judge:           Hon. Rene Lastreto
27
28

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND      812320-000001 8386753.1          -1-

1  IRZ CONSULTING, LLC, a/k/a IRZ
   CONSTRUCTION DIVISION, LLC,

2

3  Third-Party Plaintiff,

4       v.

5  U.S. FARM SYSTEMS; 4 CREEKS, INC.;
   JOHN FAZIO d/b/a FAZIO

6  ENGINEERING; DARI-TECH, INC.;
   LASER LAND LEVELING, INC.; MAAS

7  ENERGY WORKS, INC.; GEORGE
   CHADWICK d/b/a GEORGE CHADWICK

8  CONSULTING; VALMONT
   NORTHWEST, INC.; and NUCOR

9  BUILDING SYSTEMS UTAH LLC,

10 Third-Party Defendants.

11

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Proposals for Closed Loop Biolynk Flushing System Made By Dari-Tech | 4 - 15 |
| 2 | Plans for Components of the Manure Management Systems Created by Dari-Tech | 17 - 40 |
| 3 | Communications Providing Opinions On Sand Lane Sloping and Pump Depths for Project Sent by Dari-Tech | 42 – 43 |
| 4 | IRZ's Verified Responses to Dari-Tech's Discovery | 45 – 107 |

Dated: May 4, 2021

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Hagop T. Bedoyan
Kyle D. Sciuchetti, OSB No. 765705, admitted *pro hac vice*
Brianna J. Wellman, OSB No. 155609, admitted *pro hac vice*
Attorneys for Defendant/Third-Party Plaintiff IRZ
Consulting, LLC

EXHIBIT "1"



January 22, 2016

To: Wayne Downey
From: Steve Peerce

Subject: Proposal for manure system for Willow Creek Dairy

Dear Wayne-

On behalf of all of us at Daritech, I thank you for the opportunity to quote the manure system for the new Willow Creek Dairy. We take great pride in our Biolynk systems, which have proven over the years to provide the dairy with the highest capture rate of solids, along with consistent, top quality flush water. We encourage you to visit some of our installations and speak with the owners, and we will make any arrangements as needed.

This proposal is shown in five sections:
- Complete turnkey Biolynk tank system, piping, and PLC control, installed
- All flush valves with integrated control
- All manure pumps and agitators with controls
- CST Storage water storage tank, with roof (concrete floor)
- Optional 48" DT360 separation system

<u>Biolynk System</u>

Includes, as shown on drawing:
- 70'x28' CST Storage Process Tank, engineered with Oregon stamp
- 11'x28' CST Storage Buffer Tank, engineered with Oregon stamp
- Galvanized center baffle
- Labor to build tanks
- All piping, valves and penetrations, including labor to install
- PLC control panel, includes all pump control (detail attached)

**Complete price: $340,943**

EXHIBIT 1  000004

## Flush Valves

Includes:

- (60) Freestall 15" galvanized valves
- (15) Heifer lot 15" galvanized valves
- (6) Parlor 12" galvanized valves
- (3) Hospital 12" galvanized valves
- PLC control panel (detail attached)

**15" price $1,310 each**
**12" price $1,065 each**
**PLC Control $51,311**

## Manure pumps and agitators

Includes:

- Primary separator feed 8x6 Greenline 60hp 3 pump skid with all valves, vibration isolators, and suction side cleanouts
  - **$46,989**
- Primary effluent feed 8x6 Greenline 60hp 3 pump skid with all valves and vibration isolators
  - **$46,086**
- Secondary separator feed 8x6 Greenline 20hp pump skid with all valves and vibration isolators
  - **$22,117**
- Heifer lot flush 8x6 Greenline 40hp pump skid with all valves and vibration isolators
  - **$12,236**
- Heifer lot separator feed 8x6 Greenline 30hp pump skid with all valves, vibration isolators, and suction side cleanout
  - **$23,258**
- (4) 14' Reception pit DT E-Series stem agitators 15hp
  - **$6,342 each**
- (2) 12' Pump tank DT E-Series stem agitators 15hp
  - **$5,777 each**
- (2) 12' Secondary separator feed pit DT E-Series stem agitators 15hp
  - **$5,777 each**
- (2) 12' Heifer lot separator feed pit DT E-Series stem agitators 15hp
  - **$5,777 each**
- PLC pump control panels (detail attached) **(included in Biolynk pricing)**

EXHIBIT 1  000005

## Water storage tank

Includes:

- 58'x28' CST Storage water tank with Aquastore Dome
- Labor to install
- (3) tank penetrations
- Freight

**Complete price: $231,511**

## Separation system (includes galvanized platforms)

- (4) 48" DT360 Primary separators **($30,179 each)**
- (4) 48" DT360 Secondary separators **($30,179 each)**
- (1) 48" DT360 Heifer lot separator **($30,179 each)**
- (4) 72" DT airbag primary separator roller presses **($20,625 each)**
- (4) 72" DT airbag secondary separator roller presses **($20,625 each)**
- (1) 72" DT airbag roller press **($20,625 each)**
- Galvanized separator platforms **($35,550 total)**
- Transfer augers **($64,440)**
- PLC separation system control panel (detail attached)
  - Option 1: Standard **$8,548**
  - Option 2: With VFDs and laser sensors on roller presses for speed control **$21,662**

**Above does not include:**

- **Site work**
- **Concrete tank foundations**
- **Miscellaneous concrete**
- **Underground piping**
- **Buildings**
- **Electrical connections at site**
- **Permits**
- **Engineering (other than pre-engineered CST tanks)**

*With purchase of separation system additional 5% discount on all other items.*

Thanks for your consideration.

Best regards-

Steve Peerce
Daritech

EXHIBIT 1  000006

EXHIBIT 1  000007



January 26, 2016

To: Wayne Downey
From: Steve Peerce

Subject: Proposal for manure system for Willow Creek Dairy

Dear Wayne-

On behalf of all of us at Daritech, I thank you for the opportunity to quote the manure system for the new Willow Creek Dairy. We take great pride in our Biolynk systems, which have proven over the years to provide the dairy with the highest capture rate of solids, along with consistent, top quality flush water. We encourage you to visit some of our installations and speak with the owners, and we will make any arrangements as needed.

This proposal is shown in five sections:
- Complete turnkey Biolynk tank system, piping, and PLC control, installed
- All flush valves with integrated control
- All manure pumps and agitators with controls
- CST Storage water storage tank, with roof (concrete floor)
- Optional 48" DT360 separation system

<u>Biolynk System</u>

Includes, as shown on drawing:
- 70'x28' CST Storage Process Tank, engineered with Oregon stamp
- 11'x28' CST Storage Buffer Tank, engineered with Oregon stamp
- Galvanized center baffle
- Labor to build tanks
- All piping, valves and penetrations, including labor to install
- PLC control panel, includes all pump control (detail attached)

<u>**Complete price: $342,007**</u>

EXHIBIT 1  000008

## Flush Valves

Includes:
- (60) Freestall 15" galvanized valves
- (15) Heifer lot 15" galvanized valves
- (6) Parlor 12" galvanized valves
- (3) Hospital 12" galvanized valves
- PLC control panel (detail attached)

15" price $1,310 each
12" price $1,065 each
PLC Control $51,311
**Flush valve total: $159,146**

## Manure pumps and agitators

Includes:
- Primary separator feed 8x6 Greenline 60hp 3 pump skid with all valves, vibration isolators, and suction side cleanouts : $46,989
- Primary effluent feed 8x6 Greenline 60hp 3 pump skid with all valves and vibration isolators : $46,086
- Secondary separator feed 8x6 Greenline 20hp pump skid with all valves and vibration isolators : $22,117
- Heifer lot flush 8x6 Greenline 40hp pump skid with all valves and vibration isolators : $12,236
- Heifer lot separator feed 8x6 Greenline 30hp pump skid with all valves, vibration isolators, and suction side cleanout : $23,258
- (4) 14' Reception pit DT E-Series stem agitators 20hp : $6,342 each
- (1) 12' Pump tank DT E-Series stem agitators 15hp : $5,777 each
- (1) 12' Secondary separator feed pit DT E-Series stem agitators 15hp : $5,777 each
- (2) 12' Heifer lot separator feed pit DT E-Series stem agitators 15hp : $5,777 each
- PLC pump control panels (detail attached) **(included in Biolynk pricing)**
  **Pump total: $150,686.64**
  **Agitator total: $48,477**

## Water storage tank

Includes:
- 58'x28' CST Storage water tank with Aquastore Dome
- Labor to install
- (3) tank penetrations
- Freight

**Complete price: $231,511**

EXHIBIT 1  000009

**Separation system (includes galvanized platforms)**

- (4) primary separators with 1/8" screens for high throughput
- (5) secondary separators with #30 mesh screens for high capture
- (1) primary separator with 1/8" screen for heifer lots
- Stainless steel transfer and stacking augers for low maintenance
  **Pricing**
  - (4) 48" DT360 Primary separators ($30,179 each)
  - (5) 48" DT360 Secondary separators with #30 mesh screens ($32,568 each)
  - (1) 48" DT360 Heifer lot separator ($30,179 each)
  - (5) 96" DT airbag roller presses ($26,843 each)
  - Galvanized separator platforms ($35,550 total)
  - (2) Transfer augers 36'x18" SS 7.5hp ($19,502 each)
  - (2) Stacking augers 40'x24" 10hp ($27,314)
  - (2) Stacking auger support 5" galvanized rectangular tube, support cables, winch ($7,308 each)
  - PLC separation system control panel (detail attached)
    - With VFDs and laser sensors on roller presses and augers for speed control ($27,138)

**Separation system total $616,174**


**Above does not include:**
- **Site work**
- **Concrete tank foundations**
- **Miscellaneous concrete**
- **Underground piping**
- **Buildings**
- **Electrical connections at site**
- **Permits**
- **Engineering (other than pre-engineered CST tanks)**

**\*With purchase of separation system additional 5% discount on all other items.\***

Thanks for your consideration.

Best regards-

Steve Peerce
Daritech

EXHIBIT 1  000010

EXHIBIT 1  000011



March 18, 2016

To: Wayne Downey
From: Steve Peerce

Subject: Proposal for manure system for Willow Creek Dairy

Dear Wayne-

On behalf of all of us at Daritech, I thank you for the opportunity to quote the manure system for the new Willow Creek Dairy. We take great pride in our Biolynk systems, which have proven over the years to provide the dairy with the highest capture rate of solids, along with consistent, top quality flush water. We encourage you to visit some of our installations and speak with the owners, and we will make any arrangements as needed.

This proposal is shown in three sections:
- Complete turnkey Biolynk tank system, piping, and PLC control, installed
- All manure pumps and agitators with controls
- CST Storage water storage tank, with roof (concrete floor)

<u>Biolynk System</u>

Includes, as shown on drawing:
- 70'x28' CST Storage Process Tank, engineered with Oregon stamp
- 11'x28' CST Storage Buffer Tank, engineered with Oregon stamp
- Galvanized center baffle
- Labor to build tanks
- All piping, valves and penetrations, including labor to install
- PLC control panel, includes all pump control (detail attached)

**Complete price: $340,943**

EXHIBIT 1  000012

**<u>Manure pumps and agitators</u>**

Includes:
- Primary separator feed 8x6 Greenline 60hp 3 pump skid with all valves, vibration isolators, and suction side cleanouts
  - $46,989
- Primary effluent feed 8x6 Greenline 60hp 3 pump skid with all valves and vibration isolators
  - $46,086
- Secondary separator feed 8x6 Greenline 20hp pump skid with all valves and vibration isolators
  - $11,057
- Heifer lot flush 8x6 Greenline 40hp pump skid with all valves and vibration isolators
  - $12,236
- Heifer lot separator feed 8x6 Greenline 30hp 2 pump skid with all valves, vibration isolators, and suction side cleanout
  - $23,258
- PLC pump control panels (detail attached) **(included in Biolynk pricing)**
  **<u>Pump total: $139,627</u>**

**<u>Flush valves and control</u>**
- (54) 15" popups- Freestalls
  - $70,740
- (11) 15" popups Heifer lot
  - $14,410
- (8) 15" popups parlor
  - $10,480
- (3) 15" popups hospital
  - $$3,930
- Control package
  - $51,311
**Flush valve total: $150,871**

**<u>Water storage tank</u>**

Includes:
- 58'x28' CST Storage water tank with Aquastore Dome
- Labor to install
- (3) tank penetrations
- Freight

**Complete price: $231,511**

EXHIBIT 1  000013

**Above does not include:**
- **Site work**
- **Concrete tank foundations**
- **Miscellaneous concrete**
- **Underground piping**
- **Buildings**
- **All electrical connections at site**
- **Permits**
- **Engineering (other than pre-engineered CST tanks)**
- **Flush valve installation**

Thanks for your consideration.

**Best regards-**

**Steve Peerce**
**Daritech**

EXHIBIT 1   000014



**DARITECH** INC

**8540 Benson Road, Lynden, WA 98264**
**Phone 360-354-6900  Toll Free 800-701-3632  Fax 360-354-7522**
**www.daritech.com**

## PURCHASE AGREEMENT

Date: March 17, 2016

| | |
|---|---|
| Dairyman: Willow Creek Dairy | Dealer: DariTech, Inc. |
| Contact:    Greg TeVelde | Contact: Steve Peerce |
| Address:    67500 Taggares Lane | Address: 8540 Benson Road |
| City, State, Zip: Boardman, OR 97818 | City, State, Zip: Lynden, WA 98264 |
| Phone: 559-799-9111 | Phone: 206-417-1472 |
| Fax:     559-752-4033 | Fax: 253-880-0892 |

| Description | Price |
|---|---|
| BIOLYNK SYSTEM | $340,943.00 |
| MANURE PUMPS | $139,627.00 |
| WATER STORAGE TANK | $231,511.00 |
| FLUSH VALVES W/CONTROL | $150,871.00 |
| SEE ATTACHED PROPOSAL FOR ITEMIZATION | |

| | | | | |
|---|---|---|---|---|
| **Minimum Down Payment** | 10% | $ 86,295.20 | **Sub Total** | $862,952.00 |
| **Due Upon Delivery** | 70% | $ 604,066.40 | **Sales Tax** | EXEMPT |
| **Net 30 After Completion** | 20% | $ 172,590.40 | **Installation** | INCLUDED |
| Remaining Balance | (% ) | ($ ) | **Labor** | INCLUDED |
| **Finance Charge** | (% ) | ($ ) | **Less Trade-In** | |
| **# Months/Payment Per Month** | (# ) | ($ ) | **TOTAL** | $862,952.00 |

## ACCEPTANCES

The undersigned purchasers are in accordance to purchase the listed products in the description of this agreement.

A letter from the lending institution verifying financing and agreement of payment schedule will be provided prior to placement of order.  A UCC 1 will be filed for all equipment delivered to the farm and it is agreed the purchaser's insurance company will insure all products.

**BUYER:** The above conditions, prices and specifications are satisfactory, and authorization is hereby made to proceed.

Signature: _____ / 3/22/16

**SELLER:** We agree to fulfill this contract as written and hereby acknowledge receipt of deposit.

Signature: _____ / /

Dealer's guaranty and manufacturer warranty appear on the following
page of this contract and are an integral part thereof.

EXHIBIT 1 000015

EXHIBIT "2"



© DARITECH, INC 2016. THESE DRAWINGS HAVE BEEN PROVIDED TO YOU TO ALLOW YOU TO CONSIDER PURCHASE OR UPGRADE OF DAIRY EQUIPMENT AND ON THE CONDITION THAT SUCH IS THEIR SOLE USE IN YOUR HANDS. THIS DOCUMENT CONTAINS CONFIDENTIAL, PROPRIETARY, PATENTED AND PATENT PENDING INFORMATION THAT CANNOT BE REPRODUCED OR DIVULGED, IN WHOLE OR IN PART, WITHOUT WRITTEN AUTHORIZATION FROM DARITECH, INC.

Reception Pit
(S3)

TYP Flush Barn 4 per barn,
Parlor Flush Valves 12" fed by 12" line, 6 per parlor
All other flush valves 15" pop-up, 15" line

Separation
(S4 & S5)

Biolynk
(S1)

Pump Tank 30'x30' to
separator or pump to
other system

(3) 12" Flush Valve

Sand Lane
(15' x 400')

(2) GL250 8x6
30HP Pump

15" End Alley Flush Valves
(3 total)

15" End Alley Flush Valves
2 per Alley (6 total)

EXHIBIT 2 000017

Willow Creek Dairy

Site Layout

DARITECH
6540 Benson Rd. Lynden, Wa 98264
Phone (360)354-6800
Fax (360)354-7522
www.daritech.com

| NO. | DATE | REVISION | BY |

Site Layout

Willow Creek Dairy



18" Flush Line to
Northeast Freestalls

18" Butterfly Valve

15" Flush to
heifer coral

18" Flush Line to
Northwest Freestalls

18" Butterfly Valve

Service
Ladder

10' Overhead
Door

Mixer
Nozzle

Man
Door

6" Auto
Valve

Air Compressor

Control
Cabinet

GL250-8x6
40HP Pump

Pressure
Transducer
with alcove

Biolynk
Tank
(11' x 30')

Buffer
Tank
(11' x 30')

14" Line

Pressure
Transducer

14" Butterfly
Valve

8" Butterfly
Valve

14" Auto
Valve

8" Auto
Valve

8" Line to
Secondary
feed tank

Floor drain line to
tie-into Overflow line

18" Check Valve
+ Butterfly Valve

12" Overflow Line
to Lagoon or Flush
Lane

18" Line from
Pump Tank

**Cross Section** ①
Scale: 1/8" = 1'

18" Mouth

12" Overflow

12" Butterfly Valve

6" Blow out Valve

5'

3½" — 10'

Overflow to Lagoon
or Flush Lane

EXHIBIT 2 000018

Willow Creek Dairy

Biolynk Layout

**DARITECH** INC.
8540 Benson Rd. Lynden, Wa 98264

Phone: (360)354-6900
Fax: (360)354-7522
www.daritech.com

| | 20120511 | | Biolynk Layout | SHEET: |
| DARITECH | N/A | | | |
| RLT | — | | Willow Creek Dairy | **S1** |
| 1/15/2015 | | 0 | | |



EXHIBIT 2  000019

70'

12'

1'

1'-6"

Biolynk Tank

Buffer Tank

11'

2'

24'

In-feed baffle

20'

Overflow

28'

18'

Pump House

28'

18" Flush Line to Northwest Freestalls

18" Line from pump tank

12" Overflow Line to Lagoon or Flush Lane

8" Line to secondary feed tank

DARITECH INC.
8540 Benson Rd. Lynden, Wa 98264
Phone: (360)354-6900
Fax: (360)354-7522
www.daritech.com

DWG. NO.  20120911

DESIGNED  DARITECH    SCALE  N/A

DRAWN BY  RLT    CHECKED BY  ---

1/15/2014    0

Biolynk Elevation

Willow Creek Dairy

SHEET:

S2

Willow Creek Dairy

Biolynk Elevation



EXHIBIT 2　000020

Willow Creek Dairy

Reception Pit Layout

52'

15' Ramp ➡

Reception Pit
(50' X 50' ID)

⬅ Ramp

52'

Mixer

Mixer

Mixer

Mixer

Stairs

Drain
+ Pump

15'

18" Line to
primary separation

13'　26'　13'

Recption Pumps Elevation

16" Steel Line expands
to 18" PVC underground

14'

(3) GL250 8x6
60HP Primary
Feed Pumps

24'

DARITECH
8540 Benson Rd. Lynden, Wa 98264
Phone: (360)354-6900
Fax: (360)354-7522
www.daritech.com

Reception Pit Layout

Willow Creek Dairy

SHEET:

S3

DARITECH

RLT

1/15/2018



EXHIBIT 2  000021

FEED
18" Line to Biolynk

8" Feed from Buffer Tank

(3)GL250 8x6 60HP
Biolynk Feed Pumps

Effluent From
Primary Separation
Feeds into Biolynk
Pump Tank

Separation above
Pump & Feed Tanks
(See S4)

Biolynk
Pump Tank
(30' x 30' x 12')

Secondary Feed
Tank
(30' x 30' x 12')

(2)GL250 8x6 20HP
Secondary Feed Pumps

11'

Overflow

Effluent from
Secondary Separation

STORAGE  STORAGE  STORAGE  STORAGE

To Trash Lagoon 4
To Trash Lagoon 3
To Trash Lagoon 2
To Trash Lagoon 1

STORAGE  STORAGE

Willow Creek Dairy

Separation Pumps/Tanks

DARITECH INC.
8540 Benson Rd. Lynden, Wa 98264
Phone (360)354-6900
Fax (360)354-7920
www.daritech.com

Separation Pumps/Tanks

Willow Creek Dairy

S4



EXHIBIT 2   000022



© DARITECH, INC 2016. THESE DRAWINGS HAVE BEEN PROVIDED TO YOU TO ALLOW YOU TO CONSIDER PURCHASE OR UPGRADE OF DAIRY EQUIPMENT AND ON THE CONDITION THAT SUCH IS THEIR SOLE USE IN YOUR HANDS. THIS DOCUMENT CONTAINS CONFIDENTIAL, PROPRIETARY, PATENTED AND PATENT PENDING INFORMATION THAT CANNOT BE REPRODUCED OR DIVULGED, IN WHOLE OR IN PART, WITHOUT WRITTEN AUTHORIZATION FROM DARITECH, INC.

Reception Pit (S3)

TYP Flush Barn 4 per barn,
Parlor Flush Valves 12" fed by 12" line, 6 per parlor
All other flush valves 15" pop-up, 15" line

Separation (S4 & S5)

Biolynk (S1)

Pump Tank 30'x30' to separator or pump to other system

(3) 12" Flush Valve

Sand Lane (15' x 400')

(2) GL250 6x6 30HP Pump

15" End Alley Flush Valves (3 total)

15" End Alley Flush Valves 2 per Alley (6 total)

15" End Alley Flush Valves 2 per Alley (6 total)

CL—

506

EXHIBIT 2  000023

Willow Creek Dairy

Site Layout

**DARITECH** INC
8540 Benson Rd, Lynden, Wa 98264
Phone: (360)354-6900
Fax: (360)354-7522
www.daritech.com

NO. | DATE | REVISION | BY

20120511
DARI'TECH | N/A
FLT | —

Site Layout

Willow Creek Dairy



18" Flush Line to Northeast Freestalls

18" Butterfly Valve

18" Flush Line to Northwest Freestalls

18" Butterfly Valve

15" Flush to heifer coral

Service Ladder

Mixer Nozzle

Man Door

6" Auto Valve

10' Overhead Door

Air Compressor

Control Cabinet

GL250-8x6 40HP Pump

Biolynk Tank (70'x20')

Pressure Transducer with alcove

Buffer Tank (11'x20')

14" Line

14" Butterfly Valve

14" Auto Valve

Pressure Transducer

8" Butterfly Valve

8" Auto Valve

8" Line to Secondary feed tank

Floor drain line to tie-into Overflow line

① Cross Section
Scale: 1/8" = 1'

18" Mouth

12" Overflow

12" Butterfly Valve

6" Blow out Valve

5'

3½"  ⟶ 10' ⟵

Overflow to Lagoon or Flush Lane

18" Check Valve + Butterfly Valve

18" Line from Pump Tank

12" Overflow Line to Lagoon or Flush Lane

EXHIBIT 2  000024

Willow Creek Dairy

Biolynk Layout

**DARITECH** INC.
8540 Benson Rd. Lynden, Wa 98264
Phone: (360)354-6900
Fax: (360)354-7922
www.daritech.com

| Biolynk Layout |
| Willow Creek Dairy |

S1



EXHIBIT 2  000025

Willow Creek Dairy

Biolynk Elevation

70'

12'

1'

1'-6"

Biolynk
Tank

2'

24'

In-feed baffle

28'

20'

11'

Buffer
Tank

20'

Overflow

Pump
House

28'

18" Flush Line to
Northwest Freestalls

18" Line from
pump tank

12" Overflow Line
to Lagoon or Flush
Lane

8" Line to secondary
feed tank

DARITECH INC.

8540 Benson Rd., Lynden, Wa 98264

Phone: (360)354-6900
Fax: (360)354-7602
www.daritech.com

20120511

DARITECH        N/A

RLT             —

                0

Biolynk Elevation

Willow Creek Dairy

S2



Sand Deposit
(50' X 50' ID)

52'

15' Ramp ➡

⬅ Ramp

52'

Mixer

Mixer

Mixer

Mixer

15'

Drain
+ Pump

Stairs

18" Line to
primary separation

13'

26'

13'

Recption Pumps Elevation
Scale 1/8" = 1'

16" Steel Line expands
to 18" PVC underground

(3) GL250 8x6
60HP Primary
Feed Pumps
2 Primary
1 auto redundant

14'　12'

24'

EXHIBIT 2　000026

Willow Creek Dairy

Sand Deposit Pit Layout

**DARITECH** INC.
8540 Benson Rd, Lynden, Wa 98264

Phone: (360)354-6800
Fax: (360)354-7622
www.daritech.com

| | 20120511 |
| DARITECH | N/A |
| RLT | — |

Sand Deposit Pit Layout

Willow Creek Dairy

S3



18" Line to Biolynk

FEED

8" Feed from Buffer Tank

EXHIBIT 2  000027

Effluent From
Primary Separation
Feeds into Biolynk
Pump Tank

(3)GL250 8x6 60HP
Biolynk Feed Pumps
2 Primary
1 Auto Redundant

Biolynk
Pump Tank
(20' x 20' x 12')

Secondary Feed
Tank
(20' x 20' x 12')

(2)GL250 8x6 20HP
Secondary Feed Pumps
1 Primary
1 Auto Redundant

Separation above
Pump & Feed Tanks
(See S4)

1"

Overflow

Effluent from
Secondary Separation

Stem Mixer

Stem Mixer

STORAGE    STORAGE    STORAGE    STORAGE

To Trash Lagoon 4

STORAGE

To Trash Lagoon 3

STORAGE

To Trash Lagoon 2

STORAGE

To Trash Lagoon 1

Willow Creek Dairy

Separation Pumps/Tanks

**DARITECH** INC.
8540 Benson Rd, Lynden, WA 98264
Phone: (360)354-6900
Fax: (360)354-7552
www.daritech.com

DATE 20120511

DRAWN BY DARITECH

CHK N/A

DRAFT RLT

Separation Pumps/Tanks

Willow Creek Dairy

**S4**



(2) 2'-0 x 40'-0"
Stacking Auger

(1) Primary Separation
Heifer Lots

(4)Primary Separation
DT-360 48" with DT 2-Roller
Air Press 96"

(5)Secondary Separation
DT-360 48" with DT 2-Roller
Air Press 96"

Effluent From
Primary Separation
Feeds into Biolynk
Pump Tank Below

(2) 18" Auger

32'

Separation Equipment
Enclosed on 4 Sides

Feed From
Sand Deposit Pit

In-feed from
Heifer Lots

Effluent From
Secondary Separation
Feeds into Trash Lagoons

100'

Solids

Solids

EXHIBIT 2_000028

Willow Creek Dairy

Separation Equipment

**DARITECH** INC.
8540 Benson Rd. Lynden, Wa 98264
Phone: (380)354-6900
Fax: (380)354-7522
www.daritech.com

Separation Equipment

Willow Creek Dairy

S5



(2) 2'-0 x 40'-0"
Stacking
Auger @ 30°

DT-360 48-in
Separator

DT 2-Roller
8-ft Press

Bypass Flap

18-in Auger

37'

Solids

(2)GL250 8x6 20HP
Secondary Feed Pumps
1 Primary
1 Auto Redundant

EXHIBIT 2　000029

Willow Creek Dairy

Separation Building Elevation

**DARITECH**
8540 Benson Rd, Lynden, Wa 98264

Phone: (360)354-6900
Fax: (360)354-7822
www.daritech.com

Separation Building
Elevation

Willow Creek Dairy

S6



EXHIBIT 2   000030

5/3/2016

Willow Creek Dairy

Primary Feed Pumps

Primary Seperator Feed Pump Skid

DARITECH INC.

Primary Feed Pumps

Willow Creek Dairy

SHEET 1



Primary Effluent Pump Skid

EXHIBIT 2  000031

Willow Creek Dairy

Primary Effluent

5/3/2016

EXHIBIT 2  000032    5/3/2016

Willow Creek Dairy

2ndary Separator









# Secondary Separator Feed Pump Skid



DARITECH INC

2ndary Separator

Willow Creek Dairy

SHEET

3



Heifer Lot Flush Pump Skid

EXHIBIT 2　000033

5/3/2016

Willow Creek Dairy

Heifer Lot Flush



# Heifer Lot Separator Feed Pump Skid

EXHIBIT 2  000034    5/3/2016

Willow Creek Dairy

Heifer Lot Sep

**DARITECH** INC.

Heifer Lot Sep

Willow Creek Dairy

SHEET

**5**



18" Flush Line to
Northeast Freestalls

18" Butterfly Valve

15" Flush to
heifer coral

EXHIBIT 2   000035

18" Butterfly Valve

18" Flush Line to
Northwest Freestalls

Service
Ladder

10' Overhead
Door

Mixer
Nozzle

Man
Door

6" Auto
Valve

Air Compressor

Control
Cabinet

GL250-8x6
40HP Pump

GL250-8x6
20HP Pump

Biolynk
Tank
(70' x 30')

Pressure
Transducer
with aldove

Buffer
Tank
(11' x 30')

14" Line

Pressure
Transducer

14" Butterfly
Valve

8" Butterfly
Valve

Cross Section

Scale: 1/8" = 1'

14" Auto
Valve

8" Line to
Secondary

18" Mouth

Floor drain line to
tie-into Overflow line

12" Overflow

12" Butterfly Valve
(lower pipe)

12" Butterfly Valve

18" Check Valve
+ Butterfly Valve

12" Overflow Line
to Lagoon or Flush
Lane

6" Blow out Valve

5'

Overflow to Lagoon
or Flush Lane

18" Line from
Pump Tank

3 1/2"   10'

Willow Creek Dairy

Biolynk Layout

DARITECH INC.
8540 Benson Rd. Lynden, Wa 98264

Phone: (360)354-6900
Fax: (360)354-7522
www.daritech.com

20120511                N/A
DARITECH
RLT
WRCRM        0

Biolynk Layout

Willow Creek Dairy

S1



EXHIBIT 2  000036



EXHIBIT 2  000037

Service Ladder

20'

Man Door

10' Overhead Door

Air Compressor

Control Cabinet

6" Auto Valve

GL250-8x6 40HP Pump

GL250-8x6 20HP Pump

Pressure Transducer

20'

Pressure Transducer with alcove

Buffer Tank (11' x 20')

14" Line

14" Butterfly Valve

14" Auto Valve

8" Butterfly Valve

Floor drain line to tie-into Overflow line

8" Line to Secondary

DARITECH INC.
8540 Benson Rd. Lynden, Wa 98264
Phone: (360)354-6900
Fax: (360)354-7522
www.daritech.com

Biolynk Pumphouse

Willow Creek Dairy

S3



Finish alley elevation

4 x #5 GR60 rebar
w/ 8" L bend

2'-7" min

Trust Block

© DARITECH, INC 2016, THESE DRAWINGS
HAVE BEEN PROVIDED TO YOU TO ALLOW
YOU TO CONSIDER PURCHASE OR
UPGRADE OF DAIRY EQUIPMENT AND ON
THE CONDITION THAT SUCH IS THEIR SOLE
USE IN YOUR HANDS, THIS DOCUMENT
CONTAINS CONFIDENTIAL, PROPRIETARY,
PATENTED AND PATENT PENDING
INFORMATION THAT CANNOT BE
REPRODUCED OR DIVULGED, IN WHOLE
OR IN PART, WITHOUT WRITTEN
AUTHORIZATION FROM DARITECH, INC.

DARITECH

9540 Benson Rd. Lynden, Wa 98264

Phone: (360)354-6900
Fax: (360)354-7502
www.daritech.com

Pop-up flush valve typ. elv veiw

Willow Creek Dairy
Boardman, OR

SHEET 1

EXHIBIT 2 - 000038

Willow Creek Dairy

Pop-up flush valve typ. elv

EXHIBIT 2  000039





Gasket

Bolt Ring

| Part: | 15" Pop up Flush Valve |
|---|---|
| Daritech Inc. | |
| Date: 6/06 | By: Ryan |



Note: Each control location to have push button over ride of scheduled flush to start for group flush sequence.

| | Flush control layout | Qty. | Valves |
|---|---|---|---|
| 1 | 8 - output flush control panel w/ solenoids | 6 | 48 |
| 2 | 5 - output flush control panel w/ solenoids | 2 | 10 |
| 3 | 3 - output flush control panel w/ solenoids | 1 | 3 |
| 4 | 2 - output flush control panel w/ solenoids | 6 | 12 |
| 5 | 4 - Solenoid box only | 2 | 8 |
| 6 | 3 - Solenoid box only | 1 | 3 |
| | Valves total | | 84 |

EXHIBIT 2  000040

Willow Creek Dairy

Flush control layout

**DARITECH** INC.

Flush control layout

Willow Creek Dairy

F1

EXHIBIT "3"

**To:**      Wayne Downey[wayne.downey@irz.com]; Ian Brown[ian.brown@irz.com]
**Cc:**      Dave DeWaard[dave@daritech.com]; Steve Peerce[steve@cnw.com]
**From:**    Josh McCort
**Sent:**    Thur 5/5/2016 10:44:38 PM
**Subject:** RE: sand lane pit
<u>Willow Creek Pump Skids 5-5-16.pdf</u>

Wayne,
As far as function, are you sloping sand lanes at 1% for the entire length? Or us this just at this end section?

I have to agree with Dave's comments.. Would it be possible to make pump pit a little wider? I'm Thinking 14' inside of walls would give good working room for stairs or just service.


Thank you,  Josh McCort

 DARITECH:

**Cell: 360-815-2796**
**Office: 360-354-6900**

---

**From:** Dave DeWaard
**Sent:** Tuesday, May 3, 2016 3:03 PM
**To:** Wayne Downey; Steve Peerce; Josh McCort
**Subject:** Re: sand lane pit

Wayne,

How soon do you need reply on this Josh will not be back in office till Thursday, and at that time all the pumps will be drawn up also.

In a quick review The depth distance in the drywell will need to be minimum of !3 ft. to allow access to equipment from the back side, this is using a ladder as access if wanting to use a stairway will need a bit more.

Thank

Dave DeWaard
DariTech Inc.
8540 Benson Rd.
Lynden Wa. 98247
Off. 360-354-6900
Cel 360-815-5295

---

**From:** Wayne Downey <<u>wayne.downey@irz.com</u>>
**Date:** Tuesday, May 3, 2016 at 1:32 PM
**To:** Dave DeWaard <<u>dave@daritech.com</u>>, Steve Peerce <<u>steve@cnw.com</u>>
**Subject:** sand lane pit

This work for you?

EXHIBIT 3  000042

Wayne Downey
Director of Construction



500 N. 1st st. Hermiston Oregon 97838
Office 541-567-0252
Mobile 208-995-5125
Email: wayned@irz.com

EXHIBIT 3   000043

EXHIBIT "4"

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1  MILLER NASH LLP
Kyle D. Sciuchetti, Admitted Pro Hac Vice
2    *kyle.s@millernash.com*
Brianna J. Wellman, Admitted Pro Hac Vice
3    *brianna.wellman@millernash.com*
US Bancorp Tower
4  111 SW Fifth Avenue, Suite 3400
Portland, Oregon 97204
5  Telephone:   503.224.5858
Facsimile:    503.224.0155
6

7  MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Hagop T. Bedoyan, #131285
8    *hagop.bedoyan@mccormickbarstow.com*
Matthew P. Bunting, #306034
9    *mattnew.bunting@mccormickbarstow.com*
7647 North Fresno Street
10  Fresno, California 93720
Telephone:   559.433.1300
11  Facsimile:    559.433.2300

12  Attorneys for IRZ Consulting, LLC

13             UNITED STATES BANKRUPTCY COURT

14              EASTERN DISTRICT OF CALIFORNIA

15                  FRESNO DIVISION

16

17  In re                     Bankruptcy Case No. 18-11651-A-11

18  GREGORY JOHN TE VELDE,    Chapter 11

19  Debtor.              Adv. Pro. No. 19-01033-B

20

21  RANDY SUGARMAN, CHAPTER 11   **IRZ CONSULTING, LLC'S RESPONSE TO**
TRUSTEE,                **THIRD-PARTY DEFENDANT**
22                      **DARI-TECH, INC.'S FIRST**
**INTERROGATORIES AND REQUESTS FOR**
23  Plaintiff,              **PRODUCTION TO IRZ PARTIES**

24  v.

25  IRZ CONSULTING, LLC, a/k/a IRZ
CONSTRUCTION DIVISION, LLC,
26

27  Defendant.

28

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2      -1-      IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000045

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1    IRZ CONSULTING, LLC, a/k/a IRZ
     CONSTRUCTION DIVISION, LLC,
2

3    Third-Party Plaintiff,

4         v.

5    U.S. FARM SYSTEMS; 4 CREEKS, INC.;
     JOHN FAZIO d/b/a FAZIO
6    ENGINEERING; DARI-TECH, INC.;
     LASER LAND LEVELING, INC.; MAAS
7    ENERGY WORKS, INC.; GEORGE
     CHADWICK d/b/a GEORGE CHADWICK
8    CONSULTING; VALMONT
     NORTHWEST, INC.; and NUCOR
9    BUILDING SYSTEMS UTAH LLC,

10   Third-Party Defendants.

11   TO THIRD PARTY DEFENDANT DARI-TECH, INC., AND ITS ATTORNEYS OF RECORD:

12        Pursuant to F.R.C.P. 26, 33, and 34, IRZ Consulting, LLC ("IRZ"), objects and

13   responds to Dari-Tech, Inc.'s ("Dari-Tech") First Interrogatories and Requests for Production

14   ("Discovery Requests") as follows:

15                          **GENERAL OBJECTIONS**

16        The following general objections are incorporated in each of the responses to

17   Dari-Tech's Discovery Requests as if specifically set forth therein.

18        1.    IRZ objects to the Discovery Requests to the extent that they impose any

19   obligations on IRZ beyond those authorized by the Federal Rules of Civil Procedure, or the Local

20   Rules of this court. IRZ will supply responses consistent with the obligations imposed by the

21   Federal Rules of Civil Procedure and other applicable laws and rules.

22        2.    IRZ objects to the Discovery Requests to the extent they call for documents

23   and information or material protected by the attorney-client privilege, the work product doctrine,

24   and any other applicable privilege or discovery immunity. IRZ will not produce any such

25   privilege-protected documents or information, and the Discovery Requests will be construed by

26   IRZ, where possible, as not calling for such information or material.

27   / / /

28   / / /

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2        -2-        IRZ'S RESPONSE TO DARI-TECH'S FIRST
                                               INTERROGATORIES AND RFPS
                                               EXHIBIT 4  000046

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1      3.      IRZ objects to the Discovery Requests to the extent they seek information

2 that is not relevant to the claims and defenses in this action or not reasonably calculated to lead to

3 the discovery of admissible evidence. IRZ further objects to the extent that the Discovery

4 Requests seek information that is not proportionate to the needs of this case.

5      4.      IRZ objects to the Discovery Requests to the extent that they call for the

6 production of documents or information not within IRZ's possession, custody, or control.

7      5.      IRZ objects to the Discovery Requests to the extent that they seek

8 discovery of public or other information that is as equally and readily available to Dari-Tech as it

9 is to IRZ.

10      6.      IRZ generally objects to the Discovery Requests to the extent that they are

11 overly broad or seek the production of documents that would impose an undue burden on IRZ by

12 requiring an unreasonably intensive, costly, and/or laborious search for documents.

13      7.      In responding to the Discovery Requests, IRZ is making a good faith effort

14 to identify readily accessible responsive electronic documents. Additional electronic records and

15 computerized information not readily accessible will not be produced in the absence of an

16 agreed-upon protocol, an appropriate protective order, and proper allocation of expenses.

17      8.      A statement by IRZ that they will produce documents is not an affirmative

18 statement that such documents exist or, if they exist, that they are within the possession, custody,

19 or control of IRZ; it is only a statement that IRZ will produce documents to the extent they exist.

20      9.      By producing documents, IRZ does not waive, but instead preserves, all

21 evidentiary objections.

22      10.      When indicating below what documents will be produced, IRZ means they

23 will produce only those documents that are not subject to a claim of privilege or an objection.

24 Documents that IRZ agrees to produce will be produced at a mutually convenient time at the

25 offices of Miller Nash LLP, 111 SW Fifth Avenue, Suite 3400, Portland, Oregon 97204.

26      Each of these general objections is incorporated in each response set forth below

27 as though fully stated therein. IRZ does not waive any general objection even though they may

28 provide a substantive response to the requests for production.

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2      - 3 -      IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000047

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1            Subject to and without waiving any objection, IRZ will provide the requested

2    information as follows:

3                      **PRELIMINARY STATEMENT**

4            Per our telephonic meet and confer conversation and your meet and confer

5    correspondence dated October 13, 2021, IRZ will respond to Interrogatories 1, 2, 4, and 6,

6    including discrete subparts, prior to any other interrogatories for the purposes of complying with

7    the twenty-five (25) discrete subpart limitation set forth by Fed. R. Civ. P. 33.

8                      **RESPONSES**

9            **INTERROGATORY NO. 1:** In Paragraph 9 of the Third-Party Complaint, you

10   allege that "Dari-Tech, Inc. developed and designed the dairy's waste management system,

11   including the Biolynk flush system." Identify every component of the dairy's waste management

12   system that you will contend was developed and/or designed by Dari-Tech, and further identify

13   every fact upon which you relied in order to allege that Dari-Tech developed or designed any

14   portion of the waste management system other than the Biolynk Flush System.

15           <u>**RESPONSE:**</u>

16           <u>**Response to discrete subpart 1:**</u>

17           IRZ has not yet made a determination of what contentions will be presented at the

18   time of trial.  Dari-Tech installed: (1) complete turnkey Biolynk tank system, piping and PLC

19   control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank

20   with roof.

21           Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

22   Response.

23           <u>**Response to discrete subpart 2:**</u>

24           Dari-Tech's proposal for manure system for Willow Creek Dairy dated March 18,

25   2016, and agreed to by IRZ on March 22, 2016, included the installation of the items referenced

26   in IRZ's above-referenced Response to discrete subpart 1.  Dari-Tech thereby installed the items

27   referenced in IRZ's above-referenced Response to discrete subpart 1.

28   / / /

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2          - 4 -          IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000048

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1         Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

2 Response.

3         **INTERROGATORY NO. 2:** In Paragraph 15 of the Third-Party Complaint, you

4 [sic] report stated as follows:

5        15.     The undersigned counsel hereby certifies that he has consulted a design

6 professional with similar credentials who is qualified, available and willing to testify to

admissible facts and opinions sufficient to create a question of fact as to the liability of third-party

7 defendants and that the design professional is available and willing to testify that: 1) IRZ was not

8 involved in the design of Lost Valley Farm; 2) to the extent there are defects in the design of Lost

9 Valley Farm, they are the responsibility of the third-party defendants who were involved in the

design of Lost Valley Farm and the self-contained waste recycling system; 3) plaintiff alleges

10 conduct in the Complaint regarding the design of Lost Valley Farm and its failure to meet the

11 standard of professional skill and care ordinarily provided by other design professionals with

12 similar credentials, experience and expertise and practicing under the same or similar

13 circumstances; and 4) plaintiff has alleged that the failure to properly design was a cause of the

14 claimed property damages, losses or other harm.

15 Given that the work of these persons are now part of the court record, identify every design

16 professional referred to above with whom you consulted as to the acts and/or omissions by Dari-

17 Tech, and for each person or entity you identify, state the following:

18       •    Their "similar credentials" referenced above,

19       •    All documents and materials that you provided to said person,

20       •    Whether the person personally visited Lost Valley Farm while it was being

21            operated by Gregory te Velde,

22       •    The date(s) on which the expert provided you with an opinion as to any fault

23            attributed to Dari-Tech regarding the failure of the Lost Valley Farm,

24       •    The basis for any opinion that an act or omission by Dari-Tech caused the

25            waste management system to fail, and

26       •    The basis for any opinion that an act or omission by a person other than Dari-

27            Tech was a cause of the failure of the waste management system.

28   / / /

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

**RESPONSE:**

**Response to discrete subpart 1:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

**Response to discrete subpart 2:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

**Response to discrete subpart 3:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

**Response to discrete subpart 4:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2       - 6 -       IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000050

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1   immunities; as seeking expert-witness information before the deadline for expert disclosures set

2   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

3   in accordance with Fed. R. Civ. P. 26(a)(2)(D).

4         Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

5   Response.

6   **<u>Response to discrete subpart 5:</u>**

7         IRZ objects on grounds that the interrogatory seeks attorney work product,

8   attorney-client privileged information, and information covered by other applicable privileges and

9   immunities; as seeking expert-witness information before the deadline for expert disclosures set

10   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

11   in accordance with Fed. R. Civ. P. 26(a)(2)(D).

12         Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

13   Response.

14   **<u>Response to discrete subpart 6:</u>**

15         IRZ objects on grounds that the interrogatory seeks attorney work product,

16   attorney-client privileged information, and information covered by other applicable privileges and

17   immunities; as seeking expert-witness information before the deadline for expert disclosures set

18   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

19   in accordance with Fed. R. Civ. P. 26(a)(2)(D).

20         Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

21   Response.

22   **<u>Response to discrete subpart 7:</u>**

23         IRZ objects on grounds that the interrogatory seeks attorney work product,

24   attorney-client privileged information, and information covered by other applicable privileges and

25   immunities; as seeking expert-witness information before the deadline for expert disclosures set

26   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

27   in accordance with Fed. R. Civ. P. 26(a)(2)(D).

28   / / /

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2     - 7 -     IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000051

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1　　　　Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

2　Response.

3　　　　**REQUEST FOR PRODUCTION NO. 1:** Produce all documents relied upon by

4　the experts identified in response to Interrogatory No. 2 in arriving at their opinion that an act or

5　omission by Dari-Tech was a cause of the failure of Lost Valley Farm.

6　　　　**RESPONSE:**

7　　　　IRZ objects on grounds that the request seeks attorney work product, attorney-

8　client privileged information, and information covered by other applicable privileges and

9　immunities; as seeking expert-witness information before the deadline for expert disclosures set

10　by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

11　in accordance with Fed. R. Civ. P. 26(a)(2)(D).

12　　　　Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

13　Response.

14　　　　**INTERROGATORY NO. 4:** Will you contend at trial that any specific item of

15　equipment supplied by Dari-Tech to Lost Valley Farms failed to operate as represented by Dari-

16　Tech? If so, identify:

17　　　　　• Each such piece of equipment,

18　　　　　• The manner in which you will contend that item of equipment failed to

19　　　　　　operate,

20　　　　　• The cause of any alleged failure in that item of equipment,

21　　　　　• Whether the item of equipment at the time of the alleged failure was being

22　　　　　　employed in a proper manner,

23　　　　　• Any action taken by te Velde and/or IRZ to report an alleged failure to Dari-

24　　　　　　Tech,

25　　　　　• Any action taken by te Velde and/or IRZ to correct the alleged failure, and

26　　　　　• Your contention as to how the failure of that item of equipment caused the

27　　　　　　Lost Valley Farm to fail.

28　///

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2　　　　- 8 -　　　　IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4　000052

**RESPONSE:**

**Response to discrete subpart 1:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, Dari-Tech supplied the following relevant items: (1) complete turnkey Biolynk tank system, piping and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

**Response to discrete subpart 2:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, Plaintiff alleges that an adequate and competent preliminary and/or final site plan, with waste handling, locations was not prepared. Plaintiff further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was installed and an inadequate flushing system for the waste to flow into the catch basins was

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2          - 9 -          IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000053

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1   installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

2   specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

3   further alleges that inadequate impermeable surface areas throughout the system were specified,

4   particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

5   Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

6   Biolynk tank system, piping and PLC control; (2) manure pumps and agitators with controls; and

7   (3) CST Storage water storage tank with roof.

8   　　　　　　　　**Response to discrete subpart 3:**

9   　　　　　IRZ objects on grounds that the interrogatory seeks attorney work product,

10  attorney-client privileged information, and information covered by other applicable privileges and

11  immunities; as seeking expert-witness information before the deadline for expert disclosures set

12  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

13  in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

14  IRZ responds as follows:

15  　　　　　IRZ has not yet made a determination of what contentions will be presented at the

16  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

17  Response.

18  　　　　　To the extent known at this time, Plaintiff alleges that an adequate and competent

19  preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff

20  further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

21  installed and an inadequate flushing system for the waste to flow into the catch basins was

22  installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

23  specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

24  further alleges that inadequate impermeable surface areas throughout the system were specified,

25  particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

26  Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

27  Biolynk tank system, piping and PLC control; (2) manure pumps and agitators with controls; and

28  (3) CST Storage water storage tank with roof.

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2

- 10 -

IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000054

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1    **Response to discrete subpart 4:**

2          IRZ objects on grounds that the interrogatory seeks attorney work product,

3    attorney-client privileged information, and information covered by other applicable privileges and

4    immunities; as seeking expert-witness information before the deadline for expert disclosures set

5    by the Court.  IRZ may provide certain information responsive to this interrogatory, at a later date,

6    in accordance with Fed. R. Civ. P. 26(a)(2)(D).  Without waiving and subject to such objections,

7    IRZ responds as follows:

8          IRZ has not yet made a determination of what contentions will be presented at the

9    time of trial.  Discovery is ongoing.  IRZ reserves the right to supplement, amend, or correct this

10   Response.

11          To the extent known at this time, Plaintiff alleges that an adequate and competent

12   preliminary and/or final site plan, with waste handling locations, was not prepared.  Plaintiff

13   further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

14   installed and an inadequate flushing system, for the waste to flow into the catch basins, was

15   installed.  Plaintiff further alleges that underground piping of insufficient diameter and flow was

16   specified, so that the underground waste pipes consistently clogged and backed up.  Plaintiff

17   further alleges that inadequate impermeable surface areas throughout the system were specified,

18   particularly at the sand lane, so that waste regularly came in contact with unprotected soil.  Dari-

19   Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

20   Biolynk tank system, piping and PLC control; (2) manure pumps and agitators with controls; and

21   (3) CST Storage water storage tank with roof.

22   **Response to discrete subpart 5:**

23          IRZ was not notified and/or aware of a failure such to notify Dari-Tech prior to the

24   filing of the instant Action.  IRZ is unaware as to whether te Velde notified Dari-Tech of any

25   failure of any component.  Discovery is ongoing.  IRZ reserves the right to supplement, amend, or

26   correct this Response.

27   / / /

28   / / /

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

**Response to discrete subpart 6:**

IRZ was not notified and/or aware of a failure such to remedy Dari-Tech's failure prior to the filing of the instant Action. IRZ is unaware as to whether te Velde took action to remedy Dari-Tech's failure. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

**Response to discrete subpart 7:**

IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, Plaintiff alleges that an adequate and competent preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was installed and an inadequate flushing system, for the waste to flow into the catch basins, was installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff further alleges that inadequate impermeable surface areas throughout the system were specified, particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey Biolynk tank system, piping and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

///

///

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2          - 12 -          IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000056

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1       **REQUEST FOR PRODUCTION NO. 2:** Produce all documents that relate or

2 refer to the alleged failure of any specific item of equipment supplied by Dari-Tech to Lost

3 Valley Farms as identified in your response to the interrogatory above.

4       **RESPONSE:**

5       IRZ objects to this Request on the grounds that it does not describe the documents

6 sought, including any electronically stored information, with reasonable particularity, as required

7 by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the

8 terms/phrases "relate or refer to" are facially overbroad and unduly burdensome, as "it is couched

9 in such broad language as to make arduous the task of deciding which of numerous documents

10 may conceivably fall within its scope." A Request seeking documents "pertaining to" or

11 "concerning" a broad range of items "requires the respondent either to guess or move through

12 mental gymnastics . . . to determine which of many pieces of paper may conceivably contain

13 some detail, either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel*

14 *Juvenile Group, Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.) IRZ objects on grounds that the

15 request seeks attorney work product, attorney-client privileged information, and information

16 covered by other applicable privileges and immunities; as seeking expert-witness information

17 before the deadline for expert disclosures set by the Court. IRZ may provide certain information

18 responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

19 Without waiving and subject to such objections, IRZ responds as follows:

20       IRZ has produced those documents in its care, custody, and control identified after

21 a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered

22 IRZ000001 through IRZ005092.

23       Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

24 Response.

25       **REQUEST FOR PRODUCTION NO. 3:** Produce all documents that relate or

26 refer to the water requirements for the operation of Lost Valley Farm's waste management

27 system.

28 ///

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2          - 13 -          IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000057

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

**RESPONSE:**

IRZ objects to this Request on the grounds that it does not describe the documents sought, including any electronically stored information, with reasonable particularity, as required by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects this Request on the grounds that the terms/phrases "relate or refer to" are facially overbroad and unduly burdensome, as "it is couched in such broad language as to make arduous the task of deciding which of numerous documents may conceivably fall within its scope." A Request seeking documents "pertaining to" or "concerning" a broad range of items "requires the respondent either to guess or move through mental gymnastics . . . to determine which of many pieces of paper may conceivably contain some detail, either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel Juvenile Group, Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.) IRZ objects on grounds that the request seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has produced those documents in its care, custody, and control identified after a reasonable search to the Trustee, and refers DARI-TECH to documents Bates numbered IRZ000001 through IRZ005092.

Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

**INTERROGATORY NO. 6:** Paragraph 5 of the Third-Party Complaint quotes from Paragraph 29 in the Trustee's Complaint and provides a list of deficiencies that the Trustee claims were acts and omissions by IRZ, and that IRZ now claims were the fault of Dari-Tech and/or others. Using the same bullet-list format, respond to the following:

- Identify any action or omission by Dari-Tech that you will contend resulted in a "preliminary or final site plan with structure, corral, and waste handling locations."

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2      - 14 -      IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000058

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

- Identify any act or omission by Dari-Tech that you will contend resulted in a failure to provide a "preliminary or final grading plan to be used for mass excavation calculations."

- Identify any act or omission by Dari-Tech that you will contend resulted in a failure to provide a "preliminary or final infrastructure plan to include onside drain lines, underground water lines, and underground power lines."

- Identify any act or omission by Dari-Tech that you will contend resulted in a failure "to prepare an adequate and competent preliminary and/or final effluent water flow line plane to include adequate lines for site drainage, structures, corrals, and effluent handling components to the lagoon systems."

- Identify any act or omission by Dari-Tech that you will contend resulted in a failure "to prepare an adequate and competent preliminary and/or final lagoon design sufficient to satisfy the Debtor's obligations under his CAFO permit and other dairy entitlements."

- Identify any act or omission by Dari-Tech that you will contend resulted in preparation of "a defective irrigation plan" and failure "to advise the Debtor that there were too many acres under lease to Boardman Tree Farm, LLC to enable the Debtor to install a sufficient number of irrigation pivots to properly dispose of the effluent from a 12,000 head dairy herd."

- Identify any act or omission by Dari-Tech that you will contend resulted in the preparation of "a defective site plan which provided insufficient grade in the dairy stalls and an inadequate flushing system for the waste to flow into the catch basins."

- Identify any act or omission by Dari-Tech that you will contend resulted in the specification of "the use of porous decomposed granite for the bedding of the dairy stalls, which absorbed and became saturated with the waste, preventing the waste from flowing by gravity into the catch basin."

/ / /

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2

- 15 -

IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000059

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1    • Identify any act or omission by Dari-Tech that you will contend resulted in the
2    specification of "underground piping of insufficient diameter and flow, so that
3    the underground waste pipes consistently clogged and backed up."
4    • Identify any act or omission by Dari-Tech that you will contend resulted in the
5    specification of "inadequate impermeable surface areas throughout the system,
6    particularly at the sand lane, so that waste regularly came in contact with
7    unprotected soil".
8    • Identify any act or omission by Dari-Tech that you will contend resulted in the
9    specification of "overflow pipes and drains at improper heights so that effluent
10    improperly spilled out of the lagoons and the sand lane areas."
11    • Identify any act or omission by Dari-Tech that you will contend resulted in
12    IRZ failing "to adequately perform its construction management and oversight
13    of the Debtor's subcontractors and materialmen to ensure that the construction
14    was undertaken in accordance with Defendant's plans, to the extent those plans
15    were not defective, and in a manner which would enable the Debtor to lawfully
16    operate under his CAFO once the dairy was commissioned."

17    **RESPONSE:**

18    **Response to discrete subpart 1:**

19    IRZ objects on grounds that the interrogatory seeks attorney work product,
20    attorney-client privileged information, and information covered by other applicable privileges and
21    immunities; as seeking expert-witness information before the deadline for expert disclosures set
22    by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,
23    in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,
24    IRZ responds as follows:

25    IRZ has not yet made a determination of what contentions will be presented at the
26    time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this
27    Response.

28    / / /

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2    - 16 -    IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000060

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1    To the extent known at this time, Dari-Tech supplied and installed the following

2   relevant items: (1) complete turnkey Biolynk tank system, piping and PLC control; (2) manure

3   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

4    **Response to discrete subpart 2:**

5    IRZ objects on grounds that the interrogatory seeks attorney work product,

6   attorney-client privileged information, and information covered by other applicable privileges and

7   immunities; as seeking expert-witness information before the deadline for expert disclosures set

8   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

9   in accordance with Fed. R. Civ. P. 26(a)(2)(D).  Without waiving and subject to such objections,

10   IRZ responds as follows:

11    IRZ has not yet made a determination of what contentions will be presented at the

12   time of trial.  Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

13   Response.

14    To the extent known at this time, Dari-Tech supplied and installed the following

15   relevant items: (1) complete turnkey Biolynk tank system, piping and PLC control; (2) manure

16   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

17    **Response to discrete subpart 3:**

18    IRZ objects on grounds that the interrogatory seeks attorney work product,

19   attorney-client privileged information, and information covered by other applicable privileges and

20   immunities; as seeking expert-witness information before the deadline for expert disclosures set

21   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

22   in accordance with Fed. R. Civ. P. 26(a)(2)(D).  Without waiving and subject to such objections,

23   IRZ responds as follows:

24    IRZ has not yet made a determination of what contentions will be presented at the

25   time of trial.  Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

26   Response.

27    To the extent known at this time, IRZ is not aware of any action by Dari-Tech

28   relevant to this allegation.

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2                    - 17 -         IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000061

1    **Response to discrete subpart 4:**

2            IRZ objects on grounds that the interrogatory seeks attorney work product,

3    attorney-client privileged information, and information covered by other applicable privileges and

4    immunities; as seeking expert-witness information before the deadline for expert disclosures set

5    by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

6    in accordance with Fed. R. Civ. P. 26(a)(2)(D).  Without waiving and subject to such objections,

7    IRZ responds as follows:

8            IRZ has not yet made a determination of what contentions will be presented at the

9    time of trial.  Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

10   Response.

11           To the extent known at this time, IRZ is not aware of any action by Dari-Tech

12   relevant to this allegation.

13   **Response to discrete subpart 5:**

14           IRZ objects on grounds that the interrogatory seeks attorney work product,

15   attorney-client privileged information, and information covered by other applicable privileges and

16   immunities; as seeking expert-witness information before the deadline for expert disclosures set

17   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

18   in accordance with Fed. R. Civ. P. 26(a)(2)(D).  Without waiving and subject to such objections,

19   IRZ responds as follows:

20           IRZ has not yet made a determination of what contentions will be presented at the

21   time of trial.  Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

22   Response.

23           To the extent known at this time, IRZ is not aware of any action by Dari-Tech

24   relevant to this allegation.

25   **Response to discrete subpart 6:**

26           IRZ objects on grounds that the interrogatory seeks attorney work product,

27   attorney-client privileged information, and information covered by other applicable privileges and

28   immunities; as seeking expert-witness information before the deadline for expert disclosures set

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2                     - 18 -            IRZ'S RESPONSE TO DARI-TECH'S FIRST
                                                                          INTERROGATORIES AND RFPS
                                                                       EXHIBIT 4  000062

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

2   in accordance with Fed. R. Civ. P. 26(a)(2)(D).  Without waiving and subject to such objections,

3   IRZ responds as follows:

4         IRZ has not yet made a determination of what contentions will be presented at the

5   time of trial.  Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

6   Response.

7         To the extent known at this time, IRZ is not aware of any action by Dari-Tech

8   relevant to this allegation.

9   **Response to discrete subpart 7:**

10        IRZ objects on grounds that the interrogatory seeks attorney work product,

11  attorney-client privileged information, and information covered by other applicable privileges and

12  immunities; as seeking expert-witness information before the deadline for expert disclosures set

13  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

14  in accordance with Fed. R. Civ. P. 26(a)(2)(D).  Without waiving and subject to such objections,

15  IRZ responds as follows:

16        IRZ has not yet made a determination of what contentions will be presented at the

17  time of trial.  Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

18  Response.

19        To the extent known at this time, Dari-Tech supplied and installed the following

20  relevant items: (1) complete turnkey Biolynk tank system, piping and PLC control; (2) manure

21  pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

22  **Response to discrete subpart 8:**

23        IRZ objects on grounds that the interrogatory seeks attorney work product,

24  attorney-client privileged information, and information covered by other applicable privileges and

25  immunities; as seeking expert-witness information before the deadline for expert disclosures set

26  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

27  in accordance with Fed. R. Civ. P. 26(a)(2)(D).  Without waiving and subject to such objections,

28  IRZ responds as follows:

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2

- 19 -

IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000063

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1    IRZ has not yet made a determination of what contentions will be presented at the

2    time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

3    Response.

4    To the extent known at this time, Dari-Tech supplied and installed the following

5    relevant items: (1) complete turnkey Biolynk tank system, piping and PLC control; (2) manure

6    pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

7    **Response to discrete subpart 9:**

8    IRZ objects on grounds that the interrogatory seeks attorney work product,

9    attorney-client privileged information, and information covered by other applicable privileges and

10   immunities; as seeking expert-witness information before the deadline for expert disclosures set

11   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

12   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

13   IRZ responds as follows:

14   IRZ has not yet made a determination of what contentions will be presented at the

15   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

16   Response.

17   To the extent known at this time, Dari-Tech supplied and installed the following

18   relevant items: (1) complete turnkey Biolynk tank system, piping and PLC control; (2) manure

19   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

20   **Response to discrete subpart 10:**

21   IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33 (a) in that

22   a party may serve on any other party no more than 25 written interrogatories, including all

23   discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product,

24   attorney-client privileged information, and information covered by other applicable privileges and

25   immunities; as seeking expert-witness information before the deadline for expert disclosures set

26   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

27   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

28   IRZ responds as follows:

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1    IRZ has not yet made a determination of what contentions will be presented at the

2    time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

3    Response.

4    To the extent known at this time, Dari-Tech supplied and installed the following

5    relevant items: (1) complete turnkey Biolynk tank system, piping and PLC control; (2) manure

6    pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

7    **Response to discrete subpart 11:**

8    IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33 (a) in that

9    a party may serve on any other party no more than 25 written interrogatories, including all

10   discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product,

11   attorney-client privileged information, and information covered by other applicable privileges and

12   immunities; as seeking expert-witness information before the deadline for expert disclosures set

13   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

14   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

15   IRZ responds as follows:

16   IRZ has not yet made a determination of what contentions will be presented at the

17   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

18   Response.

19   To the extent known at this time, Dari-Tech supplied and installed the following

20   relevant items: (1) complete turnkey Biolynk tank system, piping and PLC control; (2) manure

21   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

22   **Response to discrete subpart 12:**

23   IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33 (a) in that

24   a party may serve on any other party no more than 25 written interrogatories, including all

25   discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product,

26   attorney-client privileged information, and information covered by other applicable privileges and

27   immunities; as seeking expert-witness information before the deadline for expert disclosures set

28   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

Miller Nash LLP
Attorneys At Law
Portland

546843-0004/4846-8318-6173.2          - 21 -          IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000065

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

2   IRZ responds as follows:

3       IRZ has not yet made a determination of what contentions will be presented at the

4   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

5   Response.

6       To the extent known at this time, IRZ is not aware of any action by Dari-Tech

7   relevant to this allegation.

8       **INTERROGATORY NO. 3:** Identify every document that you will contend at

9   trial was Dari-Tech's work product and that constitutes work by Dari-Tech to "develop[] and

10   design[] the dairy's waste management system" as alleged in the Third-Party Complaint.

11       **RESPONSE:**

12       IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33 (a) in that

13   a party may serve on any other party no more than 25 written interrogatories, including all

14   discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product,

15   attorney-client privileged information, and information covered by other applicable privileges and

16   immunities; as seeking expert-witness information before the deadline for expert disclosures set

17   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

18   in accordance with Fed. R. Civ. P. 26(a)(2)(D).

19       **INTERROGATORY NO. 5:** Identify the person or persons who advised Greg te

20   Velde as to the amount of water required to operate and sustain the waste management system of

21   the Lost Valley Farm, and identify the date and manner in which these person rendered the

22   advice. If Mr. te Velde determined the water needs himself, based on his experience, so state in

23   your answer.

24       **RESPONSE:**

25       IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33 (a) in that

26   a party may serve on any other party no more than 25 written interrogatories, including all

27   discrete subparts. IRZ further objects on the grounds that the interrogatory calls for speculation.

28   ///

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2      - 22 -      IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4   000066

1         **INTERROGATORY NO. 7:** For each act or omission identified in response to

2  Interrogatory No. 6, state how the alleged act or omission was a proximate and actual cause of the

3  failure of Lost Valley Farm and/or losses to the Debtor.

4         **RESPONSE:**

5         IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33 (a) in that

6  a party may serve on any other party no more than 25 written interrogatories, including all

7  discrete subparts.  IRZ further objects on grounds that the interrogatory seeks attorney work

8  product, attorney-client privileged information, and information covered by other applicable

9  privileges and immunities; as seeking expert-witness information before the deadline for expert

10  disclosures set by the Court. IRZ may provide certain information responsive to this

11  interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

12         **REQUEST FOR PRODUCTION NO. 4:** Produce every document that you will

13  contend relates to the alleged acts and/or omissions by Dari-Tech as identified in your response to

14  Interrogatory No. 6.

15         **RESPONSE:**

16         IRZ objects to this Request on the grounds that it does not describe the documents

17  sought, including any electronically stored information, with reasonable particularity, as required

18  by Fed. R. Civ. P. 34(b)(1)(A).  IRZ further objects this Request on the grounds that the

19  terms/phrases "relates to" are facially overbroad and unduly burdensome, as "it is couched in

20  such broad language as to make arduous the task of deciding which of numerous documents may

21  conceivably fall within its scope."  A Request seeking documents "pertaining to" or "concerning"

22  a broad range of items "requires the respondent either to guess or move through mental

23  gymnastics . . . to determine which of many pieces of paper may conceivably contain some detail,

24  either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel Juvenile Group,*

25  *Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.) IRZ objects on grounds that the request seeks

26  attorney work product, attorney-client privileged information, and information covered by other

27  applicable privileges and immunities; as seeking expert-witness information before the deadline

28  for expert disclosures set by the Court. IRZ may provide certain information responsive to this

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2          - 23 -          IRZ'S RESPONSE TO DARI-TECH'S FIRST
INTERROGATORIES AND RFPS
EXHIBIT 4  000067

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1   interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).  Without waiving

2   and subject to such objections, IRZ responds as follows:

3          IRZ has produced those documents in its care, custody, and control identified after

4   a reasonable search to the Trustee, and refers DARI-TECH to documents Bates numbered

5   IRZ000001 through IRZ005092.

6          IRZ has not yet made a determination of what contentions will be presented at the

7   time of trial.  Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

8   Response.

9          **INTERROGATORY NO. 8:** For each of the Third-Party Defendants or any other

10  person, identify the acts or omission committed by such persons that you will contend were a

11  cause of the failure of Lost Valley Farm and/or losses of the Debtor.

12         **RESPONSE:**

13         IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33 (a) in that

14  a party may serve on any other party no more than 25 written interrogatories, including all

15  discrete subparts.  IRZ further objects on grounds that the interrogatory seeks attorney work

16  product, attorney-client privileged information, and information covered by other applicable

17  privileges and immunities; as seeking expert-witness information before the deadline for expert

18  disclosures set by the Court. IRZ may provide certain information responsive to this

19  interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

20         **INTERROGATORY NO. 9:** To the extent that you assert, as an alternative

21  position, that neither IRZ nor any of the Third-Party Defendants were a proximate cause of the

22  failure of Lost Valley Farms, identify all persons whom you contend did commit acts or omission

23  that caused the failure of Lost Valley Farm.

24         **RESPONSE:**

25         IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33 (a) in that

26  a party may serve on any other party no more than 25 written interrogatories, including all

27  discrete subparts.  IRZ further objects on grounds that the interrogatory seeks attorney work

28  product, attorney-client privileged information, and information covered by other applicable

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4846-8318-6173.2                      - 24 -          IRZ'S RESPONSE TO DARI-TECH'S FIRST
                                                                  INTERROGATORIES AND RFPS
                                                                  EXHIBIT 4  000068

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1   privileges and immunities; as seeking expert-witness information before the deadline for expert

2   disclosures set by the Court. IRZ may provide certain information responsive to this

3   interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

4   Dated: <u>October 18, 2021</u>       MILLER NASH LLP

5                       By: */s/ Kyle D. Sciuchetti*

6                        Kyle D. Sciuchetti, OSB No. 765705, admitted *pro hac vice* by Doc. No. 68

7                        Attorneys for Defendant IRZ Consulting, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DocuSign Envelope ID: 798B5A61-0519-40DC-BB94-D0373B89BF09

1

**ATTORNEY'S CERTIFICATION**

2      I certify as attorney of record for the party giving the above responses to discovery

3 requests that all answers and objections are in accordance with the requirements of CR 26(g).

4      DATED this 18th day of October, 2021.

5

6                           _/s/ Kyle D. Sciuchetti_____

7

8

**VERIFICATION**

**UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF**
9 **CALIFORNIA, FRESNO DIVISION**

10

11      I have read the foregoing **IRZ CONSULTING, LLC'S RESPONSE TO THIRD-PARTY DEFENDANT DARI-TECH, INC.'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO IRZ PARTIES** and know its contents.

12

13      I am the Director of Construction_____ of IRZ Consulting, LLC, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that

14 reason. I am informed and believe and on that ground allege that the factual matters stated in the foregoing document are true.

15

16      I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

17

18      Executed on October 18__, 2021, at Boise Idaho_____.

19

20 Wayne Downey_____     _Wayne Downey_____
Print Name of Signatory              Signature

21

22

23

24

25

26

27

28

1    MILLER NASH LLP
Kyle D. Sciuchetti, Admitted Pro Hac Vice
2       *kyle.s@millernash.com*
Brianna J. Wellman, Admitted Pro Hac Vice
3       *brianna.wellman@millernash.com*
US Bancorp Tower
4    111 SW Fifth Avenue, Suite 3400
Portland, Oregon 97204
5    Telephone:    503.224.5858
Facsimile:    503.224.0155
6

7    MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Hagop T. Bedoyan, #131285
8       *hagop.bedoyan@mccormickbarstow.com*
Matthew P. Bunting, #306034
9       *mattnew.bunting@mccormickbarstow.com*
7647 North Fresno Street
10    Fresno, California 93720
Telephone:    559.433.1300
11    Facsimile:    559.433.2300

12    Attorneys for IRZ Consulting, LLC

13            UNITED STATES BANKRUPTCY COURT

14            EASTERN DISTRICT OF CALIFORNIA

15            FRESNO DIVISION

16

17    In re            Bankruptcy Case No. 18-11651-A-11

18    GREGORY JOHN TE VELDE,      Chapter 11

19    Debtor.          Adv. Pro. No. 19-01033-B

20

21    RANDY SUGARMAN, CHAPTER 11    **IRZ CONSULTING, LLC'S**
TRUSTEE,          **SUPPLEMENTAL RESPONSE TO THIRD-**
22          **PARTY DEFENDANT DARI-TECH, INC.'S**
         **FIRST INTERROGATORIES AND**
23    Plaintiff,        **REQUESTS FOR PRODUCTION TO IRZ**
         **PARTIES**
24    v.

25    IRZ CONSULTING, LLC, a/k/a IRZ
CONSTRUCTION DIVISION, LLC,
26

27    Defendant.

28

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND
   546843-0004/4878-9287-0152.1        -1-        IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4   000071

1    IRZ CONSULTING, LLC, a/k/a IRZ
     CONSTRUCTION DIVISION, LLC,
2

3    Third-Party Plaintiff,

4       v.

5    U.S. FARM SYSTEMS; 4 CREEKS, INC.;
     JOHN FAZIO d/b/a FAZIO
6    ENGINEERING; DARI-TECH, INC.;
     LASER LAND LEVELING, INC.; MAAS
7    ENERGY WORKS, INC.; GEORGE
     CHADWICK d/b/a GEORGE CHADWICK
8    CONSULTING; VALMONT
     NORTHWEST, INC.; and NUCOR
9    BUILDING SYSTEMS UTAH LLC,

10    Third-Party Defendants.

11    TO THIRD PARTY DEFENDANT DARI-TECH, INC., AND ITS ATTORNEYS OF RECORD:

12           Pursuant to F.R.C.P. 26, 33, and 34, IRZ Consulting, LLC ("IRZ"), objects and

13    supplements its responses to Dari-Tech, Inc.'s ("Dari-Tech") First Interrogatories and Requests

14    for Production ("Discovery Requests") as follows:

15                          **GENERAL OBJECTIONS**

16           The following general objections are incorporated in each of the responses to

17    Dari-Tech's Discovery Requests as if specifically set forth therein.

18           1.     IRZ objects to the Discovery Requests to the extent that they impose any

19    obligations on IRZ beyond those authorized by the Federal Rules of Civil Procedure, or the Local

20    Rules of this court. IRZ will supply responses consistent with the obligations imposed by the

21    Federal Rules of Civil Procedure and other applicable laws and rules.

22           2.     IRZ objects to the Discovery Requests to the extent they call for documents

23    and information or material protected by the attorney-client privilege, the work product doctrine,

24    and any other applicable privilege or discovery immunity. IRZ will not produce any such

25    privilege-protected documents or information, and the Discovery Requests will be construed by

26    IRZ, where possible, as not calling for such information or material.

27    / / /

28    / / /

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1         -2-         IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000072

3.    IRZ objects to the Discovery Requests to the extent they seek information that is not relevant to the claims and defenses in this action or not reasonably calculated to lead to the discovery of admissible evidence. IRZ further objects to the extent that the Discovery Requests seek information that is not proportionate to the needs of this case.

4.    IRZ objects to the Discovery Requests to the extent that they call for the production of documents or information not within IRZ's possession, custody, or control.

5.    IRZ objects to the Discovery Requests to the extent that they seek discovery of public or other information that is as equally and readily available to Dari-Tech as it is to IRZ.

6.    IRZ generally objects to the Discovery Requests to the extent that they are overly broad or seek the production of documents that would impose an undue burden on IRZ by requiring an unreasonably intensive, costly, and/or laborious search for documents.

7.    In responding to the Discovery Requests, IRZ is making a good faith effort to identify readily accessible responsive electronic documents. Additional electronic records and computerized information not readily accessible will not be produced in the absence of an agreed-upon protocol, an appropriate protective order, and proper allocation of expenses.

8.    A statement by IRZ that they will produce documents is not an affirmative statement that such documents exist or, if they exist, that they are within the possession, custody, or control of IRZ; it is only a statement that IRZ will produce documents to the extent they exist.

9.    By producing documents, IRZ does not waive, but instead preserves, all evidentiary objections.

10.    When indicating below what documents will be produced, IRZ means they will produce only those documents that are not subject to a claim of privilege or an objection. Documents that IRZ agrees to produce will be produced at a mutually convenient time at the offices of Miller Nash LLP, 111 SW Fifth Avenue, Suite 3400, Portland, Oregon 97204.

Each of these general objections is incorporated in each response set forth below as though fully stated therein. IRZ does not waive any general objection even though they may provide a substantive response to the requests for production.

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1                    - 3 -                    IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000073

1       Subject to and without waiving any objection, IRZ will provide the requested

2    information as follows:

3                              **SUPPLEMENTAL RESPONSES**

4       **INTERROGATORY NO. 4:** Will you contend at trial that any specific item of

5    equipment supplied by Dari-Tech to Lost Valley Farms failed to operate as represented by Dari-

6    Tech? If so, identify:

7       • Each such piece of equipment,

8       • The manner in which you will contend that item of equipment failed to

9          operate,

10      • The cause of any alleged failure in that item of equipment,

11      • Whether the item of equipment at the time of the alleged failure was being

12         employed in a proper manner,

13      • Any action taken by te Velde and/or IRZ to report an alleged failure to Dari-

14         Tech,

15      • Any action taken by te Velde and/or IRZ to correct the alleged failure, and

16      • Your contention as to how the failure of that item of equipment caused the

17         Lost Valley Farm to fail.

18   **RESPONSE:**

19   **Response to discrete subpart 1:**

20      IRZ objects on grounds that the interrogatory seeks attorney work product,

21   attorney-client privileged information, and information covered by other applicable privileges and

22   immunities; as seeking expert-witness information before the deadline for expert disclosures set

23   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

24   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

25   IRZ responds as follows:

26      IRZ has not yet made a determination of what contentions will be presented at the

27   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

28   Response.

Miller Nash LLP
Attorneys At Law
Portland

546843-0004/4878-9287-0152.1                - 4 -         IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
                                                           TECH'S FIRST INTERROGATORIES AND RFPS
                                                           EXHIBIT 4  000074

1          To the extent known at this time, Dari-Tech supplied the following relevant items:

2   (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and

3   agitators with controls; and (3) CST Storage water storage tank with roof.

4          **Response to discrete subpart 2:**

5          IRZ objects on grounds that the interrogatory seeks attorney work product,

6   attorney-client privileged information, and information covered by other applicable privileges and

7   immunities; as seeking expert-witness information before the deadline for expert disclosures set

8   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

9   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

10   IRZ responds as follows:

11          IRZ has not yet made a determination of what contentions will be presented at the

12   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

13   Response.

14          To the extent known at this time, Plaintiff alleges that an adequate and competent

15   preliminary and/or final site plan, with waste handling, locations was not prepared. Plaintiff

16   further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

17   installed and an inadequate flushing system for the waste to flow into the catch basins was

18   installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

19   specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

20   further alleges that inadequate impermeable surface areas throughout the system were specified,

21   particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

22   Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

23   Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and

24   (3) CST Storage water storage tank with roof.

25          **Response to discrete subpart 3:**

26          IRZ objects on grounds that the interrogatory seeks attorney work product,

27   attorney-client privileged information, and information covered by other applicable privileges and

28   immunities; as seeking expert-witness information before the deadline for expert disclosures set

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1      - 5 -      IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000075

1   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

2   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

3   IRZ responds as follows:

4        IRZ has not yet made a determination of what contentions will be presented at the

5   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

6   Response.

7        To the extent known at this time, Plaintiff alleges that an adequate and competent

8   preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff

9   further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

10  installed and an inadequate flushing system for the waste to flow into the catch basins was

11  installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

12  specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

13  further alleges that inadequate impermeable surface areas throughout the system were specified,

14  particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

15  Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

16  Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and

17  (3) CST Storage water storage tank with roof.

18  **Response to discrete subpart 4:**

19       IRZ objects on grounds that the interrogatory seeks attorney work product,

20  attorney-client privileged information, and information covered by other applicable privileges and

21  immunities; as seeking expert-witness information before the deadline for expert disclosures set

22  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

23  in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

24  IRZ responds as follows:

25       IRZ has not yet made a determination of what contentions will be presented at the

26  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

27  Response.

28  / / /

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1                - 6 -                IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000076

1          To the extent known at this time, Plaintiff alleges that an adequate and competent

2 preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff

3 further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

4 installed and an inadequate flushing system, for the waste to flow into the catch basins, was

5 installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

6 specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

7 further alleges that inadequate impermeable surface areas throughout the system were specified,

8 particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

9 Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

10 Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and

11 (3) CST Storage water storage tank with roof.

12         **Response to discrete subpart 5:**

13          IRZ was not notified and/or aware of a failure such to notify Dari-Tech prior to the

14 filing of the instant Action. IRZ is unaware as to whether te Velde notified Dari-Tech of any

15 failure of any component. Discovery is ongoing. IRZ reserves the right to supplement, amend, or

16 correct this Response.

17         **Response to discrete subpart 6:**

18          IRZ was not notified and/or aware of a failure such to remedy Dari-Tech's failure

19 prior to the filing of the instant Action. IRZ is unaware as to whether te Velde took action to

20 remedy Dari-Tech's failure. Discovery is ongoing. IRZ reserves the right to supplement, amend,

21 or correct this Response.

22         **Response to discrete subpart 7:**

23          IRZ objects on grounds that the interrogatory seeks attorney work product,

24 attorney-client privileged information, and information covered by other applicable privileges and

25 immunities; as seeking expert-witness information before the deadline for expert disclosures set

26 by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

27 in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

28 IRZ responds as follows:

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1          - 7 -          IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000077

1         IRZ has not yet made a determination of what contentions will be presented at the

2  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

3  Response.

4         To the extent known at this time, Plaintiff alleges that an adequate and competent

5  preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff

6  further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

7  installed and an inadequate flushing system, for the waste to flow into the catch basins, was

8  installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

9  specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

10  further alleges that inadequate impermeable surface areas throughout the system were specified,

11  particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

12  Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

13  Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and

14  (3) CST Storage water storage tank with roof.

15                 **SUPPLEMENTAL RESPONSE:**

16                 **Supplemental Response to discrete subpart 1:**

17         IRZ objects on grounds that the interrogatory seeks attorney work product,

18  attorney-client privileged information, and information covered by other applicable privileges and

19  immunities; as seeking expert-witness information before the deadline for expert disclosures set

20  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

21  in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

22  IRZ responds as follows:

23         IRZ has not yet made a determination of what contentions will be presented at the

24  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

25  Response.

26         To the extent known at this time, Dari-Tech supplied the following relevant items:

27  (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and

28  agitators with controls; and (3) CST Storage water storage tank with roof.

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1      - 8 -      IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000078

1           Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

2   answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

3   summarizing business records, and the burden of deriving or ascertaining the answer will be

4   substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

5   documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

6   IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

7   IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

8   IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

9   IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

10  IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

11  IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

12  IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

13  IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

14  IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

15  IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

16  IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

17  IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

18  IRZ013082, and IRZ013084.

19          **Supplemental Response to discrete subpart 2:**

20          IRZ objects on grounds that the interrogatory seeks attorney work product,

21  attorney-client privileged information, and information covered by other applicable privileges and

22  immunities; as seeking expert-witness information before the deadline for expert disclosures set

23  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

24  in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

25  IRZ responds as follows:

26          IRZ has not yet made a determination of what contentions will be presented at the

27  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

28  Response.

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1                          - 9 -                          IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000079

1           To the extent known at this time, Plaintiff alleges that an adequate and competent

2    preliminary and/or final site plan, with waste handling, locations was not prepared. Plaintiff

3    further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

4    installed and an inadequate flushing system for the waste to flow into the catch basins was

5    installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

6    specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

7    further alleges that inadequate impermeable surface areas throughout the system were specified,

8    particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

9    Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

10   Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and

11   (3) CST Storage water storage tank with roof.

12          Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

13   answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

14   summarizing business records, and the burden of deriving or ascertaining the answer will be

15   substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

16   documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

17   IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

18   IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

19   IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

20   IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

21   IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

22   IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

23   IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

24   IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

25   IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

26   IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

27   IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

28   ///

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1          - 10 -          IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000080

1   IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

2   IRZ013082, and IRZ013084.

3            **Supplemental Response to discrete subpart 3:**

4            IRZ objects on grounds that the interrogatory seeks attorney work product,

5   attorney-client privileged information, and information covered by other applicable privileges and

6   immunities; as seeking expert-witness information before the deadline for expert disclosures set

7   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

8   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

9   IRZ responds as follows:

10           IRZ has not yet made a determination of what contentions will be presented at the

11  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

12  Response.

13           To the extent known at this time, Plaintiff alleges that an adequate and competent

14  preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff

15  further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

16  installed and an inadequate flushing system for the waste to flow into the catch basins was

17  installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

18  specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

19  further alleges that inadequate impermeable surface areas throughout the system were specified,

20  particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

21  Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

22  Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and

23  (3) CST Storage water storage tank with roof.

24           Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

25  answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

26  summarizing business records, and the burden of deriving or ascertaining the answer will be

27  substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

28  documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND
546843-0004/4878-9287-0152.1     - 11 -     IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000081

1  IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

2  IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

3  IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

4  IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

5  IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

6  IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

7  IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

8  IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

9  IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

10  IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

11  IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

12  IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

13  IRZ013082, and IRZ013084.

14  **Supplemental Response to discrete subpart 4:**

15  IRZ objects on grounds that the interrogatory seeks attorney work product,

16  attorney-client privileged information, and information covered by other applicable privileges and

17  immunities; as seeking expert-witness information before the deadline for expert disclosures set

18  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

19  in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

20  IRZ responds as follows:

21  IRZ has not yet made a determination of what contentions will be presented at the

22  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

23  Response.

24  To the extent known at this time, Plaintiff alleges that an adequate and competent

25  preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff

26  further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

27  installed and an inadequate flushing system, for the waste to flow into the catch basins, was

28  installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND
546843-0004/4878-9287-0152.1                    - 12 -          IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000082

1    specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

2    further alleges that inadequate impermeable surface areas throughout the system were specified,

3    particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

4    Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

5    Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and

6    (3) CST Storage water storage tank with roof.

7            Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

8    answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

9    summarizing business records, and the burden of deriving or ascertaining the answer will be

10   substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

11   documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

12   IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

13   IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

14   IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

15   IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

16   IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

17   IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

18   IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

19   IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

20   IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

21   IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

22   IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

23   IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

24   IRZ013082, and IRZ013084.

25   **Response to discrete subpart 7:**

26           IRZ objects on grounds that the interrogatory seeks attorney work product,

27   attorney-client privileged information, and information covered by other applicable privileges and

28   immunities; as seeking expert-witness information before the deadline for expert disclosures set

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1              - 13 -        IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
                                                        TECH'S FIRST INTERROGATORIES AND RFPS
                                                        EXHIBIT 4  000083

1   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

2   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

3   IRZ responds as follows:

4           IRZ has not yet made a determination of what contentions will be presented at the

5   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

6   Response.

7           To the extent known at this time, Plaintiff alleges that an adequate and competent

8   preliminary and/or final site plan, with waste handling locations, was not prepared. Plaintiff

9   further alleges that a defective site plan, which provided insufficient grade in the dairy stalls, was

10  installed and an inadequate flushing system, for the waste to flow into the catch basins, was

11  installed. Plaintiff further alleges that underground piping of insufficient diameter and flow was

12  specified, so that the underground waste pipes consistently clogged and backed up. Plaintiff

13  further alleges that inadequate impermeable surface areas throughout the system were specified,

14  particularly at the sand lane, so that waste regularly came in contact with unprotected soil. Dari-

15  Tech supplied and installed the following items relevant to these allegations: (1) complete turnkey

16  Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and

17  (3) CST Storage water storage tank with roof.

18          Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

19  answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

20  summarizing business records, and the burden of deriving or ascertaining the answer will be

21  substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

22  documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

23  IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

24  IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

25  IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

26  IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

27  IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

28  IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

Miller Nash LLP
Attorneys at Law
Portland

546843-0004/4878-9287-0152.1          - 14 -          IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000084

1   IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

2   IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

3   IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

4   IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

5   IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

6   IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

7   IRZ013082, and IRZ013084.

8            **REQUEST FOR PRODUCTION NO. 1:** Produce all documents that relate or

9   refer to the alleged failure of any specific item of equipment supplied by Dari-Tech to Lost

10  Valley Farms as identified in your response to the interrogatory above.

11           **RESPONSE:**

12           IRZ objects to this Request on the grounds that it does not describe the documents

13  sought, including any electronically stored information, with reasonable particularity, as required

14  by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the

15  terms/phrases "relate or refer to" are facially overbroad and unduly burdensome, as "it is couched

16  in such broad language as to make arduous the task of deciding which of numerous documents

17  may conceivably fall within its scope." A Request seeking documents "pertaining to" or

18  "concerning" a broad range of items "requires the respondent either to guess or move through

19  mental gymnastics . . . to determine which of many pieces of paper may conceivably contain

20  some detail, either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel*

21  *Juvenile Group, Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.)  IRZ objects on grounds that the

22  request seeks attorney work product, attorney-client privileged information, and information

23  covered by other applicable privileges and immunities; as seeking expert-witness information

24  before the deadline for expert disclosures set by the Court. IRZ may provide certain information

25  responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

26  Without waiving and subject to such objections, IRZ responds as follows:

27  / / /

28  / / /

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1                  - 15 -            IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000085

1    IRZ has produced those documents in its care, custody, and control identified after

2  a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered

3  IRZ000001 through IRZ005092.

4    Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

5  Response.

6  **SUPPLEMENTAL RESPONSE:**

7    IRZ objects to this Request on the grounds that it does not describe the documents

8  sought, including any electronically stored information, with reasonable particularity, as required

9  by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the

10  terms/phrases "relate or refer to" are facially overbroad and unduly burdensome, as "it is couched

11  in such broad language as to make arduous the task of deciding which of numerous documents

12  may conceivably fall within its scope." A Request seeking documents "pertaining to" or

13  "concerning" a broad range of items "requires the respondent either to guess or move through

14  mental gymnastics . . . to determine which of many pieces of paper may conceivably contain

15  some detail, either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel*

16  *Juvenile Group, Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.)  IRZ objects on grounds that the

17  request seeks attorney work product, attorney-client privileged information, and information

18  covered by other applicable privileges and immunities; as seeking expert-witness information

19  before the deadline for expert disclosures set by the Court. IRZ may provide certain information

20  responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

21  Without waiving and subject to such objections, IRZ responds as follows:

22    IRZ has produced those documents in its care, custody, and control identified after

23  a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered

24  IRZ000001 through IRZ025155.

25    Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

26  Response.

27  / / /

28  / / /

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1                    - 16 -                    IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000086

1    **REQUEST FOR PRODUCTION NO. 2:** Produce all documents that relate or

2  refer to the water requirements for the operation of Lost Valley Farm's waste management

3  system.

4    **RESPONSE:**

5      IRZ objects to this Request on the grounds that it does not describe the documents

6  sought, including any electronically stored information, with reasonable particularity, as required

7  by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the

8  terms/phrases "relate or refer to" are facially overbroad and unduly burdensome, as "it is couched

9  in such broad language as to make arduous the task of deciding which of numerous documents

10  may conceivably fall within its scope." A Request seeking documents "pertaining to" or

11  "concerning" a broad range of items "requires the respondent either to guess or move through

12  mental gymnastics . . . to determine which of many pieces of paper may conceivably contain

13  some detail, either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel*

14  *Juvenile Group, Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.) IRZ objects on grounds that the

15  request seeks attorney work product, attorney-client privileged information, and information

16  covered by other applicable privileges and immunities; as seeking expert-witness information

17  before the deadline for expert disclosures set by the Court. IRZ may provide certain information

18  responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

19  Without waiving and subject to such objections, IRZ responds as follows:

20      IRZ has produced those documents in its care, custody, and control identified after

21  a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered

22  IRZ000001 through IRZ005092.

23      Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

24  Response.

25    **SUPPLEMENTAL RESPONSE:**

26      IRZ objects to this Request on the grounds that it does not describe the documents

27  sought, including any electronically stored information, with reasonable particularity, as required

28  by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1                    - 17 -                    IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
                                                                          TECH'S FIRST INTERROGATORIES AND RFPS
                                                                          EXHIBIT 4  000087

1    terms/phrases "relate or refer to" are facially overbroad and unduly burdensome, as "it is couched

2    in such broad language as to make arduous the task of deciding which of numerous documents

3    may conceivably fall within its scope." A Request seeking documents "pertaining to" or

4    "concerning" a broad range of items "requires the respondent either to guess or move through

5    mental gymnastics . . . to determine which of many pieces of paper may conceivably contain

6    some detail, either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel*

7    *Juvenile Group, Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.) IRZ objects on grounds that the

8    request seeks attorney work product, attorney-client privileged information, and information

9    covered by other applicable privileges and immunities; as seeking expert-witness information

10   before the deadline for expert disclosures set by the Court. IRZ may provide certain information

11   responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D).

12   Without waiving and subject to such objections, IRZ responds as follows:

13          IRZ has produced those documents in its care, custody, and control identified after

14   a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered

15   IRZ000001 through IRZ025155.

16          Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

17   Response.

18   **INTERROGATORY NO. 6:** Paragraph 5 of the Third-Party Complaint quotes

19   from Paragraph 29 in the Trustee's Complaint and provides a list of deficiencies that the Trustee

20   claims were acts and omissions by IRZ, and that IRZ now claims were the fault of Dari-Tech

21   and/or others. Using the same bullet-list format, respond to the following:

22          • Identify any action or omission by Dari-Tech that you will contend resulted in

23              a "preliminary or final site plan with structure, corral, and waste handling

24              locations."

25          • Identify any act or omission by Dari-Tech that you will contend resulted in a

26              failure to provide a "preliminary or final grading plan to be used for mass

27              excavation calculations."

28   ///

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1        - 18 -        IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000088

1   • Identify any act or omission by Dari-Tech that you will contend resulted in a

2     failure to provide a "preliminary or final infrastructure plan to include onsite

3     drain lines, underground water lines, and underground power lines."

4   • Identify any act or omission by Dari-Tech that you will contend resulted in a

5     failure "to prepare an adequate and competent preliminary and/or final effluent

6     water flow line plane to include adequate lines for site drainage, structures,

7     corrals, and effluent handling components to the lagoon systems."

8   • Identify any act or omission by Dari-Tech that you will contend resulted in a

9     failure "to prepare an adequate and competent preliminary and/or final lagoon

10    design sufficient to satisfy the Debtor's obligations under his CAFO permit

11    and other dairy entitlements."

12  • Identify any act or omission by Dari-Tech that you will contend resulted in

13    preparation of "a defective irrigation plan" and failure "to advise the Debtor

14    that there were too many acres under lease to Boardman Tree Farm, LLC to

15    enable the Debtor to install a sufficient number of irrigation pivots to properly

16    dispose of the effluent from a 12,000 head dairy herd."

17  • Identify any act or omission by Dari-Tech that you will contend resulted in the

18    preparation of "a defective site plan which provided insufficient grade in the

19    dairy stalls and an inadequate flushing system for the waste to flow into the

20    catch basins."

21  • Identify any act or omission by Dari-Tech that you will contend resulted in the

22    specification of "the use of porous decomposed granite for the bedding of the

23    dairy stalls, which absorbed and became saturated with the waste, preventing

24    the waste from flowing by gravity into the catch basin."

25  • Identify any act or omission by Dari-Tech that you will contend resulted in the

26    specification of "underground piping of insufficient diameter and flow, so that

27    the underground waste pipes consistently clogged and backed up."

28  ///

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1                - 19 -       IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
                                                         TECH'S FIRST INTERROGATORIES AND RFPS
                                                         EXHIBIT 4  000089

1   &bull; Identify any act or omission by Dari-Tech that you will contend resulted in the

2     specification of "inadequate impermeable surface areas throughout the system,

3     particularly at the sand lane, so that waste regularly came in contact with

4     unprotected soil".

5   &bull; Identify any act or omission by Dari-Tech that you will contend resulted in the

6     specification of "overflow pipes and drains at improper heights so that effluent

7     improperly spilled out of the lagoons and the sand lane areas."

8   &bull; Identify any act or omission by Dari-Tech that you will contend resulted in

9     IRZ failing "to adequately perform its construction management and oversight

10     of the Debtor's subcontractors and materialmen to ensure that the construction

11     was undertaken in accordance with Defendant's plans, to the extent those plans

12     were not defective, and in a manner which would enable the Debtor to lawfully

13     operate under his CAFO once the dairy was commissioned."

14 **RESPONSE:**

15 **Response to discrete subpart 1:**

16   IRZ objects on grounds that the interrogatory seeks attorney work product,

17 attorney-client privileged information, and information covered by other applicable privileges and

18 immunities; as seeking expert-witness information before the deadline for expert disclosures set

19 by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

20 in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

21 IRZ responds as follows:

22   IRZ has not yet made a determination of what contentions will be presented at the

23 time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

24 Response.

25   To the extent known at this time, Dari-Tech supplied and installed the following

26 relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

27 pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

28 / / /

Miller Nash LLP
Attorneys at Law
Portland

546843-0004/4878-9287-0152.1  - 20 -  IRZ'S SUPPLEMENTAL RESPONSE TO DARI-TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000090

1    **Response to discrete subpart 2:**

2             IRZ objects on grounds that the interrogatory seeks attorney work product,

3    attorney-client privileged information, and information covered by other applicable privileges and

4    immunities; as seeking expert-witness information before the deadline for expert disclosures set

5    by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

6    in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

7    IRZ responds as follows:

8             IRZ has not yet made a determination of what contentions will be presented at the

9    time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

10   Response.

11            To the extent known at this time, Dari-Tech supplied and installed the following

12   relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

13   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

14   **Response to discrete subpart 3:**

15            IRZ objects on grounds that the interrogatory seeks attorney work product,

16   attorney-client privileged information, and information covered by other applicable privileges and

17   immunities; as seeking expert-witness information before the deadline for expert disclosures set

18   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

19   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

20   IRZ responds as follows:

21            IRZ has not yet made a determination of what contentions will be presented at the

22   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

23   Response.

24            To the extent known at this time, IRZ is not aware of any action by Dari-Tech

25   relevant to this allegation.

26   **Response to discrete subpart 4:**

27            IRZ objects on grounds that the interrogatory seeks attorney work product,

28   attorney-client privileged information, and information covered by other applicable privileges and

1  immunities; as seeking expert-witness information before the deadline for expert disclosures set

2  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

3  in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

4  IRZ responds as follows:

5        IRZ has not yet made a determination of what contentions will be presented at the

6  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

7  Response.

8        To the extent known at this time, IRZ is not aware of any action by Dari-Tech

9  relevant to this allegation.

10  **Response to discrete subpart 5:**

11        IRZ objects on grounds that the interrogatory seeks attorney work product,

12  attorney-client privileged information, and information covered by other applicable privileges and

13  immunities; as seeking expert-witness information before the deadline for expert disclosures set

14  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

15  in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

16  IRZ responds as follows:

17        IRZ has not yet made a determination of what contentions will be presented at the

18  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

19  Response.

20        To the extent known at this time, IRZ is not aware of any action by Dari-Tech

21  relevant to this allegation.

22  **Response to discrete subpart 6:**

23        IRZ objects on grounds that the interrogatory seeks attorney work product,

24  attorney-client privileged information, and information covered by other applicable privileges and

25  immunities; as seeking expert-witness information before the deadline for expert disclosures set

26  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

27  in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

28  IRZ responds as follows:

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1

\- 22 -

IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000092

1    IRZ has not yet made a determination of what contentions will be presented at the

2    time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

3    Response.

4    To the extent known at this time, IRZ is not aware of any action by Dari-Tech

5    relevant to this allegation.

6    **Response to discrete subpart 7:**

7    IRZ objects on grounds that the interrogatory seeks attorney work product,

8    attorney-client privileged information, and information covered by other applicable privileges and

9    immunities; as seeking expert-witness information before the deadline for expert disclosures set

10   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

11   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

12   IRZ responds as follows:

13   IRZ has not yet made a determination of what contentions will be presented at the

14   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

15   Response.

16   To the extent known at this time, Dari-Tech supplied and installed the following

17   relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

18   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

19   **Response to discrete subpart 8:**

20   IRZ objects on grounds that the interrogatory seeks attorney work product,

21   attorney-client privileged information, and information covered by other applicable privileges and

22   immunities; as seeking expert-witness information before the deadline for expert disclosures set

23   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

24   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

25   IRZ responds as follows:

26   IRZ has not yet made a determination of what contentions will be presented at the

27   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

28   Response.

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1                - 23 -          IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
                                                            TECH'S FIRST INTERROGATORIES AND RFPS
                                                            EXHIBIT 4  000093

1   To the extent known at this time, Dari-Tech supplied and installed the following

2   relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

3   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

4   **Response to discrete subpart 9:**

5   IRZ objects on grounds that the interrogatory seeks attorney work product,

6   attorney-client privileged information, and information covered by other applicable privileges and

7   immunities; as seeking expert-witness information before the deadline for expert disclosures set

8   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

9   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

10  IRZ responds as follows:

11  IRZ has not yet made a determination of what contentions will be presented at the

12  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

13  Response.

14  To the extent known at this time, Dari-Tech supplied and installed the following

15  relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

16  pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

17  **Response to discrete subpart 10:**

18  IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33(a) in that

19  a party may serve on any other party no more than 25 written interrogatories, including all

20  discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product,

21  attorney-client privileged information, and information covered by other applicable privileges and

22  immunities; as seeking expert-witness information before the deadline for expert disclosures set

23  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

24  in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

25  IRZ responds as follows:

26  IRZ has not yet made a determination of what contentions will be presented at the

27  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

28  Response.

1    To the extent known at this time, Dari-Tech supplied and installed the following

2    relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

3    pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

4    **Response to discrete subpart 11:**

5    IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33(a) in that

6    a party may serve on any other party no more than 25 written interrogatories, including all

7    discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product,

8    attorney-client privileged information, and information covered by other applicable privileges and

9    immunities; as seeking expert-witness information before the deadline for expert disclosures set

10   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

11   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

12   IRZ responds as follows:

13   IRZ has not yet made a determination of what contentions will be presented at the

14   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

15   Response.

16   To the extent known at this time, Dari-Tech supplied and installed the following

17   relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

18   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

19   **Response to discrete subpart 12:**

20   IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33(a) in that

21   a party may serve on any other party no more than 25 written interrogatories, including all

22   discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product,

23   attorney-client privileged information, and information covered by other applicable privileges and

24   immunities; as seeking expert-witness information before the deadline for expert disclosures set

25   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

26   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

27   IRZ responds as follows:

28   ///

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1          - 25 -          IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000095

1    IRZ has not yet made a determination of what contentions will be presented at the

2  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

3  Response.

4    To the extent known at this time, IRZ is not aware of any action by Dari-Tech

5  relevant to this allegation.

6    **SUPPLEMENTAL RESPONSE:**

7    **Supplemental Response to discrete subpart 1:**

8    IRZ objects on grounds that the interrogatory seeks attorney work product,

9  attorney-client privileged information, and information covered by other applicable privileges and

10  immunities; as seeking expert-witness information before the deadline for expert disclosures set

11  by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

12  in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

13  IRZ responds as follows:

14    IRZ has not yet made a determination of what contentions will be presented at the

15  time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

16  Response.

17    To the extent known at this time, Dari-Tech supplied and installed the following

18  relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

19  pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

20    Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

21  answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

22  summarizing business records, and the burden of deriving or ascertaining the answer will be

23  substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

24  documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

25  IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

26  IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

27  IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

28  IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

1    IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

2    IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

3    IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

4    IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

5    IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

6    IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

7    IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

8    IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

9    IRZ013082, and IRZ013084.

10    **Supplemental Response to discrete subpart 2:**

11        IRZ objects on grounds that the interrogatory seeks attorney work product,

12    attorney-client privileged information, and information covered by other applicable privileges and

13    immunities; as seeking expert-witness information before the deadline for expert disclosures set

14    by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

15    in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

16    IRZ responds as follows:

17        IRZ has not yet made a determination of what contentions will be presented at the

18    time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

19    Response.

20        To the extent known at this time, Dari-Tech supplied and installed the following

21    relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

22    pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

23        Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

24    answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

25    summarizing business records, and the burden of deriving or ascertaining the answer will be

26    substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

27    documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

28    IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1      - 27 -      IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4 000097

1   IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

2   IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

3   IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

4   IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

5   IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

6   IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

7   IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

8   IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

9   IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

10   IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

11   IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

12   IRZ013082, and IRZ013084.

13   <u>**Supplemental Response to discrete subpart 7:**</u>

14   IRZ objects on grounds that the interrogatory seeks attorney work product,

15   attorney-client privileged information, and information covered by other applicable privileges and

16   immunities; as seeking expert-witness information before the deadline for expert disclosures set

17   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

18   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

19   IRZ responds as follows:

20   IRZ has not yet made a determination of what contentions will be presented at the

21   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

22   Response.

23   To the extent known at this time, Dari-Tech supplied and installed the following

24   relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

25   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

26   Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

27   answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

28   summarizing business records, and the burden of deriving or ascertaining the answer will be

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1     - 28 -     IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4   000098

1  substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

2  documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

3  IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

4  IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

5  IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

6  IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

7  IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

8  IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

9  IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

10 IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

11 IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

12 IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

13 IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

14 IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

15 IRZ013082, and IRZ013084.

16    **Supplemental Response to discrete subpart 8:**

17    IRZ objects on grounds that the interrogatory seeks attorney work product,

18 attorney-client privileged information, and information covered by other applicable privileges and

19 immunities; as seeking expert-witness information before the deadline for expert disclosures set

20 by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

21 in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

22 IRZ responds as follows:

23    IRZ has not yet made a determination of what contentions will be presented at the

24 time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

25 Response.

26    To the extent known at this time, Dari-Tech supplied and installed the following

27 relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

28 pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1    - 29 -    IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000099

1    Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

2    answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

3    summarizing business records, and the burden of deriving or ascertaining the answer will be

4    substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

5    documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

6    IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

7    IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

8    IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

9    IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

10   IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

11   IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

12   IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

13   IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

14   IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

15   IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

16   IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

17   IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

18   IRZ013082, and IRZ013084.

19   **Supplemental Response to discrete subpart 9:**

20   IRZ objects on grounds that the interrogatory seeks attorney work product,

21   attorney-client privileged information, and information covered by other applicable privileges and

22   immunities; as seeking expert-witness information before the deadline for expert disclosures set

23   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

24   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

25   IRZ responds as follows:

26   IRZ has not yet made a determination of what contentions will be presented at the

27   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

28   Response.

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1          - 30 -          IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000100

1    To the extent known at this time, Dari-Tech supplied and installed the following

2    relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

3    pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

4    Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

5    answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

6    summarizing business records, and the burden of deriving or ascertaining the answer will be

7    substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

8    documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

9    IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

10   IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

11   IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

12   IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

13   IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

14   IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

15   IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

16   IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

17   IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

18   IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

19   IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

20   IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

21   IRZ013082, and IRZ013084.

22   **Supplemental Response to discrete subpart 10:**

23   IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33(a) in that

24   a party may serve on any other party no more than 25 written interrogatories, including all

25   discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product,

26   attorney-client privileged information, and information covered by other applicable privileges and

27   immunities; as seeking expert-witness information before the deadline for expert disclosures set

28   by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date,

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1          - 31 -          IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000101

1   in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections,

2   IRZ responds as follows:

3          IRZ has not yet made a determination of what contentions will be presented at the

4   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

5   Response.

6          To the extent known at this time, Dari-Tech supplied and installed the following

7   relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure

8   pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

9          Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The

10  answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or

11  summarizing business records, and the burden of deriving or ascertaining the answer will be

12  substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced

13  documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-

14  IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-

15  IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-

16  IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685,

17  IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-

18  IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268,

19  IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934,

20  IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-

21  IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

22  IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

23  IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

24  IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

25  IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

26  IRZ013082, and IRZ013084.

27  / / /

28  / / /

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1      - 32 -      IRZ'S SUPPLEMENTAL RESPONSE TO DARI-TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4   000102

**Supplemental Response to discrete subpart 11:**

IRZ objects on grounds that the interrogatory violates Fed. R. Civ. P. 33(a) in that a party may serve on any other party no more than 25 written interrogatories, including all discrete subparts. IRZ objects on grounds that the interrogatory seeks attorney work product, attorney-client privileged information, and information covered by other applicable privileges and immunities; as seeking expert-witness information before the deadline for expert disclosures set by the Court. IRZ may provide certain information responsive to this interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and subject to such objections, IRZ responds as follows:

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

To the extent known at this time, Dari-Tech supplied and installed the following relevant items: (1) complete turnkey Biolynk tank system, piping, and PLC control; (2) manure pumps and agitators with controls; and (3) CST Storage water storage tank with roof.

Beyond this, IRZ responds to this Interrogatory pursuant to FRCP 33(d). The answer to this interrogatory may be determined by examining, auditing, compiling, abstracting, or summarizing business records, and the burden of deriving or ascertaining the answer will be substantially the same for both Dari-Tech and IRZ. IRZ refers Dari-Tech to previously produced documents Bates stamped IRZ000033-IRZ000039, IRZ000056-IRZ000061, IRZ000067-IRZ000068, IRZ000217-IRZ000218, IRZ000235-IRZ000238, IRZ000247-IRZ000250-IRZ000540-IRZ000541, IRZ001038-IRZ001043, IRZ001049-IRZ001050, IRZ001259-IRZ001261, IRZ001646-IRZ001651, IRZ001661-IRZ001671, IRZ001682-IRZ001685, IRZ001694-IRZ001696, IRZ001701-IRZ001703, IRZ001705, IRZ001707, IRZ001711-IRZ001713, IRZ001717-IRZ001718, IRZ001798-IRZ001801, IRZ005108, IRZ005268, IRZ005494-IRZ005495, IRZ005580, IRZ005864, IRZ005929, IRZ005934, IRZ005934, IRZ005969, IRZ005988, IRZ006154-IRZ006155, IRZ007535, IRZ007766, IRZ007786-IRZ007789, IRZ008314, IRZ008566, IRZ008666, IRZ008689, IRZ008954, IRZ009111,

1   IRZ009142, IRZ009224, IRZ009637, IRZ010631, IRZ010982, IRZ011001, IRZ011039,

2   IRZ011085, IRZ011314, IRZ011324, IRZ011330, IRZ011821-IRZ011829, IRZ012077,

3   IRZ012184-IRZ012186, IRZ012189, IRZ012200-IRZ012208, IRZ012285, IRZ012295-

4   IRZ012296, IRZ012472, IRZ012746, IRZ012756-IRZ012757, IRZ012767, IRZ013078,

5   IRZ013082, and IRZ013084.

6           **REQUEST FOR PRODUCTION NO. 3:** Produce every document that you will

7   contend relates to the alleged acts and/or omissions by Dari-Tech as identified in your response to

8   Interrogatory No. 6.

9           <u>**RESPONSE:**</u>

10           IRZ objects to this Request on the grounds that it does not describe the documents

11   sought, including any electronically stored information, with reasonable particularity, as required

12   by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the

13   terms/phrases "relates to" are facially overbroad and unduly burdensome, as "it is couched in

14   such broad language as to make arduous the task of deciding which of numerous documents may

15   conceivably fall within its scope." A Request seeking documents "pertaining to" or "concerning"

16   a broad range of items "requires the respondent either to guess or move through mental

17   gymnastics . . . to determine which of many pieces of paper may conceivably contain some detail,

18   either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel Juvenile Group,*

19   *Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.) IRZ objects on grounds that the request seeks

20   attorney work product, attorney-client privileged information, and information covered by other

21   applicable privileges and immunities; as seeking expert-witness information before the deadline

22   for expert disclosures set by the Court. IRZ may provide certain information responsive to this

23   interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and

24   subject to such objections, IRZ responds as follows:

25           IRZ has produced those documents in its care, custody, and control identified after

26   a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered

27   IRZ000001 through IRZ005092.

28   / / /

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1      - 34 -      IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4   000104

1         IRZ has not yet made a determination of what contentions will be presented at the

2   time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this

3   Response.

4                      **SUPPLEMENTAL RESPONSE:**

5         IRZ objects to this Request on the grounds that it does not describe the documents

6   sought, including any electronically stored information, with reasonable particularity, as required

7   by Fed. R. Civ. P. 34(b)(1)(A). IRZ further objects to this Request on the grounds that the

8   terms/phrases "relates to" are facially overbroad and unduly burdensome, as "it is couched in

9   such broad language as to make arduous the task of deciding which of numerous documents may

10   conceivably fall within its scope." A Request seeking documents "pertaining to" or "concerning"

11   a broad range of items "requires the respondent either to guess or move through mental

12   gymnastics . . . to determine which of many pieces of paper may conceivably contain some detail,

13   either obvious or hidden, within the scope of the request." (*See, e.g., v. Dorel Juvenile Group,*

14   *Inc.,* (D. Kans. 2005) 230 F.R.D. 611, 623.) IRZ objects on grounds that the request seeks

15   attorney work product, attorney-client privileged information, and information covered by other

16   applicable privileges and immunities; as seeking expert-witness information before the deadline

17   for expert disclosures set by the Court. IRZ may provide certain information responsive to this

18   interrogatory, at a later date, in accordance with Fed. R. Civ. P. 26(a)(2)(D). Without waiving and

19   subject to such objections, IRZ responds as follows:

20         IRZ has produced those documents in its care, custody, and control identified after

21   a reasonable search to the Trustee, and refers Dari-Tech to documents Bates numbered

22   IRZ000001 through IRZ025155.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1       - 35 -       IRZ'S SUPPLEMENTAL RESPONSE TO DARI-
TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4   000105

IRZ has not yet made a determination of what contentions will be presented at the time of trial. Discovery is ongoing. IRZ reserves the right to supplement, amend, or correct this Response.

Dated: May 3, 2021

MILLER NASH LLP

By: _____
Kyle D. Sciuchetti, OSB No. 765705,
admitted *pro hac vice* by Doc. No. 68
Benjamin P. Tarczy
Attorneys for Defendant IRZ Consulting, LLC

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1

- 36 -

IRZ'S SUPPLEMENTAL RESPONSE TO DARI-TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4 000106

DocuSign Envelope ID: 1DDD903F-FE19-435B-A785-B6D011AAE141

1

2    **ATTORNEY'S CERTIFICATION**

3        I certify as attorney of record for the party giving the above responses to discovery

requests that all answers and objections are in accordance with the requirements of CR 26(g).

4        DATED this 3rd day of May, 2022.

5

6

7

8    **VERIFICATION**

9    **UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11       I have read the foregoing **IRZ CONSULTING, LLC'S SUPPLEMENTAL RESPONSE TO THIRD-PARTY DEFENDANT DARI-TECH, INC.'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO IRZ PARTIES** and

12   know its contents.

13       I am the __Director of Construction__ of IRZ Consulting, LLC, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that

14   reason. I am informed and believe and on that ground allege that the factual matters stated in the responses to interrogatories in the foregoing document are true.

15

16       I declare under penalty of perjury under the laws of the United States of America and the

17   State of California that the foregoing is true and correct.

18       Executed on May   , 2022, at       5/4/2022     .

19

20     Wayne Downey

21   Print Name of Signatory                    Signature

22

23

24

25

26

27

28

Miller Nash LLP
ATTORNEYS AT LAW
PORTLAND

546843-0004/4878-9287-0152.1                    -37-                    IRZ'S SUPPLEMENTAL RESPONSE TO DARI-TECH'S FIRST INTERROGATORIES AND RFPS
EXHIBIT 4  000107