2
WANGER JONES HELSLEY PC
Kurt F. Vote #160496
265 E. River Park Circle, Ste. 310
Fresno, CA 93720
Telephone:     (559) 233-4800
Email:          kvote@wjhattorneys.com

MacCONAGHY & BARNIER, PLC
John H. MacConaghy #83684
Jean Barnier #231683
645 First Street West, Ste. D
Sonoma, CA  95476
Telephone:     (707) 935-3205
Email:          macclaw@macbarlaw.com

Attorneys for Plaintiff for Randy Sugarman, Liquidating Trustee

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>GREGORY JOHN TE VELDE,<br><br>Debtor.<br><br>RANDY SUGARMAN, LIQUIDATING TRUSTEE,<br><br>Plaintiff,<br>v.<br><br>IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC<br><br>Defendant.<br><br>AND RELATED THIRD PARTY COMPLAINT | CASE NO.  18-11651<br><br>Chapter 11<br><br>DCN: MB-3<br><br>Adv. Proc. No.:  19-01033<br><br>Date:      October 26, 2022<br>Time:     11:00 a.m<br>Place:     2500 Tulare Street<br>              Fresno, CA 93721<br>              5th Floor, Courtroom 13<br>Judge:    Honorable Rene Lastreto II |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to the provisions of Bankruptcy Rule 7056 and F.R.Civ.P. 56(g), Plaintiff Randy Sugarman, Liquidating Trustee of the above entitled estate, hereby moves the Court for an

Filed 09/06/22    Case 19-01033    Doc 424

Order Granting Partial Summary Judgment on the First Claim for Relief of his Complaint against Defendant IRZ Consulting, LLC aka IRZ Construction Division, LLC ["Objection to Proof of Claim"] disallowing Defendant's Proof of Claim No. 19 in full, and ordering that Defendant has no right, title, claim, lien or interest in that certain "holdback fund" remaining from the sale proceeds of the Lost Valley Farm.

This Motion is made on the ground that Defendant's claim and purported lien are barred under Oregon law because it was continuously licensed as a contractor by the State of Oregon for the entire period it sought compensation from the Debtor, as required by Oregon Rev. Statutes 701.131(b)(1).

This Motion is based on the accompanying Notice, Memorandum of Points and Authorities, Request to Take Judicial Notice, Declarations of John H. MacConaghy and Randy Sugarman, Separate Statement of Undisputed Facts, the pleadings and records on file herein, and such oral and documentary evidence as may be presented at the hearing on this Motion.

Dated:  September 5, 2022                WANGER JONES HELSLEY PC

And

MacCONAGHY & BARNIER, PLC


                                                  /s/ John H. MacConaghy
                                         By: _____
                                             John H. MacConaghy
                                             Attorneys for Plaintiff
                                             Randy Sugarman,
                                             Liquidating Trustee