2
WANGER JONES HELSLEY PC
Kurt F. Vote #160496
265 E. River Park Circle, Ste. 310
Fresno, CA 93720
Telephone: (559) 233-4800
Email: kvote@wjhattorneys.com

MacCONAGHY & BARNIER, PLC
John H. MacConaghy #83684
Jean Barnier #231683
645 First Street West, Ste. D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: macclaw@macbarlaw.com

Attorneys for Plaintiff for Randy Sugarman, Liquidating Trustee

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>   GREGORY JOHN TE VELDE,<br><br>          Debtor.<br><br>RANDY SUGARMAN, LIQUIDATING TRUSTEE,<br><br>          Plaintiff,<br>v.<br><br>IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC<br><br>          Defendant.<br><br>AND RELATED THIRD PARTY COMPLAINT | CASE NO. 18-11651<br><br>Chapter 11<br><br>DCN: MB-3<br><br>Adv. Proc. No.: 19-01033<br><br>Date: October 26, 2022<br>Time: 11:00 a.m<br>Place: 2500 Tulare Street<br>          Fresno, CA 93721<br>          5th Floor, Courtroom 13<br>Judge: Honorable Rene Lastreto II |

**NOTICE OF HEARING ON PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

NOTICE IS HEREBY GIVEN that on October 26, 2022, at 11:00 a.m. in the Courtroom

of the Hon. Rene Lastreto, 2500 Tulare St., 5th Floor, Courtroom 13, Fresno, CA 93721, a

hearing will be held on the Motion for Partial Summary Judgment filed by Plaintiff Randy Sugarman, Liquidating Trustee of the above entitled estate. A copy of the moving papers accompanies this Notice.

Opposition, if any, must be in writing and filed and served on the undersigned not later than 21 days prior to the above noted hearing date. Failure to file timely opposition may result in the Motion being decided without oral argument and the striking of untimely written opposition. Parties can determine whether the matter has been resolved without oral argument or whether the Court has issued a tentative ruling, and can view any pre-hearing dispositions by checking the Court's website at www.caeb.gov after 4:00 p.m. the day before the hearing, and parties appearing telephonically must view the prehearing dispositions prior to the hearing.

Dated: September 5, 2022               WANGER JONES HELSLEY PC

And

MacCONAGHY & BARNIER, PLC


                                       /s/ John H. MacConaghy
                                   By: _____
                                       John H. MacConaghy
                                       Attorneys for Plaintiff
                                       Randy Sugarman,
                                       Liquidating Trustee

NOTICE OF HEARING ON PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY
JUDGMENT                    -2-