**32**
WANGER JONES HELSLEY PC
Kurt F. Vote #160496
265 E. River Park Circle, Ste. 310
Fresno, CA 93720
Telephone:     (559) 233-4800
Email:          kvote@wjhattorneys.com

John H. MacCONAGHY [083684]
Jean Barnier [231683]
MacCONAGHY & BARNIER, PLC
645 First St. West
Sonoma, CA 95476
Telephone:     (707) 935-3205
Facsimile:     (707) 935-7051
Email:          macclaw@macbarlaw.com

Attorneys for Plaintiff
RANDY SUGARMAN, LIQUIDATING TRUSTEE OF
THE ESTATE OF GREGORY J. TE VELDE

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re | Case No.: 18-11651-B-11 |
| GREGORY JOHN te VELDE, | Chapter 11 |
| Debtor. | Adv No. 19-01033 |
| | MCN: MB-3 |
| RANDY SUGARMAN, Trustee in Bankruptcy of the Estate of GREGORY J. te VELDE, | **EXHIBITS TO DECLARATION OF JOHN H. MacCONAGHY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Plaintiff. | |
| v. | Date:     October 26, 2022 |
| IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC | Time:     11:00 a.m<br>Place:     2500 Tulare Street<br>          Fresno, CA 93721<br>          5th Floor, Courtroom 13 |
| Defendant | Judge:   Honorable Rene Lastreto II |
| AND RELATED THIRD PARTY COMPLAINT | |

| INDEX TO EXHIBITS | | PAGES |
|---|---|---|
| "1" | Westlaw database – corporate status of IRZ Construction Division, LLC | 3-4 |
| "2" | Westlaw database – license status of IRZ Construction Division, LLC | 5-6 |
| "3" | Plaintiff's "Request for Production of Documents" | 7-11 |
| "4" | Westlaw database – corporate status of IRZ Consulting, LLC | 12-14 |
| "5" | Westlaw database – license status of IRZ Consulting, LLC | 15-16 |
| "6" | Complete copy of 11/17/15 Agreement produced by IRZ | 17-32 |

Dated: September 6, 2022        WANGER JONES HELSLEY PC

and

MacCONAGHY & BARNIER, PLC

                 /s/ John H. MacConaghy

By: _____

      John H. MacConaghy
      Attorneys for Plaintiff Randy Sugarman,
      Liquidating Trustee

EXHIBITS TO DECLARATION OF JOHN H. MacCONAGHY  IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL  SUMMARY JUDGMENT

# EXHIBIT 1

# WESTLAW CLASSIC

PEOPLE

FARAHMAND A ZIARI

### Corporate Records & Business Registrations

| Source Information | Principal Information |
|---|---|

## Corporate Records & Business Registrations: IRZ CONSTRUCTION DIVISION
500 N STREET HERMISTON, OR 97838    *(Approx. 1 page)*

| | | Amendment Information | |
|---|---|---|---|
| Updated: | | | |
| Update Frequency: | WEEKLY | Amendments: | 11/04/2021 MISCELLANEOUS |
| Current Date: | 09/06/2022 | | RENEWAL OF REGISTRATION |
| Source: | AS REPORTED BY THE SECRETARY | | 10/19/2020 MISCELLANEOUS |
| | OF STATE OR OTHER OFFICIAL | | REACTIVATION |
| | SOURCE | | 12/26/2019 MISCELLANEOUS |
| | | | FAILURE TO RENEW |

### Company Information

| | | | 10/31/2017 MISCELLANEOUS |
|---|---|---|---|
| Name: | IRZ CONSTRUCTION DIVISION | | APPLICATION FOR REGISTRATION |
| Address: | 500 N STREET | | |
| | HERMISTON, OR 97838 | The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. |

### Filing Information

| | | |
|---|---|---|
| Identification Number: | 137189890 | The public record items reported above may have been paid, terminated, vacated or released prior to today's date. |
| Filing Date: | 10/31/2017 | |
| Status: | ACTIVE | |
| Business Type: | ASSUMED BUSINESS NAME | Order Documents |
| Address Type: | BUSINESS | |
| Where Filed: | SECRETARY OF | Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply. |
| | STATE/CORPORATIONS DIVISION | |
| | 158 12TH ST NE | |
| | SALEM, OR 97301 | |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

---

End of Document    © 2022 Thomson Reuters. No claim to original U.S. Government Works.

---


000004

# EXHIBIT 2

000005



# Contractor License Search

Search

### CCB Contractor Search for "IRZ Construction Division LLC" (0 Records)

*No matches found*

<u>CCB Home</u> | <u>CCB License Search</u>
© 2022 Oregon Construction Contractors Board

Privacy • Terms

# EXHIBIT 3

000007

MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No. 231683
645 First Street West, Suite D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: macclaw@macbarlaw.com

Attorneys for Plaintiff
RANDY S. SUGARMAN

UNITED STATES BANKRUPTCY COURT

EASTERN OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 18-11651 |
| | (Chapter 11) |
| GREGORY JOHN te VELDE, | |
| Debtor. | |
| RANDY SUGARMAN, Trustee in Bankruptcy of the Estate of Gregory John te Velde, | A.P. No. 19-01033-A |
| Plaintiff, | **REQUEST FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| IRZ CONSULTING, LLC, an Oregon limited liability company, | |
| Defendant. | |

PROPOUNDING PARTY:    Plaintiff RANDY SUGARMAN

RESPONDING PARTY:     Defendant IRZ CONSULTING, LLC

SET NUMBER:           One (1)

YOU ARE HEREBY REQUESTED pursuant to the provision of Bankruptcy Rule 7034 and FRCivP 34 to produce for inspection and photocopying the documents described in the attached Exhibit A.

[10715.irz.rpd.wpd]

1       Said production shall occur on June 10, 2019 at 10:00 a.m. at the offices of MacConaghy

2   & Barnier, PLC, 645 First Street West, Sonoma, California, or at such other date, time and place

3   mutually agreed upon by counsel for the parties.

4   Dated: May 6, 2019                    MACCONAGHY & BARNIER, PLC

5

6                               /s/ John H. MacConaghy
                             John H. MacConaghy

7                            *Attorneys for Plaintiff,*
                             Randy Sugarman, Trustee in Bankruptcy

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
                                            **000009**
25

26

27

28

[10715.irz.rpd.wpd]

1

**EXHIBIT A**
*Schedule of Documents to be*
*Produced by IRZ Consulting, LLC*

2

3
DEFINITION OF TERMS
    As used herein, the following terms have the meaning and significance set forth below,

4
unless otherwise specifically indicated:
    1.    Document, writing:  The terms "document," "documents," "writing," or "writings"

5
shall mean and include all documents, papers, books, accounts, letters, photographs, objects, or
tangible things, including, without limitation, all writings, papers, drawings, graphs, charts,

6
photographs, phonographs, other data compilations from which information can be obtained or
translated (if necessary) into reasonably usable form, all items which embody any handwritten,

7
typed, printed, oral, visual or electronic communication, representations, agreements, plans,
blueprints, specifications, letters, carbon copies of letters, telegraphs, telexes, **emails**, intra-

8
corporate or intra-agency communications, minutes, bulletins, circulars, scripts, press releases,
notes, instructions, advertisements, literature, books, magazines, newspapers, booklets, work

9
assignments, reports, motion picture files, video tapes, kinescope, sound recordings, studies,
analyses, comparisons, surveys, computer programs and data, accounts, financial statements,

10
projections, position sheets, memoranda, memoranda of conversations, notes, notebooks, diaries,
desk pads, logs, telephone bills and call records, data sheets, work sheets, analyses, calculations,

11
drafts of the aforesaid, and shall include all addition to or alteration of any such documents,
including, without limitation, marginal notes, stamps, interlineations, or comments.

12

13
    2.    You, Your:  The terms "You" and "Your" mean the responding party, its attorneys,
and as appropriate, its employees and agents, and all persons presently or formerly acting or
purporting to act on its behalf.

14

15
    3.    Relating to, in connection with:  As used herein, "relating to" or "in connection
with" means consisting of, summarizing, describing, or referring in any way to.

16
    4.    Any, or, and:  As used herein, "any" should be understood to include and

17
encompass "all"; "or" should be understood to include and encompass "and"; and "and" should be
understood to include and encompass "or".

18
    5.    Debtor:  As used herein, "Debtor" means Gregory J. TeVelde, his attorneys, and as

19
appropriate, its employees and agents, and all persons presently or formerly acting or purporting to
act on his behalf.

20
    6.    Trustee:  As used herein, "Trustee" means Randy Sugarman, his attorneys, and as

21
appropriate, its employees and agents, and all persons presently or formerly acting or purporting to
act on his behalf.

22
    7.    Affiliate:  As used herein, "Affiliate" has the meaning set forth in 11 U.S.C. Section

23
101(2).

24
    8.    Lost Valley Farm:  As used herein "Lost Valley Farm" means the property located at
73956 Homestead Lane, Boardman, OR, which is the subject of this action.

25
INSTRUCTIONS FOR CLAIMS OF PRIVILEGE

26
    If you claim that a document required to be produced is privileged, please designate each

27
such document with a statement as to the type of privilege claimed and its basis and identify each
person who has seen such document or to whom such was made available, whether nor not

28
actually seen.

[10715.irz.rpd.wpd]                    **000010**                    PAGE 3

## INSTRUCTIONS FOR FORMATTING OF PRODUCTION

1. Pursuant to the provisions of F.R.Civ.P. 45(e), you are instructed to produce the documents set forth above in a reasonably usuable form or forms, such as paper copies, Microsoft Office Suite, or Quickbooks. The documents may not be produced in a form requiring use of a specialty software code not available to the Plaintiff Trustee.

2. You need not produce any document described below previously produced to the Plaintiff Trustee.

## SCHEDULE OF DOCUMENTS TO BE PRODUCED

1. Any and all contractors or professional licenses held by YOU.

2. Any and all documents relating to YOUR communications of any kind with the Debtor.

3. Any and all documents relating to YOUR communications of any kind with the Trustee.

4. Any and all documents relating to YOUR communications of any kind with any governmental entity concerning the Lost Valley Farm.

5. Any and all documents relating to YOUR communications of any kind with Easterday Farms, its officers, employees, or agents concerning the Lost Valley Farm.

6. Any and all documents relating to services or materials provided by YOU in connection with the 9/30/15 "Work Order" between YOU and the DEBTOR.

7. Any and all documents relating to services or materials provided by YOU in connection with the November, 2015 "Agreement Between Owner and ICD for Services" between YOU and the DEBTOR, including without limitation the "Deliverable" items set forth in Section 7.01 therein.

8. Any and all documents relating to YOUR communications of any kind with any third party architect, surveyor, engineer, contractor, subcontractor, or material supplier concerning the Lost Valley Farm.

9. Any and all documents relating to the Debtor's acquisition or maintenance of any governmental entitlement for the operation of the Lost Valley Farm, including without limitation a Confined Animal Feeding Operation Permit and Animal Waste Management Permit.

000011

[10715.irz.rpd.wpd]

PAGE 4

# EXHIBIT 4

000012

# WESTLAW CLASSIC

**Corporate Records & Business Registrations**

| Source Information | | Registered Agent Information | | PEOPLE |
|---|---|---|---|---|

## Corporate Records & Business Registrations: IRZ CONSULTING, LLC
500 N 1ST STREET HERMISTON, OR 97838   *(Approx. 1 page)*

| | | | | ARIC ARNESON |
|---|---|---|---|---|

Database Last
Updated:                      09/06/2022

Update Frequency:   WEEKLY

Current Date:            09/06/2022

Source:                     AS REPORTED BY THE SECRETARY
                                 OF THE STATE OR OTHER OFFICIAL
                                 SOURCE

**Company Information**

Name:                     IRZ CONSULTING, LLC

Address:                  500 N 1ST STREET
                                HERMISTON, OR 97838

**Filing Information**

Identification Number:   79171899

Filing Date:              08/08/2011

State of
Incorporation:          OREGON

Status:                     ACTIVE

Business Type:         DOMESTIC LIMITED LIABILITY CO

Address Type:          BUSINESS

Where Filed:            SECRETARY OF
                                STATE/CORPORATIONS DIVISION
                                158 12TH ST NE
                                SALEM, OR 97301

SALEM, OR 97301

**Name Information**

Former Name:          CRB ACQUISITION CO., LLC

**Principal Information**

Name:                     FARAHMAND A ZIARI

Title:                       MANAGER

Address:                 500 N 1ST ST;SUITE 100
                               HERMISTON, OR 97838

**Amendment Information**

Amendments:          06/24/2022 MISCELLANEOUS
                               AMENDED REPORT
                               09/27/2021 MISCELLANEOUS
                               AMNDMT TO ANNUAL RPT/INFO
                               STATEMENT
                               09/03/2021 MISCELLANEOUS
                               AMNDMT TO ANNUAL RPT/INFO
                               STATEMENT
                               07/01/2021 MISCELLANEOUS
                               AMENDED ANNUAL REPORT
                               10/16/2020 MISCELLANEOUS
                               AMNDMT TO ANNUAL RPT/INFO
                               STATEMENT
                               07/10/2020 MISCELLANEOUS
                               AMENDED ANNUAL REPORT
                               07/08/2019 MISCELLANEOUS
                               AMENDED ANNUAL REPORT
                               05/13/2019 MISCELLANEOUS
                               ARTICLES OF AMENDMENT
                               07/10/2018 MISCELLANEOUS
                               AMENDED ANNUAL REPORT
                               12/01/2017 MISCELLANEOUS
                               CHANGE OF REGISTERED
                               AGENT/ADDRESS
                               07/06/2017 MISCELLANEOUS
                               AMENDED ANNUAL REPORT
                               06/12/2017 MISCELLANEOUS
                               CHANGE OF REGISTERED
                               AGENT/ADDRESS
                               07/14/2016 MISCELLANEOUS
                               AMENDED ANNUAL REPORT
                               06/30/2015 MISCELLANEOUS
                               AMENDED ANNUAL REPORT
                               07/08/2014 MISCELLANEOUS
                               AMENDED ANNUAL REPORT
                               07/18/2013 MISCELLANEOUS
                               AMENDED ANNUAL REPORT
                               08/03/2012 MISCELLANEOUS
                               AMENDED ANNUAL REPORT
                               08/29/2011 MISCELLANEOUS
                               ARTICLES OF AMENDMENT
                               08/08/2011 MISCELLANEOUS
                               ARTICLES OF ORGANIZATION

**PEOPLE**

ARIC ARNESON

ARIC R ARNESON

BRIAN KETCHAM

BRIAN L KETCHAM

BRIAN L KETCHAM

BRIAN L KETCHAM

BRIAN L KETCHAM

BRIAN L KETCHAMJR

JANE L PAROD

RICHARD W PAROD

FARAHMAND A ZIARI

**BUSINESSES**

IRZ CONSULTING LLC

The preceding public record data is for information purposes only
and is not the official record. Certified copies can only be obtained
from the official source.

The public record items reported above may have been paid,
terminated, vacated or released prior to today's date.

Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-
7387) for on-site manual retrieval of documents related to this or
other matters. Additional charges apply.

000013

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**

© 2022 Thomson Reuters. No claim to original U.S. Government Works.


000014

# EXHIBIT 5

000015



## CCB License Summary:

# IRZ CONSULTING LLC

## About this Business

| | |
|---|---|
| License #: | 195394 (See also : <u>177924</u> ) |
| Status: | Active |
| First Licensed: | 11/21/2011 |

<u>Learn more about this business</u>

## Unpaid Debt (Covers past 10 years)

| | |
|---|---|
| Unpaid Claims ⑦ | $0.00 |
| Unpaid Civil Penalties ⑦ | $0.00 |

## Complaint History (Covers past 10 years)

Any complaints (claims) filed against this contractor?    **No**

## Disciplinary History (Covers past 10 years)

Any civil penalties or other sanctions (license suspensions)?    **No**

## Administrative Suspensions (Covers past 10 years)

Has the CCB ever suspended this contractor for lack of bond/insurance?    **No**

## Find License Information from Other Agencies

| | |
|---|---|
| Plumbing and Electrical Licenses | <u>Building Codes Division</u> |
| Landscape Businesses Licenses | <u>Landscape Contractor Board</u> |
| Workers' Compensation Insurance | <u>Department of Consumer and Business Services</u> |

<u>BACK</u>

000016

Privacy - Terms

# EXHIBIT 6

000017



## Design, Engineer, and Project Management Services for
## Greg Tevelde
## Willow Creek Dairy Construction Project
## November 2015

Greg Tevelde (OWNER) intends to design engineer and construct a dairy facility "the Willow Creek Dairy-WCD" near Boardman Oregon beginning in November 2015. IRZ Construction Division (ICD) (a division of IRZ Consulting LLC) is pleased to offer our professional design, engineering, and project management services to assist OWNER in accomplishing this goal.

### BACKGROUND

The Willow Creek Dairy site is an approximately 9,000-acre farm currently being used to grow trees approximately 12 miles Southeast of Boardman Oregon. The dairy site by itself may utilize approximately 400-500 acres that will consist of a milking facility, freestall cow housing, open lot replacement facility, calf raising facility, commodity storage and processing facility, effluent handling system and solids storage. The remainder of the acreage will be phased in to center pivot irrigation systems to provide forage crops for the dairy with a rotation of various row crops.

### PROJECT OBJECTIVE

ICD will assist the OWNER to make sure that the project is designed and constructed to operate at maximum efficiencies while using quality materials and qualified personnel to minimize costs and achieve a long lasting and sustainable project.

ICD will act on behalf of the OWNER and will oversee all tasks associated with the project. These tasks may include but are not limited to, maintaining relationships with all governmental entities and assist in securing all necessary permits and approvals. Preparing take offs/List of Materials, pricing, ordering, logistics, receiving, inventory, tracking and insuring proper use of all equipment and materials for the project. Assist OWNER in hiring and overseeing all Sub Contractors. Developing, maintaining and tracking the construction schedule. Insure that the project is constructed to the quality and standards set forth by the industry. ICD will assist the OWNER in achieving this goal by completing a series of design and engineering tasks, as well as assisting OWNER in overseeing construction tasks, in phases. The phases will include but are not limited to:

1. Preliminary site design
2. Preliminary structure design
3. Request for quotes from pre-engineered building suppliers
4. Review and engineer all relevant structural designs ready for construction
5. Review and engineer all relevant civil site design ready for construction
6. Oversee construction of civil work
7. Design and engineer underground infrastructure
8. Oversee installation of underground infrastructure
9. Review and engineer all relevant lagoon design ready for construction
10. Oversee construction of lagoons
11. Review and engineer all relevant open lot replacement facility ready for construction
12. Oversee construction of open lot replacement facility
13. Review and engineer calf facility ready for construction
14. Oversee construction of calf facility,

00001 DOC006029

Exhibit 1
Page 1 of 19



15. Review and engineer commodity storage and processing facility ready for construction
16. Oversee construction of commodity storage and processing facility
17. Review and engineer milking facility ready for construction
18. Oversee construction of milking facilities
19. Review and engineer freestall cow housing facilities ready for construction
20. Oversee construction of freestall cow housing facilities.
21. Design and engineer concrete construction. This is to include all flat work and foundations for the project.

These phases will be explained in the Scope of Work, and the tasks for each phase will be detailed in Work Orders for each phase. These phases may not be listed in chronological order and all or part of them may be undertaken concurrently.

# SCOPE OF WORK

## 1 – Project Management Services

Prior to the acceptance of this contract, it is understood by the OWNER and ICD:

- This project will be undertaken under the supervision and control of ICD as **Project Manager**.
- It is also understood that ICD will be acting on behalf of the OWNER as **Agent for the OWNER** and will report actual costs of all permits, materials, equipment, labor, sub contracts and any other costs that may be incurred for this project during the course of this project on or before they are incurred whenever possible.
- It is understood by Owner and ICD that the OWNER will be acting as the **General Contractor** for this project and will be responsible for all duties, responsibilities, and liabilities generally known to be General Contractor responsibilities, or found to be General Contractor responsibilities, under Oregon law.
- It is understood by Owner and ICD that as a GC the Owner is responsible for all safety and regulatory safety requirements on this project.
- It is understood that the OWNER will have all necessary equipment and trained operators for performing General Contractor duties.

It is also understood by the OWNER and ICD that all services provided by ICD for this project will be on a Time and Material basis, based on the fee schedule plus expenses attached herein. The duties of ICD may include but are not limited to:

1. ICD will oversee the design and engineering of this project. Will meet with the OWNER as needed, but on a minimum hold weekly progress meetings with the OWNER to discuss design changes. ICD will oversee the design and engineering of the project to insure that all objectives of the project are met in the final and complete design.

2. ICD and OWNER will develop a schedule in the form of a Gantt chart that includes all phases and tasks for the project and the project will be tracked in projected and actual progress so as to track the efficiency and actual progress of the project. To the best of ICD's ability this chart will be updated weekly.

3. ICD will assist OWNER to ensure that all approvals, inspections, licenses and permits for the construction of this project will be secured and in place. ICD will also assist OWNER with relevant information and data to develop and maintain working relationships with all governmental

000019  DOC006029.02

Exhibit 1
Page 2 of 19



agencies involved in this project so that they are aware and approve of all activities during construction of this project.

4. ICD will generate schedules, materials lists with costs, and other documents to assist in creating bid documents for sub-contractors. These schedules and lists will also be used for purchasing, tracking and insuring that the correct materials are being used on the project.

5. ICD will be responsible for developing subcontract documents and recommending to the OWNER all subcontractors and personnel to be hired on the project so as to insure continuity in the work schedule and procurement of equipment and materials to facilitate smooth logistics throughout the project.

## 2 – WORK PHASES TO BE PERFORMED DURING PROJECT

This section of the agreement will list the known phases of work to be performed for the successful completion of the project. This list may not contain work phases that are unknown at the date of this writing, but will include all phases that are known to be required for the successful completion of the project. The work phases are not intended to be listed in the order in which they may need to be performed in this document. The chronological order in which they will be performed will be determined when the schedule for the project is developed.

1. **Preliminary Site design:** The preliminary site design will consist of:

   - Preliminary design in this document shall mean, the design that is not the final stamped construction drawings but in enough detail necessary for CAFO approval and OWNER review and approval.

   - GPS generated topography map with existing elevations of the dairy site.

   - Preliminary staking of construction area locations to accommodate stump removal

   - Site plan with structure, corral, and effluent handling component locations

   - Preliminary grading plan to be used for mass excavation calculations

   - Preliminary infrastructure plan to include on site drain lines, underground water lines and underground power lines

   - Preliminary waste water flow line plan to include lines from site drainage, structures, corrals, and waste handling components to lagoon system

   - Preliminary lagoon design detailed enough to satisfy CAFO application requirements

   - Preliminary cost estimates for project (already provided)

   - Estimated schedule to construct project (already provided)

   - All information provided by OWNER and others are assumed to be accurate.

500 North 1st st.    Hermiston, Oregon 97838    541-567-0252  www.irz.com

000020

Page | 3

DOC006029.03

Exhibit 1
Page 3 of 19



2. **Preliminary structure design:** The preliminary structure design will consist of:

- Provide Non-engineered drawings of all structures where pre-engineered structures will be used for construction, in detail sufficient enough for suppliers to design and quote each structure.
- Provide specifications sufficient enough for suppliers to design and quote each structure. Drawings and specifications to include structure dimensions and floor plan layouts.

3. **Request for quotes from pre-engineered building suppliers**

- Prepare bid documents and drawings and send to selected pre-engineered structure suppliers.
- Receive and review quotes and designs from pre-engineered structure suppliers for complete compatibility with construction drawings.
- Meet with OWNER to review bids and select structure supplier.

4. **Engineered structure designs ready for construction**

- Meet with OWNER to finalize structure layout and details sufficient enough to design and engineer drawings for building permits and review and approval of OWNER.
- After review and approval of drawings by the OWNER and the building authority make any necessary modifications and make drawings ready for construction.
- Prepare bid packages and review with OWNER.
- Submit bid packages to contractors for bid
- Meet with OWNER to review bids and select contractor for structure construction. This could be multiple contractors.

5. **Engineered site design ready for construction**

- Meet with OWNER to finalize the site design, and layout of all structures, facilities, and infrastructure to be placed on site so that final grading can be designed for the site.
- After site is designed meet with OWNER and ODA to get approval on the final design.
- Make drawings ready for construction.
- Prepare bid packages and review with OWNER.
- Submit bid packages to contractors for bid
- Meet with OWNER to review bids and select contractor for site construction.

6. **Construction of site design**

- Oversee contractors during site construction.
- Provide survey control to be used during construction of site.
- Provide oversite of compaction testing during site construction.

500 North 1st st.     Hermiston, Oregon 97838     541-567-0252   www.irz.com          P 00002 1

DOC006029.04

**Exhibit 1**
**Page 4 of 19**



- Provide QA / QC during site construction.

7. **Design and engineer underground infrastructure**

- Meet with OWNER and service providers to determine appropriate routes for all underground infrastructure. Underground infrastructure to include but are not limited to electrical, water, communication, drain, effluent and sanitary sewer lines.

- After determining routes to be taken ICD will oversee the design & engineering of all conduit cable and pipe to insure that they will appropriately handle the demand and loads required.

- Meet with the service providers, permitting agencies and assist OWNER to get necessary approvals.

- After review and approval of drawings by the services providers, OWNER and permitting agencies, make any necessary modifications and make drawings ready for construction.

- Prepare bid packages for infrastructure installation and review with OWNER.

- Submit bid packages to contractors for bid

- Meet with OWNER to review bids and select contractor for infrastructure installation.

8. **Installation of underground infrastructure**

- Oversee contractor during underground installation.

- Provide control to be used during installation.

- Provide oversite of backfill and compaction during installation.

- Provide QA / QC during installation.

9. **Engineered lagoon design ready for construction**

- Meet with OWNER, to determine final design of lagoon system.

- Oversee lagoon design and engineering to insure proper design.

- Meet with OWNER and permitting agencies to obtain necessary approvals

- After review and approval of drawings by the OWNER and permitting agencies, make any necessary modifications and make drawings ready for construction.

- Prepare bid packages and review with OWNER.

- Submit bid packages to contractors for bid

- Meet with OWNER to review bids and select contractor for lagoon construction.

500 North 1st st.    Hermiston, Oregon 97838    541-567-0252  www.irz.com

00002×
Page | 5

DOC006029.05

Exhibit 1
Page 5 of 19



10. **Construction of lagoons**

- Oversee contractor during lagoon construction.
- Provide control to be used during construction of lagoons.
- Provide oversite of compaction testing during lagoon construction.
- Provide oversite of lagoon liner installation
- Provide QA & QC during lagoon construction.

11. **Engineered open lot replacement facility design ready for construction**

- Meet with OWNER to finalize facility layout and details sufficient enough to design and engineer drawings for review and approval by OWNER and ODA.
- After review and approval of drawings by the OWNER and ODA make any necessary modifications and make drawings ready for construction.
- Prepare bid packages and review with OWNER.
- Submit bid packages to contractors for bid
- Meet with OWNER to review bids and select contractor for open lot facility construction. This could be multiple contractors.

12. **Construction of open lot replacement facility**

- Oversee contractor during open lot construction.
- Provide control to be used during construction of open lot.
- Provide oversite of fencing and shades during open lot construction.
- Provide QA / QC during open lot construction.

13. **Engineered calf facility design ready for construction**

- Meet with OWNER to finalize calf facility layout and details sufficient enough to design and engineer drawings for review and approval by OWNER.
- After review and approval of drawings by the OWNER make any necessary modifications and make drawings ready for construction.
- Prepare bid packages and review with OWNER.
- Submit bid packages to contractors for bid
- Meet with OWNER to review bids and select contractor for open lot facility construction. This could be multiple contractors

000025

DOC006029.06

Exhibit 1
Page 6 of 19



**14. Construction of calf facility**

- Oversee contractor during calf facility construction.
- Provide control to be used during calf facility construction.
- Provide QA / QC during calf facility construction.

**15. Engineered commodity storage and processing facility design ready for construction**

- Meet with OWNER to finalize commodity storage and processing facility layout and details, sufficient enough to design and engineer drawings for review and approval by OWNER.
- After review and approval of drawings by the OWNER make any necessary modifications and make drawings ready for construction.
- Prepare bid package and review with OWNER.
- Submit bid package to contractors for bid
- Meet with OWNER to review bids and select contractor for commodity storage and processing facility construction. This could be multiple contractors

**16. Construction of commodity storage and processing facility**

- Oversee contractor during commodity storage and processing facility construction.
- Provide control to be used during commodity storage and processing facility construction.
- Provide QA / QC during commodity storage and processing facility construction.

**17. Engineered milking facility designs ready for construction**

- Meet with OWNER and permitting authorities to finalize milking facility layout and details, sufficient enough to design and engineer drawings for review and approval by OWNER and permitting authorities.
- After review and approval of drawings by the OWNER and permitting authorities make any necessary modifications and make drawings ready for construction.
- Prepare bid package and review with OWNER.
- Submit bid package to contractors for bid
- Meet with OWNER to review bids and select contractor for milking facility construction. This could be multiple contractors

**18. Construction of milking facilities**

- Oversee contractor during milking facility construction.
- Provide control to be used during milking facility construction.
- Provide QA / QC during milking facility construction.

DOC006029.07

Exhibit 1
Page 7 of 19



### 19. Engineered freestall cow housing facilities design ready for construction

- Meet with OWNER and permitting authorities to finalize freestall cow housing facilities layout and details, sufficient enough to design and engineer drawings for review and approval by OWNER and permitting authorities.

- After review and approval of drawings by the OWNER and permitting authorities make any necessary modifications and make drawings ready for construction.

- Prepare bid package and review with OWNER.

- Submit bid package to contractors for bid

- Meet with OWNER to review bids and select contractor for freestall cow housing facilities construction. This could be multiple contractors

### 20. Construction of freestall cow housing facilities

- Oversee contractor during freestall cow housing facilities construction.

- Provide control to be used during freestall cow housing facilities construction.

- Provide QA / QC during freestall cow housing facilities construction.

### 21. Design and engineer concrete construction

- Design and engineer all types of concrete construction for the project. This is to include all slab on grade, poured in place walls, footings, and any other type of concrete construction to be used on the project.

- After review and approval of drawings by the OWNER and permitting authorities make any necessary modifications and make drawings ready for construction.

- Prepare bid package and review with OWNER.

- Submit bid package to contractors for bid

- Meet with OWNER to review bids and select contractor for concrete construction. This could be multiple contractors.

500 North 1st st.    Hermiston, Oregon 97838    541-567-0252  www.irz.com

000025
Page | 8

DOC006029.08

**Exhibit 1**
**Page 8 of 19**



### 3 - PROJECT SCHEDULE

ICD understands that time is of essence due to milestone dates set by the lease of a dairy where Willow Creek Dairy currently operates. The design, engineering and project management services work will begin immediately upon approval of this Agreement. The schedule for the Scope of Work is understood to begin immediately upon approval, and to be in effect through the completion of the design, engineering, construction, commissioning and into actual facilities operation, as needed.

ICD will develop and manage a construction and administrative activity Gantt chart and regularly update and distribute to OWNER and SUB-CONTRACTORS.

**Please Note** that the ICD cannot guarantee this timeline as the acquisition and delivery of construction material, the construction timeline, contractor workforce and equipment, weather, financial, government licensing, government regulations and others are outside of the control of ICD.

**Estimated Timeline for the Willow Creek Dairy Design, Engineering and Construction Project**

– ICD has, based on certain assumptions, made an attempt to estimate the timeline and schedule for completion of this project. Some of the timeline activities may happen concurrently. ICD will refine this estimate after meeting with OWNER/representatives. Time begins with proposal acceptance:

1. Agreement Signing and Final Contract Negotiation – 1 month

2. Construction – 18-24 months

3. Start-up and Commissioning – 3 months

*NOTE: Since the cost of materials fluctuates over time, and since ICD has no control over the cost of services and equipment furnished by others, cost estimates herein are based on ICD's experience and qualifications and represent their best judgment as experienced professionals. ICD cannot guarantee that the final costs will not vary from opinions of probable cost prepared by ICD for this project.*



# AGREEMENT BETWEEN OWNER AND ICD FOR SERVICES

This is an Agreement effective as of date of signing by OWNER ("Effective Date") between **Greg Tevelde** (**"OWNER"**) and **IRZ Consulting, LLC** (d/b/a IRZ Construction Division) (together IRZ Consulting, LLC and IRZ Construction Division shall be referred to as **"ICD"**). OWNER retains ICD to perform design, engineering, and project management services, in connection with the design, engineering, and construction of The Willow Creek Dairy Construction Project as described in the enclosed Scope of Work ("Assignment")

OWNER and ICD, in consideration of their mutual covenants as set forth herein, agree as follows:

## ARTICLE 1-- SERVICES

### 1.01 Scope

    A.  ICD shall provide the services set forth in SCOPE OF WORK.

    B.  Upon this Agreement becoming effective, ICD is authorized to begin service as set forth in the SCOPE OF WORK

    C.  If authorized in writing by OWNER, and agreed to by ICD; services beyond the SCOPE OF WORK will be performed by ICD for additional compensation either by amending this contract or a new contract. All such contracts will be completed through a "CHANGE ORDER" document.

## ARTICLE 2--OWNER'S RESPONSIBILITIES

### 2.01 General

OWNER is responsible for and shall do the following in a timely manner so as not to delay the services of the ICD:

    A.  OWNER will act as a General Contractor for this project and will be responsible for all duties, responsibilities, and liabilities generally known to be General Contractor responsibilities, or found to be General Contractor responsibilities, under Oregon law.

    B.  As a General Contractor, the Owner is responsible for all safety and regulatory safety requirements on this project.

    C.  OWNER will have all necessary equipment and trained operators for performing General Contractor duties.

    D.  Provide all criteria and full information as to OWNER'S requirements for the Assignment.

    E.  Furnish to ICD all existing studies, reports and other available data pertinent to the Assignment, obtain or authorize ICD to obtain or provide additional reports and data as required, and furnish to ICD services of others as required for the performance of ICD'S services.

500 North 1st st.   Hermiston, Oregon 97838   541-567-0252   www.irz.com

00002 Page | 10

DOC006029.10

Exhibit 1
Page 10 of 19



F. ICD shall be entitled to use and rely upon all such information and services provided by OWNER or others in performing ICD'S services under this Agreement. Provide all relevant data and information to ICD in a timely manner.

G. To the extent possible there shall be regular meetings between OWNER, ICD and SUB-CONTRACTORS. ICD and OWNER shall work in good faith to develop a conflict resolution protocol to facilitate smooth construction and start-up of the project.

H. OWNER agrees that it shall not disclose the results of any services performed or any work product generated under this Agreement or any Scope of Work attached hereto without ICD's prior written consent, which will not be unreasonably withheld. As a condition to granting its consent, ICD may require OWNER to add disclaimers in order to disclaim ICD's liability to third parties in connection with such disclosure.

I. All financial issues.

J. All land ownership, easement for pipe crossing, all government surveying, etc.

K. All safety meetings and safety compliance requirements and any other contact with or requirements from OSHA.

L. All warranties and repairs of workmanship, construction, construction materials, equipment and any other warranties or repairs that may arise under the Scope of Work for this project.

## ARTICLE 3 –CONTRACTORS AND MATERIAL SUPPLIERS RESPONSIBILITIES

**3.01** ICD will assist OWNER in developing relevant contracting documents that define the SUB-CONTRACTORS roles and responsibilities, time for completion of all construction activities, protocol for communications and construction methodologies, penalties for non-compliance, etc. For the sake of clarity, ICD shall not be liable for the negligence, errors and omissions of SUB-CONTRACTORS and OWNER shall sign off on all contract terms between OWNER and SUB-CONTRACTORS.

A. Prior to tendering the prospective SUB-CONTRACTOR will be responsible for visiting the site with an OWNER or ICD representative, so that the SUB-CONTRACTOR has a complete visual perspective of the work being required.

B. The prospective tendering SUB-CONTRACTOR will be expected to submit a tender quotation covering the tasks as they are specified, according to the relevant contract and according to the drawings and specifications provided to them.

C. The SUB-CONTRACTOR's tender will include all equipment, materials and labor costs required to complete the work as specified by ICD, with the required materials and within the Time Schedule determined.

D. The SUB-CONTRACTOR will provide all the required construction survey staking to complete the works of the contract. OWNER/ICD will provide GPS control and elevations and location for the sites finish grade and for the placement of the concrete and facilities.

E. The SUB-CONTRACTOR will be responsible for maintaining the construction and/or material quality as specified by ICD and as defined in the OWNERS tendering documents. The SUB-CONTRACTOR will be responsible for correcting any quality

DOC006029.11

Exhibit 1
Page 11 of 19



deficiencies according to the specification and as determined by ICD during routine inspections during construction. Any cost or time delays as a result of these corrections will be the sole responsibility of the SUB-CONTRACTOR.

F.  During construction the SUB-CONTRACTOR will participate in project management meetings with the OWNERS and ICD representatives to discuss construction progress, logistics, quality, and timeline. These meeting will occur at least once weekly at a mutually agreed location and regularly scheduled time.

## ARTICLE 4 -- TIMES FOR RENDERING SERVICES

**4.01**  ICD shall use its commercially reasonable efforts to perform its services upon the estimated timelines.  Notwithstanding the foregoing, OWNER acknowledges that the timeline is largely outside ICD's control and ICD shall not be liable for delays in the estimated timeline.  If ICD services are substantially delayed or suspended in whole or in part by OWNER, Government actions, natural disasters, floods and weather, erroneous data provided by OWNER and/or Contractors, financial issues, ICD shall be entitled to equitable adjustment of the time for performance and rates and amounts of compensation provided for elsewhere in this Agreement to reflect reasonable costs incurred by ICD in connection with, among other things, such delay or suspension and reactivation and the fact that the time for performance under this Agreement has been revised.

**4.02**  ICD's design services will be in effect for six months after project completion and/or project startup to deal with minor changes and adjustments, and providing of final documentation and As-Build drawings.  Any work beyond this period will be billed based on ICD's standard Time and Material rates. A schedule of such is attached herein.

## ARTICLE 5--PAYMENTS TO ICD

**5.01**

A.  **DESIGN, ENGINEERING AND PROJECT MANAGEMENT SERVICES**: For the service provided by ICD under the Scope of Work, OWNER shall compensate ICD in accordance with ICD's standard hourly rate schedule attached herein, plus expenses. These charges will be calculated on a monthly basis and be submitted for payment in the regular monthly progress payment. Payment shall be due within 30 days of the respective monthly invoice.

B.  **CHANGE ORDER**: OWNER and ICD shall negotiate in good faith fees based on substantial change in scope of work and/or duration of the project.  All Change Orders shall be in writing.

C.  **OTHER SERVICES NOT SPECIFIED IN THE SCOPE OF WORK**: Upon written approval from the OWNER, any other tasks requested by the OWNER that are not included under this agreement, OWNER shall pay ICD for Services as follows:

1.  A **Per Hour** amount based on ICD's standard hourly rate schedule attached herein, plus expenses. This amount represents an hourly fee for any time that the OWNER requests ICD to provide services outside this agreement and the accompanying SCOPE OF WORK.

000029

DOC006029.12

Exhibit 1
Page 12 of 19



### ARTICLE 6—MISCELLANEOUS

6.01

    **A.**  **ICD LIABILITY:** It is agreed by OWNER and ICD that ICD may be liable for damages directly caused by negligent acts, errors, and omissions made by ICD. Under no circumstances shall that amount exceed $500,000 or the amount of ICD's fees, whichever is lower. Under no circumstances shall ICD be liable for negligent acts, errors and omissions of OWNER or SUB-CONTRACTORS.

    **B.**  **Equipment and Data.** The parties agree that the equipment and data prepared for the services and work are instruments of and the property of ICD.

    **C.**  **Litigation Testimony.** With these services and work, ICD provides no rights for litigation testimony and if litigation testimony is needed, prior arrangements must be made with ICD.

    **D.**  **Full Agreement; Modification; Venue.** This writing is the full and complete agreement between the parties concerning ICD's services to OWNER for the above services and work. This agreement may not be modified except by an agreement signed by ICD and OWNER. Venue for any litigation to enforce this agreement or arising out of this agreement shall lie in the State of Oregon in Umatilla County, or in the Oregon county in which the land is located.

    **E.**  **Attorney's Fees.** If any legal action is filed to enforce a party's rights under this contract, or to interpret this contract, the prevailing party shall be entitled to his reasonable attorney's fees, costs and expenses from the other at trial, in arbitration, and on appeal.

### ARTICLE 7—Deliverable

7.01   The following items shall be provided by ICD:

    **A.**  Printable, electronic copies of all new design documents and drawings created during this Agreement period, and all other related and relevant data, for this project in PDF format.

    **B.**  Printable, electronic copies of all completed construction As-Built drawings, and relevant data for this project in PDF format.

    **C.**  Printable, electronic copies of all completed reports, studies, cost estimates and any other documents requested by the OWNER, during this Agreement period for this project.

*000030*

DOC006029.13

**Exhibit 1**
**Page 13 of 19**



## Service Fee Schedule 2015

## Design, Engineer and Project Management Services

Service charges for this project will be based on Agreed Lump Sum or Time and Materials and Expenses as listed below. ICD will use based on their judgment qualified persons to conduct these tasks.

Principal [1] ....................................................................... $165   per hour
Director [1] .......................................................................... $160   per hour
Senior Engineer (PE) [1] ................................................ $160   per hour
Senior Hydrologist [1]..................................................... $150   per hour
Project Manager [1] .......................................................... $150   per hour
Superintendent [2] ........................................................... $135   per hour
Environmental Specialist [2]......................................... $135   per hour
Project Engineer [2]......................................................... $135   per hour
Foreman [2] ........................................................................ $130   per hour
Estimator [2]...................................................................... $130   per hour
Tradesman [2] ................................................................... $120   per hour
Technical Staff [2]............................................................ $105   per hour
Technician........................................................................... $ 80   per hour
Field Labor ......................................................................... $ 60   per hour
Clerical ................................................................................ $ 60   per hour
Outside Consultant / Services ...................................... Cost plus 20%
**Daily Rates**
[1] Per Day (>4 hours portal to portal).......................... $1500   per day
[2] Per Day (>4 hours portal to portal).......................... $1250   per day


Mileage Charge ................................................................. at GSA Rates
Meal & Lodging ................................................................ cost plus 20%

500 North 1st st.    Hermiston, Oregon 97838    541-567-0252   www.irz.com

DOC006029.14

000034

Exhibit 1
Page 14 of 19



AGREED:

IRZ Consulting, LLC (d/b/a IRZ Construction Division through Wayne Downey as Director of Construction)

By: _Fred Ziari_____
Printed Name: _Fred Ziari, President___
Date: _____11/17/15_____

Greg Tevelde  (OWNER)

Signature: _____    Title: _Owner_____
Date: _11/14/15_____    Purchase Number _____
Contact Person & Phone:
_Travis Love_____
_509-201-0560_____

500 North 1st st.    Hermiston, Oregon 97838    541-567-0252  www.irz.com          Page | 15

DOC006029.15

Exhibit 1
Page 15 of 19