**2**
WANGER JONES HELSLEY PC
Kurt F. Vote #160496
265 E. River Park Circle, Ste. 310
Fresno, CA 93720
Telephone: (559) 233-4800
Email: kvote@wjhattorneys.com

John H. MacConaghy [083684]
Jean Barnier [231683]
MacCONAGHY & BARNIER, PLC
645 First St. West
Sonoma, CA 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email: macclaw@macbarlaw.com

Attorneys for Plaintiff
RANDY SUGARMAN, LIQUIDATING TRUSTEE OF
THE ESTATE OF GREGORY J. TE VELDE

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re<br><br>GREGORY JOHN te VELDE,<br><br>　　　　Debtor. | Case No.: 18-11651-B-11<br><br>Chapter 11<br><br>Adv No. 19-01033<br><br>MCN: MB-3 |
| RANDY SUGARMAN, Trustee in Bankruptcy of the Estate of GREGORY J. te VELDE,<br><br>　　　　Plaintiff.<br><br>v.<br><br>IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC<br><br>　　　　Defendant<br><br>AND RELATED THIRD PARTY COMPLAINT | **DECLARATION OF RANDY SUGARMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　October 26, 2022<br>Time:　11:00 a.m<br>Place:　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>　　　　5th Floor, Courtroom 13<br>Judge:　Honorable Rene Lastreto II |

I, Randy Sugarman, state:

1. I am the Plaintiff in this action.

2. I was appointed Chapter 11 Trustee of the Debtor's Estate on September 21, 2018. Pursuant to the confirmed Plan of Reorganization, I was then appointed Liquidating Trustee of the reorganized Estate, and I am serving in that capacity.

3. Shortly after February 11, 2019, I sold the "Lost Valley Farm", formerly known as the "Willow Creek Dairy", pursuant to an "Order Authorizing Sale of Real Property Free and Clear of Liens" entered in the Main Case. Pursuant to the terms of that Order I was directed to hold most of the sales proceeds pending further Order of the Court.

4. On March 25, 2019, the Court entered an Order directing me to disburse most of the sales proceeds of the Lost Valley Farm to various parties in interest. However, due in part to the pendency of this action, the Court me to hold back funds otherwise due IRZ on account of its disputed secured claim ("the Holdback Fund"), pending resolution of the dispute. The current balance of the Holdback Fund is approximately $659,323.00.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, that I have personal first hand knowledge thereto, and that this declaration is executed on September 6, 2022, at Seattle, Washington.

/s/ Randy Sugarman
Liquidating Trustee of the Estate of
Gregory J. te Velde