WANGER JONES HELSLEY PC
Kurt F. Vote #160496
265 E. River Park Circle, Ste. 310
Fresno, CA 93720
Telephone: (559) 233-4800
Email: kvote@wjhattorneys.com

MacCONAGHY & BARNIER, PLC
John H. MacConaghy #83684
Jean Barnier #231683
645 First Street West, Ste. D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: macclaw@macbarlaw.com

Attorneys for Plaintiff for Randy Sugarman, Liquidating Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>GREGORY JOHN TE VELDE,<br><br>Debtor.<br><br>RANDY SUGARMAN, LIQUIDATING TRUSTEE,<br><br>Plaintiff,<br>v.<br><br>IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC<br><br>Defendant.<br><br>AND RELATED THIRD PARTY COMPLAINT | CASE NO. 18-11651<br><br>Chapter 11<br><br>DCN: MB-4<br><br>Adv. Proc. No.: 19-01033<br><br>Date: October 26, 2022<br>Time: 11:00 a.m<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       5th Floor, Courtroom 13<br>Judge: Honorable Rene Lastreto II |

**PLAINTIFF'S MOTION FOR ORDER GRANTNG LEAVE TO FILE FIRST AMENDED COMPLAINT**

Pursuant to the provisions of Bankruptcy Rule 7015, F.R.Civ.P. 15, and Local Rule 7015-1, Plaintiff Randy Sugarman, Liquidating Trustee of the above entitled estate, hereby moves the Court for an Order Granting Leave to File First Amended Complaint.

This Motion is made on the grounds that (1) the First Amended Complaint is necessary to conform to proof in this action and (2) no party will be prejudiced by the filing of the First Amended Complaint.

This Motion is based on the accompanying Notice, Memorandum of Points and Authorities, Declaration of John H. MacConaghy, the proposed First Amended Complaint, the pleadings and records on file herein, and such oral and documentary evidence as may be presented at the hearing on this Motion.

Dated: September 9, 2022       WANGER JONES HELSLEY PC

And

MacCONAGHY & BARNIER, PLC

By: /s/ John H. MacConaghy
 _____
 John H. MacConaghy
 Attorneys for Plaintiff
 Randy Sugarman,
 Liquidating Trustee

PLAINTIFF'S MOTION FOR ORDER
GRANTING LEAVE TO FILE FIRST AMENDED
COMPLAINT                                     -2-