2
WANGER JONES HELSLEY PC
Kurt F. Vote #160496
265 E. River Park Circle, Ste. 310
Fresno, CA 93720
Telephone: (559) 233-4800
Email: kvote@wjhattorneys.com

MacCONAGHY & BARNIER, PLC
John H. MacConaghy #83684
Jean Barnier #231683
645 First Street West, Ste. D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: macclaw@macbarlaw.com

Attorneys for Plaintiff for Randy Sugarman, Liquidating Trustee

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>GREGORY JOHN TE VELDE,<br><br>Debtor. | CASE NO. 18-11651<br><br>Chapter 11<br><br>DCN: MB-5 |
| RANDY SUGARMAN, LIQUIDATING TRUSTEE,<br><br>Plaintiff,<br>v.<br><br>IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC<br><br>Defendant.<br><br>AND RELATED THIRD PARTY COMPLAINT | Adv. Proc. No.: 19-01033<br><br>Date: October 26, 2022<br>Time: 11:00 a.m<br>Place: 2500 Tulare Street<br>       Fresno, CA 93721<br>       5th Floor, Courtroom 13<br>Judge: Honorable Rene Lastreto II |

**PLAINTIFF'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to the provisions of Bankruptcy Rule 7056 and F.R.Civ.P. 56(g), Plaintiff Randy Sugarman, Liquidating Trustee of the above entitled estate, hereby moves the Court for an

Order Granting Partial Summary Judgment declaring that the limitation of damages provisions contained in the 9/30/15 "Work Order" and the 11/17/15 "Design, Engineer, and Project Management Services for Greg Tevelde Willow Creek Dairy Construction Project November 2015" executed between the Debtor and the Defendant IRZ Consulting, LLC and its affiliate IRZ Construction Division is void and unenforceable against the Plaintiff. The two provisions purport to limit Plaintiff's damages to $550,000.00.

This Motion is made on the grounds that (1) under Oregon case authority, the limitation provision does not extend to breach of contract claims such as that brought by the Plaintiff (2) the limitation provision is void as against public policy since it purports to partially immunize a party to contract pertaining to public environmental protection and (3) the limitation provision is void under the Oregon doctrine of procedural unconscionability.

This Motion is based on the accompanying Notice, Memorandum of Points and Authorities, Declarations of John H. MacConaghy and Randy Sugarman, Separate Statement of Undisputed Facts, the pleadings and records on file herein, and such oral and documentary evidence as may be presented at the hearing on this Motion.

Dated: September 14, 2022        WANGER JONES HELSLEY PC

And

MacCONAGHY & BARNIER, PLC


                      /s/ John H. MacConaghy
By: _____
    John H. MacConaghy
    Attorneys for Plaintiff
    Randy Sugarman,
    Liquidating Trustee

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT