3
Michael B. Brown #290131
**Law Offices of Michael Brown**
1809 West Main Street, Suite H
Visalia, California 93291
Telephone: 559-345-7040
*Email: michael@mbrownlaw.net*

Attorneys for Defendant, U.S. Farm Systems/Valmetal

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: GREGORY J. TE VELDE,<br><br>Debtor. | Case No. 18-11651-B<br><br>Chapter 11 |
| RANDY SUGARMAN, CHAPTER 11 TRUSTEE,<br>Plaintiff,<br><br>v.<br><br>IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC,<br>Defendant. | Adv. Pro. No. 19-01033<br><br>MBB-7<br><br>**MOTION FOR ORDER ESTABLISHING "GOOD FAITH" SETTLEMENT AND BARRING CROSS-COMPLAINTS AGAINST SETTLING DEFENDANT UNDER FED R. BANKR. P. 9019; CODE CIV. PROC., § 877.6 BY THIRD PARTY DEFENDANT US FARM SYSTEMS**<br><br>Date: November 16, 2022<br>Time: 11:00 a.m.<br>Place: Courtroom 13, Fifth Floor, 2500 Tulare Street, Fresno, CA. |
| IRZ CONSULTING, LLC a/k/a/ IRZ CONSTRUCTION DIVISION, LLC,<br><br>Third Party Plaintiff,<br><br>v.<br><br>U.S. FARM SYSTEMS, 4 CREEKS, INC.; JOHN FAXIO d/b/a FAZIO ENTINEERING; DARI-TECH, INC.; LASER LAND LEVELING, INC.; MAAS ENERGY WORKS, INC.; GEORGE CHADWICK d/b/a/ GEORGE CHADWICK CONSULTING; VALMONT NORTHWEST,<br>INC.; and NUCOR BUILDING SYSTEMS UTAH LLC,<br><br>Third Party Defendants. | |

TO: RANDY SUGARMAN, CHAPTER 11 TRUSTEE; DEFENDANT IRZ CONSULTING, LLC A/K/A/ IRZ CONSTRUCTION DIVISION, LLC; AND THIRD PARTY DEFENDANTS: 4 CREEKS, INC.; JOHN FAXIO D/B/A FAZIO ENTINEERING; DARI-TECH, INC.; LASER LAND LEVELING, INC.; MAAS ENERGY WORKS, INC.; GEORGE CHADWICK D/B/A/ GEORGE CHADWICK CONSULTING; VALMONT NORTHWEST, INC.; AND NUCOR BUILDING SYSTEMS UTAH LLC,

Third party Defendant, U.S. FARM SYSTEMS (aka Valmetal Tulare), (hereinafter "U.S. FARM"), hereby moves the Court Establishing "Good Faith" Settlement and Barring Cross-Complaints against settling Third Party Defendant U.S. Farm Systems in the form attached hereto as Exhibit A, pursuant to the provisions of California Code of Civil Procedure Section 877.6, FED R. BANKR. P. 9019, and applicable Federal Law.

The principal terms of the settlement are the following:

1. Third Party Defendant U.S. FARM shall pay the sum of $20,000.00 to the Plaintiff, Trustee upon approval of this order.

2. Trustee releases all claims against U.S. FARM, inclusive of all derivative claims by Third-Party Plaintiff IRZ Consulting.

3. U.S. FARM's claim, POC 74, shall continue to be deemed an Allowed General Unsecured Claim in the original amount of $187,559.73, and Valmetal shall be entitled to receive any further pro rata dividends payable to other general unsecured creditors.

4. There is no admission of liability.

By virtue of the claims of IRZ Consulting being for negligence and contribution for the damages which IRZ Consulting caused to Plaintiff, U.S. FARM also moves for a dismissal of U.S. FARM from this case.

This Motion is based on the attached Memorandum of Points and Authorities, the attached Declaration of Michael Brown, the attached proposed Order, the pleadings and records on file herein, and such oral and documentary evidence as may be presented at the

hearing on this Motion.

Dated: September 28, 2022          Law Offices of Michael Brown

By: _____*Michael Brown*_____
        MICHAEL BROWN
Attorney for Third-Party Defendant U.S. Farm Systems