MILLER NASH LLP
Kyle D. Sciuchetti, Admitted Pro Hac Vice
   *kyle.s@millernash.com*
Vanessa T. Kuchulis, Admitted Pro Hac Vice
   *vanessa.kuchulis@millernash.com*
Benjamin P. Tarczy, CSB No. 308367
   *benjamin.tarczy@millernash.com*
US Bancorp Tower
111 SW Fifth Avenue, Suite 3400
Portland, Oregon 97204
Telephone:   503.224.5858
Facsimile:    503.224.0155

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Hagop T. Bedoyan, CSB No. 131285
7647 North Fresno Street
Fresno, California 93720
Telephone:   559.433.1300
Fascimile:    559.433.2300

Attorneys for Defendant/Third-Party Plaintiff,
IRZ Consulting, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 18-11651-A-11 |
| GREGORY JOHN TE VELDE, | Chapter 11 |
| Debtor. | Adv. Pro. No. 19-01033-B |
| | **DC No.: MB-03** |
| RANDY SUGARMAN, CHAPTER 11 TRUSTEE, | **DEFENDANT IRZ CONSULTING 'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Plaintiff, | |
| v. | |
| IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC; | Hearing Date:  October 26, 2022<br>Time:              11:00 a.m.<br>Place:             Dept. A, Ctr. 13, 5th Fl.<br>                      U.S. Bankruptcy Court<br>                      2500 Tulare Street<br>                      Fresno, CA |
| Defendant. | Judge:           Hon. Rene Lastreto |

-1-

| | |
|---|---|
| IRZ CONSULTING, LLC, a/k/a IRZ CONSTRUCTION DIVISION, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| U.S. FARM SYSTEMS; 4 CREEKS, INC.; JOHN FAZIO d/b/a FAZIO ENGINEERING; DARI-TECH, INC.; LASER LAND LEVELING, INC.; MAAS ENERGY WORKS, INC.; GEORGE CHADWICK d/b/a GEORGE CHADWICK CONSULTING; VALMONT NORTHWEST, INC.; and NUCOR BUILDING SYSTEMS UTAH LLC, | |
| Third-Party Defendants. | |

Pursuant to Local Rule 7056-1, defendant IRZ Consulting, LLC ("IRZ"), respectfully submits the following Statement of Uncontroverted Facts, together with supporting evidence, in support of its Opposition to Plaintiff's ("Plaintiff") Motion for Partial Summary Judgment.

The matters stated herein are stated solely for the purpose of this Motion for Summary Judgment, and are not to prejudice IRZ from admitting into evidence at trial other facts, if any, that may be disputed by any other parties. The facts and evidentiary support for each fact are stated separately below.

**PLAINTIFF'S UNCONTROVERTED FACTS**

**I.**

| PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS | IRZ'S REPLY |
|---|---|
| 1. On September 30, 2015, "IRZ Construction Division, an Oregon limited liability company (ICD)" and Greg Tevelde executed a "Work Order" on an IRZ form providing that | 1. **Disputed.** IRZ disputes that IRZ Construction Division entered into the Work Order as an Oregon limited liability company. The Work Order was entered into by IRZ Construction |

| PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS | IRZ'S REPLY |
|---|---|
| ICD would provide certain construction design services to te Velde for the "Willow Creek Dairy" for the estimate price of $100,000.00.<br><br>Evidence:<br>IRZ Proof of Claim, Attachment B, pp. 18- 20, attached as Exhibit 2 to the accompanying Request to Take Judicial Notice. | Division as a division of IRZ. IRZ disputes that the work order provided "construction design services," as the work was for preliminary project management services. IRZ disputes that the estimate price was $100,000.00. The work was provided on a time and material basis not to exceed $100,000.00 with no formal estimate given.<br><br>Evidence:<br>Downey Decl. at ¶¶ 2, 5-6. Exhibit "A" |
| 2. The 9/30/15 Work Order was executed by Fred Ziari on behalf of "IRZ Construction Division, an Oregon limited liability company"<br>Evidence:<br>IRZ Proof of Claim, Attachment B, pp. 20, attached as Exhibit 2 to the accompanying Request to Take Judicial Notice. | 2. **Disputed.** IRZ disputes that IRZ Construction Division entered into the Work Order as an Oregon limited liability company. The Work Order was entered into by IRZ Construction Division as a division of IRZ.<br><br>Evidence:<br>Downey Decl. at ¶¶ 2, 5-6. Exhibit "A" |
| 3. As of September 30, 2015, ICD was neither a duly organized Oregon limited liability company, nor did it have a contractor's license issued by | 3. **Disputed.** IRZ Construction Division as a division of IRZ was and is a contractor licensed by the State of Oregon through IRZ. Furthermore, |

| PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS | IRZ'S REPLY |
|---|---|
| the State of Oregon. ICD has never been licensed as a contractor by the State of Oregon. It was not organized as an Oregon limited liability company until May 31, 2017.<br><br>Evidence:<br><br>Declaration of John H. MacConaghy, Exhibits 1, 2 & 3. | IRZ Construction Division is an Assumed Business Name of IRZ; not an independent Oregon limited liability company.<br><br>Evidence:<br><br>Downey Decl. at ¶¶ 5-6. |
| 4. On November 17, 2015, "IRZ Construction Division (ICD), (a division of IRZ Consulting LLC)" and te Velde entered into a new agreement entitled "Design, Engineer, and Project Management Services for Greg Tevelde Willow Creek Dairy Construction Project November 2015" on an IRZ form providing that IRZ would perform 21 separate construction related tasks for the Willow Creek Dairy "…an approximately 9,000 acre farm currently being used to grow trees approximately 12 miles Southeast of Boardman Oregon…" | 4. **Undisputed.** |

| PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS | IRZ'S REPLY |
|---|---|
| Evidence:<br><br>IRZ Proof of Claim, Attachment B, pp. 22- 27, attached as Exhibit 2 to the accompanying Request to Take Judicial Notice. Declaration of John H. MacConaghy, Ex. 6. | |
| 5. The November 17 Agreement was executed by Fred Ziari on behalf of "IRZ Consulting, LLC (d/b/a IRZ Construction Division through Wayne Downey as Director of Construction).<br><br>Evidence:<br><br>IRZ Proof of Claim, Attachment B, p. 27, attached as Exhibit 2 to the accompanying Request to Take Judicial Notice. | 5. **Undisputed.** |
| 6. As of November 17, 2015, IRZ Consulting, LLC was duly a licensed Oregon contractor and a duly organized Oregon limited liability company.<br><br>Evidence:<br><br>Declaration of John H. MacConaghy, Exs. 4 & 5. | 6. **Undisputed.** |

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

| PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS | IRZ'S REPLY |
|---|---|
| 7. Te Velde defaulted on his obligation to timely pay for IRZ/ICD's services.<br>Evidence:<br>IRZ Proof of Claim, Attachment B, p.2:23- 25, attached as Exhibit 2 to the accompanying Request to Take Judicial Notice. | 7. **Undisputed.** |
| 8. On July 12, 2017, ICD and IRZ stopped their work on the project. On September 25, 2017, "IRZ Consulting, LLC" recorded an Oregon form "Construction Claim of Lien" on the project, alleging that it "furnished labor, equipment, material, services, supervision, and plans, drawings and surveys actually used in the construction of improvements" on the subject real property "…commencing on or about September 30, 2015."<br>Evidence:<br>IRZ Proof of Claim, Attachment B, p. 3:23- p.4:5; pp. 8-17, attached as Exhibit 2 to the accompanying Request to Take Judicial Notice. | 8. **Undisputed.** |

| PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS | IRZ'S REPLY |
|---|---|
| 9. On November 2, 2017, "IRZ Consulting, LLC filed a "Complaint Construction Lien Foreclosure; Breach of Contract; Quantum Meruit" against the Debtor and others, seeking the principal sum of $393,476.81 for the cost of "..labor, equipment, material, services, supervision, plans, drawings, and surveys…used for the benefit of the Property" from " September 30, 2015 through August 3, 2017." The Complaint attached both the 9/30/15 and 11/17/15 Agreements as exhibits.<br>Evidence:<br>IRZ Proof of Claim, Attachment B, attached as Exhibit 2 to the accompanying Request to Take Judicial Notice. | 9. **Undisputed.** |
| 10. On April 26, 2018 the Debtor filed a voluntary petition for relief under Chapter 11 in this Court.<br>Evidence:<br>Request to Take Judicial Notice, Ex. 1 | 10. **Undisputed.** |

| PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS | IRZ'S REPLY |
|---|---|
| 11. On June 4, 2018, IRZ Consulting, LLC filed its Proof of Secured Claim in the amount of $347,057.56 in this Chapter 11 case, attaching its 11/2/17 mechanics' lien complaint as an exhibit.<br>Evidence:<br>IRZ Proof of Claim, attached as Exhibit 2 to the accompanying Request to Take Judicial Notice. | 11. **Undisputed.** |
| 12. On February 11, 2019, the Plaintiff Trustee sold the Property subject to IRZ's mechanics' lien pursuant to an "Order Authorizing Sale of Real Property Free and Clear of Liens".<br>Evidence:<br>Request to Take Judicial Notice, Ex. 3. | 12. **Undisputed.** |
| 13. On March 25, 2019, the Court entered an Order directing the Trustee to disburse most of the sales proceeds of the Lost Valley Farm to various parties in interest. However, the Court directed the Trustee to hold back funds to provide "adequate protection" to | 13. **Undisputed.** |

| PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS | IRZ'S REPLY |
|---|---|
| IRZ on account of its disputed secured claim ("the Holdback Fund"). The current balance of the Holdback Fund is approximately $659,323.00.<br>Evidence:<br>Request to Take Judicial Notice, Ex. 4; Declaration of Randy Sugarman | |
| 14. On March 8, 2019, the Trustee filed the instant action against IRZ. The Trustee's Complaint alleges claims for (1) Objecting to Claim; (2) For Damages For Breach of Contract; (3) For Damages For Negligence, and; (4) For Avoidance of Fraudulent Transfers. The First Claim for Relief of the Complaint seeks to disallow the IRZ Proof of Claim in full.<br>Evidence:<br>Complaint herein, Dkt. 1, p. 13:5-18; p.18:25-26 | 14. **Undisputed.** |

## II. IRZ'S UNCONTROVERTED FACTS

| IRZ'S STATEMENT OF UNDISPUTED FACTS | PLAINTIFF'S REPLY |
|---|---|
| 1. At all times, IRZ and Debtor understood the Work Order and Contract to be between IRZ and Debtor.<br><br>Evidence:<br>Downey Decl. at ¶ 5. | |
| 2. The Work Order did not call for IRZ's Construction Division to arrange, undertake, offer to undertake, or submit a bid to construct, alter, repair, add to, subtract from, improve, inspect, move, wreck or demolish any structure for Debtor.<br><br>Evidence:<br>Downey Decl. at ¶ 2. Exhibit "A" | |
| 3. The Contract did not call for IRZ's Construction Division to arrange, undertake, offer to undertake, or submit a bid to construct, alter, repair, add to, subtract from, improve, inspect, move, wreck or demolish any structure for Debtor. | |

| IRZ'S STATEMENT OF UNDISPUTED FACTS | PLAINTIFF'S REPLY |
|---|---|
| Evidence:<br><br>Downey Decl. at ¶ 3. Exhibit "B" | |

Dated: October 5, 2022          MILLER NASH LLP

By: *[signature]*
Kyle D. Sciuchetti, OSB No. 965705, admitted *pro hac vice*
Benjamin P. Tarczy, CSB No. 308367
Hagop T. Bedoyan, CSB No. 131285
Attorneys for Defendant/Third-Party Plaintiff IRZ Consulting, LLC

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND