**4**

MILLER NASH LLP
Kyle D. Sciuchetti, Admitted Pro Hac Vice
　　kyle.s@millernash.com
Vanessa T. Kuchulis, Admitted Pro Hac Vice
　　vanessa.kuchulis@millernash.com
Benjamin P. Tarczy, CSB No. 308367
　　benjamin.tarczy@millernash.com
US Bancorp Tower
111 SW Fifth Avenue, Suite 3400
Portland, Oregon 97204
Telephone:　503.224.5858
Facsimile:　503.224.0155

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
Hagop T. Bedoyan, CSB No. 131285
7647 North Fresno Street
Fresno, California 93720
Telephone:　559.433.1300
Fascimile:　559.433.2300

Attorneys for Defendant/Third-Party Plaintiff,

IRZ Consulting, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>GREGORY JOHN TE VELDE,<br><br>Debtor. | Bankruptcy Case No. 18-11651-A-11<br><br>Chapter 11<br><br>Adv. Pro. No. 19-01033-B |
| RANDY SUGARMAN, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC;<br><br>Defendant. | DC No. MB-03<br><br>**DECLARATION OF WAYNE DOWNEY IN SUPPORT OF DEFENDANT IRZ CONSULTING'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:　October 26, 2022<br>Time:　11:00 a.m.<br>Place:　Dept. A, Ctr. 13, 5th Fl.<br>　　　　U.S. Bankruptcy Court<br>　　　　2500 Tulare Street<br>　　　　Fresno, CA<br>Judge:　Hon. Rene Lastreto |

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

-1-

DECLARATION OF WAYNE DOWNEY IN SUPPORT OF DEFENDANT IRZ CONSULTING'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| 1 | IRZ CONSULTING, LLC, a/k/a IRZ CONSTRUCTION DIVISION, LLC, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | v. |
| 5 | U.S. FARM SYSTEMS; 4 CREEKS, INC.; JOHN FAZIO d/b/a FAZIO ENGINEERING; DARI-TECH, INC.; LASER LAND LEVELING, INC.; MAAS ENERGY WORKS, INC.; GEORGE CHADWICK d/b/a GEORGE CHADWICK CONSULTING; VALMONT NORTHWEST, INC.; and NUCOR BUILDING SYSTEMS UTAH LLC, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Third-Party Defendants. |

## DECLARATION OF WAYNE DOWNEY

I, Wayne Downey, declare as follows:

1.  My name is Wayne Downey. I am over 18 years of age. I work as the Director of Construction at IRZ Consulting, LLC ("Defendant"). I am fully competent to make this Declaration and I have personal knowledge of the facts stated in this Declaration. To my knowledge, all of the facts stated in this Declaration are true and correct.

2.  Defendant entered into a short-form, 3-page work order (the "Work Order") with Gregory John te Velde ("Debtor") on September 30, 2015 to perform preliminary project management with respect to the property commonly known as 73950 and 73956 Homestead Lane and 73920 Pole Line Road, Boardman Oregon in Morrow County, also known as Willow Creek Dairy (the "Dairy"). Attached hereto as **Exhibit "A"** is a true and correct copy of the Work Order. The Work Order did not call for Defendant to arrange, undertake, offer to undertake, or submit a bid to construct, alter, repair, add to, subtract from, improve, inspect, move, wreck or demolish any structure for Debtor.

3.  Defendant entered into a longer 14-page contract (the "Contract") Debtor on November 17, 2015 to perform project management services for Debtor, who acted as his own general contractor, with respect to the "Dairy". Attached hereto as **Exhibit "B"** is a true and

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

MB-03

- 2 -

DECLARATION OF WAYNE DOWNEY IN SUPPORT OF
DEFENDANT IRZ CONSULTING'S OPPOSITION TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

1 correct copy of the Work Order. The Contract provided that Defendant act as "Project Manager" to perform review, oversight, design, and engineering tasks, with Debtor to act as General Contractor for the project. The Contract did not call for Defendant to arrange, undertake, offer to undertake, or submit a bid to construct, alter, repair, add to, subtract from, improve, inspect, move, wreck or demolish any structure for Debtor.

4. At the time both the Work Order and Contract were entered into, Debtor was known to be an experienced dairyman, owning three dairies to Defendant's knowledge.

5. The Work Order mistakenly names "IRZ Construction Division," as opposed to the correctly named "IRZ Construction Division (ICD) (a division of IRZ Consulting LLC)" named in the Contract, as party to the Work Order. At all times, the parties understood the Work Order and Contract to be between Defendant and Debtor.

6. Both the Work Order and Contract provided that Defendant's Construction Division perform the tasks required by the Work Order and Contract. IRZ Construction Division is a division of Defendant IRZ Consulting LLC. It is not and has never been a separate legal entity from Defendant, and currently functions as a registered Assumed Business Name of Defendant. Defendant was a duly licensed Oregon contractor and a duly organized Oregon limited liability company at the time the Work Order and Contract were entered into and at all times thereafter.

7. Defendant performed preliminary project management services with respect to the Dairy, on behalf of Debtor pursuant to the Work Order, provided to assist Debtor in his role as general contractor on the Project.

8. Defendant performed project management services with respect to the Dairy, on behalf of Debtor pursuant to the Contract, provided to assist Debtor in his role as general contractor on the Project.

9. Debtor defaulted on his obligation to pay per the Work Order and Contract. As a result of Debtor's default, Defendant stopped its work on the project on July 12, 2017.

10. On September 25, 2017, Defendant recorded its Construction Claim of Lien. Attached hereto as **Exhibit C** is a true and correct copy of the Construction Claim of Lien.

Miller Nash LLP
Attorneys At Law
Portland

MB-03    - 3 -    DECLARATION OF WAYNE DOWNEY IN SUPPORT OF DEFENDANT IRZ CONSULTING'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

11. On November 2, 2017, Defendant filed its Complaint for Construction Lien Foreclosure, Breach of Contract, and Quantum Meruit. Attached hereto as **Exhibit D** is a copy of the complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct. I have executed this Declaration on October 5, 2022 at _____, _____.

　

*/S/ Wayne Downey*
Wayne Downey, Declarant

Miller Nash LLP
Attorneys At Law
Portland

MB-03

- 4 -

DECLARATION OF WAYNE DOWNEY IN SUPPORT OF
DEFENDANT IRZ CONSULTING'S OPPOSITION TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT