MILLER NASH LLP
Kyle D. Sciuchetti, OSB No. 965705 (*Pro Hac Vice*)
Benjamin P. Tarczy, CSB No. 308367
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Hagop T. Bedoyan, CSB No. 131285
7647 North Fresno Street
Fresno, California 93720
Telephone: 559.433.1300
Facsimile: 559.433.2300

Attorneys for Defendant/Third-Party Plaintiff,

IRZ Consulting, LLC

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 18-11651-A-11 |
| GREGORY JOHN TE VELDE, | Chapter 11 |
| Debtor. | Adv. Pro. No. 19-01033-B |
| | **DC No. MB-03** |
| RANDY SUGARMAN, CHAPTER 11 TRUSTEE, | **EXHIBITS TO DECLARATION OF WAYNE DOWNEY IN SUPPORT OF DEFENDANT IRZ CONSULTING'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Plaintiff, | |
| v. | Hearing Date: October 26, 2022 |
| IRZ CONSULTING, LLC; aka IRZ CONSTRUCTION DIVISION, LLC; | Time: 11:00 a.m. |
| | Place: Dept. A, Ctr. 13, 5th Fl. U.S. Bankruptcy Court 2500 Tulare Street Fresno, CA |
| Defendant. | |
| | Judge: Hon. Rene Lastreto |

1  IRZ CONSULTING, LLC, a/k/a IRZ
   CONSTRUCTION DIVISION, LLC,

2

3       Third-Party Plaintiff,

4            v.

5  U.S. FARM SYSTEMS; 4 CREEKS, INC.;
   JOHN FAZIO d/b/a FAZIO

6  ENGINEERING; DARI-TECH, INC.;
   LASER LAND LEVELING, INC.; MAAS

7  ENERGY WORKS, INC.; GEORGE
   CHADWICK d/b/a GEORGE CHADWICK

8  CONSULTING; VALMONT
   NORTHWEST, INC.; and NUCOR

9  BUILDING SYSTEMS UTAH LLC,

10     Third-Party Defendants.

11

| Exhibit | Description | Pages |
|---------|-------------|-------|
| A | WORK ORDER DATED 9/30/15 | 3 - 7 |
| B | PROJECT MANAGEMENT  - WORK ORDER | 8 - 23 |
| C | CONSTRUCTION CLAIM OF LIEN | 24 - 44 |
| D | COMPLAINT  Case No. 17cv47954 | 45 - 52 |

Dated:  October 5, 2022          MCCORMICK, BARSTOW, SHEPPARD,
                                 WAYTE & CARRUTH LLP

By: _____

Hagop T. Bedoyan
Kyle D. Sciuchetti, OSB No. 765705, admitted *pro hac vice*
Brianna J. Wellman, OSB No. 155609, admitted *pro hac vice*
Attorneys for Defendant/Third-Party Plaintiff IRZ
Consulting, LLC

MILLER NASH LLP
ATTORNEYS AT LAW
PORTLAND

812320-000001 8680228.1                    - 2 -

EXHIBIT "A"



## Work Order

| | | | |
|---|---|---|---|
| Client: | Greg Tevelde | Date: | 9/30/15 |
| Phone: | 559-799-9111 | Fax: | 559-752-4033 |
| Address: | 5850 Ave. 160  Tipton Ca. 93272 | | |
| Project Name: | Willow Creek Dairy | Project #: | 16-001 |
| Project Leader: | Wayne Downey | Fee Quoted: | NTE $100,000.00 |

Select one: \_\_\_\_ Fixed Fee (lump sum) \_\_\_\_ Time & Material  X Time & Material (NTE without permission)

IRZ Construction Division, an Oregon limited liability company (ICD) and CLIENT agree as follows:

CLIENT hires ICD to perform the following services and work:

IRZ Construction Division located at 500 N. 1st street, Hermiston Oregon 97838 will be retained by Greg Tevelde (OWNER). ICD will provide the following tasks:

- GPS generated site map with elevations
- Site plan with structure, corral, and waste handling component locations
- Preliminary grading plan to be used for mass excavation calculations
- Preliminary infrastructure plan to include on site drain lines, underground water lines and underground power lines
- Preliminary effluent water flow line plan to include lines from site drainage, structures, corrals, and effluent handling components to lagoon system
- Preliminary lagoon design detailed enough to satisfy CAFO application requirements
- Preliminary cost estimates for project (already provided)
- Estimated schedule to construct project (already provided)
- All information provided by OWNER and others are assumed to be accurate.

Project Start Date: 9/30/15          Estimated Finish: 12/30/15

Additional terms: This contract can be expanded and modified only by a written permission from Owner

**Payment.** Unless other payments terms are specified herein, CLIENT shall pay invoice within 30 days. CLIENT shall incur a late fee of 1.5% per month on any unpaid balance.

**Termination of Services.** ICD may unilaterally terminate this contract and not conclude the services and work upon the following circumstances: CLIENT fails to make payment when due; or CLIENT refuses to cooperate with ICD's services and work or provide information or access to data, equipment, or land as requested and as determined

500 North 1st st.   Hermiston, Oregon 97838   541-567-0252   www.irz.com                     Page | 1

### Providing all your Design and Construction needs

DOC006030



by ICD in its sole opinion and discretion. **Upon termination of services, CLIENT shall be responsible for paying contract in full within 30 days of billing.**

**Equipment and Data.** The parties agree that the equipment and data prepared for the services and work are instruments of and the property of ICD.

**Litigation Testimony.** With these services and work, ICD provides no rights for litigation testimony and if litigation testimony is needed, prior arrangements must be made with ICD.

**Full Agreement; Modification; Time of the Essence; Venue.** This writing is the full and complete agreement between the parties concerning ICD'S services to CLIENT for the above services and work. This agreement may not be modified except by an agreement signed by ICD and CLIENT. Time is of the essence of this agreement. Venue for any litigation to enforce this agreement or arising out of this agreement shall lie in the State of Oregon in Umatilla County, or in the Oregon county in which the land is located.

**Liabilities:** The client agrees to limit ICD's liability to the client and to all construction contractors and sub-contractors on the project, due to ICD's or any employee of ICD's negligent acts, errors, or omissions, such that the total aggregate limit of ICD to all those names shall not exceed $50,000, or the amount of ICD's fees, whichever is less.

**Attorney's Fees.** If any legal action is filed to enforce a party's rights under this contract, or to interpret this contract, the prevailing party shall be entitled to his reasonable attorney's fees, costs and expenses from the other at trial, in arbitration, and on appeal.

**Contract Via Fax.** The parties may enter into this contract by exchanging faxed copies of this contract with the signature of both parties.

**Severability.** If any term, provision, covenant, or condition in this agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, the rest of the agreement shall remain in full force and effect and shall in no way be affected, impaired or invalidated.

**Assignment.** ICD may assign this Agreement without the consent of the Client.

Providing all your Design and Construction needs

DOC006030.02

PAGE NO. 005



**AGREED:**

IRZ CONSTRUCTION DIVISION , an Oregon limited liability company

By: _Fred Ziari_ ⟋               Printed Name: _Fred Ziari_           as
Agent for IRZ CONSTRUCTION DIVISION          Date: _9/30/15_
Director of Construction Wayne Downey

Name of CLIENT: _Greg Tevelde_
Signature: _[signature]_               Title: _Owner_
Date: _9/30/15_                Purchase Number _____
Contact Person & Phone:
_Greg Tevelde_
_559 - 799 - 9111_

Providing all your Design and Construction needs

**DOC006030.03**



## Service Fee Schedule 2015

## Design, Engineer and Project Management Services

Service charges for this project will be based on Time and Materials. The hourly charges are listed below. ICD will use based on their judgment one or many qualified persons to conduct these tasks. Invoice will be provided that shows the total hours and date spent for each individual. More detailed breakdown of billing information can be provided based on requests by the client.

Principal [1] .......................................................................... $165  per hour
Director [1] ........................................................................... $160  per hour
Senior Engineer (PE) [1] ..................................................... $160  per hour
Senior Hydrologist [1]......................................................... $150  per hour
Project Manager [1].............................................................. $150  per hour
Superintendent [2] ............................................................... $135  per hour
Environmental Specialist [2]................................................ $135  per hour
Project Engineer [2] ............................................................ $135  per hour
Foreman [2] .......................................................................... $130  per hour
Estimator [2]......................................................................... $130  per hour
Tradesman [2] ...................................................................... $120  per hour
Technical Staff [2] ............................................................... $105  per hour
Technician............................................................................. $ 80  per hour
Field Labor .......................................................................... $ 60  per hour
Clerical ................................................................................. $ 60  per hour
Outside Consultant / Services ............................................Cost plus 20%

Daily Rates
[1] Per Day (>4 hours portal to portal)....................................$1500  per day
[2] Per Day (>4 hours portal to portal)....................................$1250  per day

Mileage Charge ................................................................... at GSA Rates
Meal & Lodging .................................................................. cost plus 20%

500 North 1st st.     Hermiston, Oregon 97838     541-567-0252   www.irz.com                Page | 4

## Providing all your Design and Construction needs

DOC006030.04

EXHIBIT "B"



## Design, Engineer, and Project Management Services for
## Greg Tevelde
## Willow Creek Dairy Construction Project
## November 2015

911-16-002

Greg Tevelde (OWNER) intends to design engineer and construct a dairy facility "the Willow Creek Dairy-WCD" near Boardman Oregon beginning in November 2015. IRZ Construction Division (ICD) (a division of IRZ Consulting LLC) is pleased to offer our professional design, engineering, and project management services to assist OWNER in accomplishing this goal.

### BACKGROUND

The Willow Creek Dairy site is an approximately 9,000-acre farm currently being used to grow trees approximately 12 miles Southeast of Boardman Oregon. The dairy site by itself may utilize approximately 400-500 acres that will consist of a milking facility, freestall cow housing, open lot replacement facility, calf raising facility, commodity storage and processing facility, effluent handling system and solids storage. The remainder of the acreage will be phased in to center pivot irrigation systems to provide forage crops for the dairy with a rotation of various row crops.

### PROJECT OBJECTIVE

ICD will assist the OWNER to make sure that the project is designed and constructed to operate at maximum efficiencies while using quality materials and qualified personnel to minimize costs and achieve a long lasting and sustainable project.

ICD will act on behalf of the OWNER and will oversee all tasks associated with the project. These tasks may include but are not limited to, maintaining relationships with all governmental entities and assist in securing all necessary permits and approvals. Preparing take offs/List of Materials, pricing, ordering, logistics, receiving, inventory, tracking and insuring proper use of all equipment and materials for the project. Assist OWNER in hiring and overseeing all Sub Contractors. Developing, maintaining and tracking the construction schedule. Insure that the project is constructed to the quality and standards set forth by the industry. ICD will assist the OWNER in achieving this goal by completing a series of design and engineering tasks, as well as assisting OWNER in overseeing construction tasks, in phases. The phases will include but are not limited to:

1. Preliminary site design
2. Preliminary structure design
3. Request for quotes from pre-engineered building suppliers
4. Review and engineer all relevant structural designs ready for construction
5. Review and engineer all relevant civil site design ready for construction
6. Oversee construction of civil work
7. Design and engineer underground infrastructure
8. Oversee installation of underground infrastructure
9. Review and engineer all relevant lagoon design ready for construction
10. Oversee construction of lagoons
11. Review and engineer all relevant open lot replacement facility ready for construction
12. Oversee construction of open lot replacement facility
13. Review and engineer calf facility ready for construction
14. Oversee construction of calf facility,

500 North 1st st.     Hermiston, Oregon 97838   541-567-0252  www.irz.com                    Page | 1



**IRZ**

**Construction Division**

15. Review and engineer commodity storage and processing facility ready for construction
16. Oversee construction of commodity storage and processing facility
17. Review and engineer milking facility ready for construction
18. Oversee construction of milking facilities
19. Review and engineer freestall cow housing facilities ready for construction
20. Oversee construction of freestall cow housing facilities.
21. Design and engineer concrete construction. This is to include all flat work and foundations for the project.

These phases will be explained in the Scope of Work, and the tasks for each phase will be detailed in Work Orders for each phase. These phases may not be listed in chronological order and all or part of them may be undertaken concurrently.

# SCOPE OF WORK

## 1 – Project Management Services

Prior to the acceptance of this contract, it is understood by the OWNER and ICD:

- This project will be undertaken under the supervision and control of ICD as **Project Manager**.
- It is also understood that ICD will be acting on behalf of the OWNER as **Agent for the OWNER** and will report actual costs of all permits, materials, equipment, labor, sub contracts and any other costs that may be incurred for this project during the course of this project on or before they are incurred whenever possible.
- It is understood by Owner and ICD that the OWNER will be acting as the **General Contractor** for this project and will be responsible for all duties, responsibilities, and liabilities generally known to be General Contractor responsibilities, or found to be General Contractor responsibilities, under Oregon law.
- It is understood by Owner and ICD that as a GC the Owner is responsible for all safety and regulatory safety requirements on this project.
- It is understood that the OWNER will have all necessary equipment and trained operators for performing General Contractor duties.

It is also understood by the OWNER and ICD that all services provided by ICD for this project will be on a Time and Material basis, based on the fee schedule plus expenses attached herein. The duties of ICD may include but are not limited to:

1. ICD will oversee the design and engineering of this project. Will meet with the OWNER as needed, but on a minimum hold weekly progress meetings with the OWNER to discuss design changes. ICD will oversee the design and engineering of the project to insure that all objectives of the project are met in the final and complete design.

2. ICD and OWNER will develop a schedule in the form of a Gantt chart that includes all phases and tasks for the project and the project will be tracked in projected and actual progress so as to track the efficiency and actual progress of the project. To the best of ICD's ability this chart will be updated weekly.

3. ICD will assist OWNER to ensure that all approvals, inspections, licenses and permits for the construction of this project will be secured and in place. ICD will also assist OWNER with relevant information and data to develop and maintain working relationships with all governmental

500 North 1st st.   Hermiston, Oregon 97838   541-567-0252   www.irz.com      Page | 2

DOC006029.02



agencies involved in this project so that they are aware and approve of all activities during construction of this project.

4.  ICD will generate schedules, materials lists with costs, and other documents to assist in creating bid documents for sub-contractors. These schedules and lists will also be used for purchasing, tracking and insuring that the correct materials are being used on the project.

5.  ICD will be responsible for developing subcontract documents and recommending to the OWNER all subcontractors and personnel to be hired on the project so as to insure continuity in the work schedule and procurement of equipment and materials to facilitate smooth logistics throughout the project.

## 2 – WORK PHASES TO BE PERFORMED DURING PROJECT

This section of the agreement will list the known phases of work to be performed for the successful completion of the project. This list may not contain work phases that are unknown at the date of this writing, but will include all phases that are known to be required for the successful completion of the project. The work phases are not intended to be listed in the order in which they may need to be performed in this document. The chronological order in which they will be performed will be determined when the schedule for the project is developed.

1.  **Preliminary Site design:** The preliminary site design will consist of:

    •  Preliminary design in this document shall mean, the design that is not the final stamped construction drawings but in enough detail necessary for CAFO approval and OWNER review and approval.

    •  GPS generated topography map with existing elevations of the dairy site.

    •  Preliminary staking of construction area locations to accommodate stump removal

    •  Site plan with structure, corral, and effluent handling component locations

    •  Preliminary grading plan to be used for mass excavation calculations

    •  Preliminary infrastructure plan to include on site drain lines, underground water lines and underground power lines

    •  Preliminary waste water flow line plan to include lines from site drainage, structures, corrals, and waste handling components to lagoon system

    •  Preliminary lagoon design detailed enough to satisfy CAFO application requirements

    •  Preliminary cost estimates for project (already provided)

    •  Estimated schedule to construct project (already provided)

    •  All information provided by OWNER and others are assumed to be accurate.

DOC006029.03



2. **Preliminary structure design**: The preliminary structure design will consist of:

   - Provide Non-engineered drawings of all structures where pre-engineered structures will be used for construction, in detail sufficient enough for suppliers to design and quote each structure.

   - Provide specifications sufficient enough for suppliers to design and quote each structure. Drawings and specifications to include structure dimensions and floor plan layouts.

3. **Request for quotes from pre-engineered building suppliers**

   - Prepare bid documents and drawings and send to selected pre-engineered structure suppliers.

   - Receive and review quotes and designs from pre-engineered structure suppliers for complete compatibility with construction drawings.

   - Meet with OWNER to review bids and select structure supplier.

4. **Engineered structure designs ready for construction**

   - Meet with OWNER to finalize structure layout and details sufficient enough to design and engineer drawings for building permits and review and approval of OWNER.

   - After review and approval of drawings by the OWNER and the building authority make any necessary modifications and make drawings ready for construction.

   - Prepare bid packages and review with OWNER.

   - Submit bid packages to contractors for bid

   - Meet with OWNER to review bids and select contractor for structure construction. This could be multiple contractors.

5. **Engineered site design ready for construction**

   - Meet with OWNER to finalize the site design, and layout of all structures, facilities, and infrastructure to be placed on site so that final grading can be designed for the site.

   - After site is designed meet with OWNER and ODA to get approval on the final design.

   - Make drawings ready for construction.

   - Prepare bid packages and review with OWNER.

   - Submit bid packages to contractors for bid

   - Meet with OWNER to review bids and select contractor for site construction.

6. **Construction of site design**

   - Oversee contractors during site construction.

   - Provide survey control to be used during construction of site.

   - Provide oversite of compaction testing during site construction.

DOC006029.04



- Provide QA / QC during site construction.

7. **Design and engineer underground infrastructure**

- Meet with OWNER and service providers to determine appropriate routes for all underground infrastructure. Underground infrastructure to include but are not limited to electrical, water, communication, drain, effluent and sanitary sewer lines.

- After determining routes to be taken ICD will oversee the design & engineering of all conduit cable and pipe to insure that they will appropriately handle the demand and loads required.

- Meet with the service providers, permitting agencies and assist OWNER to get necessary approvals.

- After review and approval of drawings by the services providers, OWNER and permitting agencies, make any necessary modifications and make drawings ready for construction.

- Prepare bid packages for infrastructure installation and review with OWNER.

- Submit bid packages to contractors for bid

- Meet with OWNER to review bids and select contractor for infrastructure installation.

8. **Installation of underground infrastructure**

- Oversee contractor during underground installation.

- Provide control to be used during installation.

- Provide oversite of backfill and compaction during installation.

- Provide QA / QC during installation.

9. **Engineered lagoon design ready for construction**

- Meet with OWNER, to determine final design of lagoon system.

- Oversee lagoon design and engineering to insure proper design.

- Meet with OWNER and permitting agencies to obtain necessary approvals

- After review and approval of drawings by the OWNER and permitting agencies, make any necessary modifications and make drawings ready for construction.

- Prepare bid packages and review with OWNER.

- Submit bid packages to contractors for bid

- Meet with OWNER to review bids and select contractor for lagoon construction.



10. **Construction of lagoons**

- Oversee contractor during lagoon construction.

- Provide control to be used during construction of lagoons.

- Provide oversite of compaction testing during lagoon construction.

- Provide oversite of lagoon liner installation

- Provide QA & QC during lagoon construction.

11. **Engineered open lot replacement facility design ready for construction**

- Meet with OWNER to finalize facility layout and details sufficient enough to design and engineer drawings for review and approval by OWNER and ODA.

- After review and approval of drawings by the OWNER and ODA make any necessary modifications and make drawings ready for construction.

- Prepare bid packages and review with OWNER.

- Submit bid packages to contractors for bid

- Meet with OWNER to review bids and select contractor for open lot facility construction. This could be multiple contractors.

12. **Construction of open lot replacement facility**

- Oversee contractor during open lot construction.

- Provide control to be used during construction of open lot.

- Provide oversite of fencing and shades during open lot construction.

- Provide QA / QC during open lot construction.

13. **Engineered calf facility design ready for construction**

- Meet with OWNER to finalize calf facility layout and details sufficient enough to design and engineer drawings for review and approval by OWNER.

- After review and approval of drawings by the OWNER make any necessary modifications and make drawings ready for construction.

- Prepare bid packages and review with OWNER.

- Submit bid packages to contractors for bid

- Meet with OWNER to review bids and select contractor for open lot facility construction. This could be multiple contractors

DOC006029.06

PAGE NO. 014



**14. Construction of calf facility**

- Oversee contractor during calf facility construction.
- Provide control to be used during calf facility construction.
- Provide QA / QC during calf facility construction.

**15. Engineered commodity storage and processing facility design ready for construction**

- Meet with OWNER to finalize commodity storage and processing facility layout and details, sufficient enough to design and engineer drawings for review and approval by OWNER.
- After review and approval of drawings by the OWNER make any necessary modifications and make drawings ready for construction.
- Prepare bid package and review with OWNER.
- Submit bid package to contractors for bid
- Meet with OWNER to review bids and select contractor for commodity storage and processing facility construction. This could be multiple contractors

**16. Construction of commodity storage and processing facility**

- Oversee contractor during commodity storage and processing facility construction.
- Provide control to be used during commodity storage and processing facility construction.
- Provide QA / QC during commodity storage and processing facility construction.

**17. Engineered milking facility designs ready for construction**

- Meet with OWNER and permitting authorities to finalize milking facility layout and details, sufficient enough to design and engineer drawings for review and approval by OWNER and permitting authorities.
- After review and approval of drawings by the OWNER and permitting authorities make any necessary modifications and make drawings ready for construction.
- Prepare bid package and review with OWNER.
- Submit bid package to contractors for bid
- Meet with OWNER to review bids and select contractor for milking facility construction. This could be multiple contractors

**18. Construction of milking facilities**

- Oversee contractor during milking facility construction.
- Provide control to be used during milking facility construction.
- Provide QA / QC during milking facility construction.

DOC006029.07



### 19. Engineered freestall cow housing facilities design ready for construction

- Meet with OWNER and permitting authorities to finalize freestall cow housing facilities layout and details, sufficient enough to design and engineer drawings for review and approval by OWNER and permitting authorities.

- After review and approval of drawings by the OWNER and permitting authorities make any necessary modifications and make drawings ready for construction.

- Prepare bid package and review with OWNER.

- Submit bid package to contractors for bid

- Meet with OWNER to review bids and select contractor for freestall cow housing facilities construction. This could be multiple contractors

### 20. Construction of freestall cow housing facilities

- Oversee contractor during freestall cow housing facilities construction.

- Provide control to be used during freestall cow housing facilities construction.

- Provide QA / QC during freestall cow housing facilities construction.

### 21. Design and engineer concrete construction

- Design and engineer all types of concrete construction for the project. This is to include all slab on grade, poured in place walls, footings, and any other type of concrete construction to be used on the project.

- After review and approval of drawings by the OWNER and permitting authorities make any necessary modifications and make drawings ready for construction.

- Prepare bid package and review with OWNER.

- Submit bid package to contractors for bid

- Meet with OWNER to review bids and select contractor for concrete construction. This could be multiple contractors.

DOC006029.08



## 3 - PROJECT SCHEDULE

ICD understands that time is of essence due to milestone dates set by the lease of a dairy where Willow Creek Dairy currently operates. The design, engineering and project management services work will begin immediately upon approval of this Agreement. The schedule for the Scope of Work is understood to begin immediately upon approval, and to be in effect through the completion of the design, engineering, construction, commissioning and into actual facilities operation, as needed.

ICD will develop and manage a construction and administrative activity Gantt chart and regularly update and distribute to OWNER and SUB-CONTRACTORS.

**Please Note** that the ICD cannot guarantee this timeline as the acquisition and delivery of construction material, the construction timeline, contractor workforce and equipment, weather, financial, government licensing, government regulations and others are outside of the control of ICD.

### Estimated Timeline for the Willow Creek Dairy Design, Engineering and Construction Project

– ICD has, based on certain assumptions, made an attempt to estimate the timeline and schedule for completion of this project. Some of the timeline activities may happen concurrently. ICD will refine this estimate after meeting with OWNER/representatives. Time begins with proposal acceptance:

1. Agreement Signing and Final Contract Negotiation – 1 month

2. Construction – 18-24 months

3. Start-up and Commissioning – 3 months

*NOTE: Since the cost of materials fluctuates over time, and since ICD has no control over the cost of services and equipment furnished by others, cost estimates herein are based on ICD's experience and qualifications and represent their best judgment as experienced professionals. ICD cannot guarantee that the final costs will not vary from opinions of probable cost prepared by ICD for this project.*



# AGREEMENT BETWEEN OWNER AND ICD FOR SERVICES

This is an Agreement effective as of date of signing by OWNER ("Effective Date") between **Greg Tevelde** (**"OWNER"**) and **IRZ Consulting, LLC** (d/b/a IRZ Construction Division) (together IRZ Consulting, LLC and IRZ Construction Division shall be referred to as **"ICD"**). OWNER retains ICD to perform design, engineering, and project management services, in connection with the design, engineering, and construction of The Willow Creek Dairy Construction Project as described in the enclosed Scope of Work ("Assignment")

OWNER and ICD, in consideration of their mutual covenants as set forth herein, agree as follows:

## ARTICLE 1-- SERVICES

### 1.01 Scope

A.  ICD shall provide the services set forth in SCOPE OF WORK.

B.  Upon this Agreement becoming effective, ICD is authorized to begin service as set forth in the SCOPE OF WORK

C.  If authorized in writing by OWNER, and agreed to by ICD; services beyond the SCOPE OF WORK will be performed by ICD for additional compensation either by amending this contract or a new contract. All such contracts will be completed through a "CHANGE ORDER" document.

## ARTICLE 2--OWNER'S RESPONSIBILITIES

### 2.01 General



F.  ICD shall be entitled to use and rely upon all such information and services provided by OWNER or others in performing ICD'S services under this Agreement. Provide all relevant data and information to ICD in a timely manner.

G.  To the extent possible there shall be regular meetings between OWNER, ICD and SUB-CONTRACTORS. ICD and OWNER shall work in good faith to develop a conflict resolution protocol to facilitate smooth construction and start-up of the project.

H.  OWNER agrees that it shall not disclose the results of any services performed or any work product generated under this Agreement or any Scope of Work attached hereto without ICD's prior written consent, which will not be unreasonably withheld. As a condition to granting its consent, ICD may require OWNER to add disclaimers in order to disclaim ICD's liability to third parties in connection with such disclosure.

I.  All financial issues.

J.  All land ownership, easement for pipe crossing, all government surveying, etc.

K.  All safety meetings and safety compliance requirements and any other contact with or requirements from OSHA.

L.  All warranties and repairs of workmanship, construction, construction materials, equipment and any other warranties or repairs that may arise under the Scope of Work for this project.


## ARTICLE 3 –CONTRACTORS AND MATERIAL SUPPLIERS RESPONSIBILITIES

3.01  ICD will assist OWNER in developing relevant contracting documents that define the SUB-CONTRACTORS roles and responsibilities, time for completion of all construction activities, protocol for communications and construction methodologies, penalties for non-compliance, etc. For the sake of clarity, ICD shall not be liable for the negligence, errors and omissions of SUB-CONTRACTORS and OWNER shall sign off on all contract terms between OWNER and SUB-CONTRACTORS.

A.  Prior to tendering the prospective SUB-CONTRACTOR will be responsible for visiting the site with an OWNER or ICD representative, so that the SUB-CONTRACTOR has a complete visual perspective of the work being required.

B.  The prospective tendering SUB-CONTRACTOR will be expected to submit a tender quotation covering the tasks as they are specified, according to the relevant contract and according to the drawings and specifications provided to them.

C.  The SUB-CONTRACTOR's tender will include all equipment, materials and labor costs required to complete the work as specified by ICD, with the required materials and within the Time Schedule determined.

D.  The SUB-CONTRACTOR will provide all the required construction survey staking to complete the works of the contract. OWNER/ICD will provide GPS control and elevations and location for the sites finish grade and for the placement of the concrete and facilities.

E.  The SUB-CONTRACTOR will be responsible for maintaining the construction and/or material quality as specified by ICD and as defined in the OWNERS tendering documents. The SUB-CONTRACTOR will be responsible for correcting any quality



deficiencies according to the specification and as determined by ICD during routine inspections during construction. Any cost or time delays as a result of these corrections will be the sole responsibility of the SUB-CONTRACTOR.

F.  During construction the SUB-CONTRACTOR will participate in project management meetings with the OWNERS and ICD representatives to discuss construction progress, logistics, quality, and timeline. These meeting will occur at least once weekly at a mutually agreed location and regularly scheduled time.

## ARTICLE 4 -- TIMES FOR RENDERING SERVICES

**4.01**   ICD shall use its commercially reasonable efforts to perform its services upon the estimated timelines.  Notwithstanding the foregoing, OWNER acknowledges that the timeline is largely outside ICD's control and ICD shall not be liable for delays in the estimated timeline.  If ICD services are substantially delayed or suspended in whole or in part by OWNER, Government actions, natural disasters, floods and weather, erroneous data provided by OWNER and/or Contractors, financial issues, ICD shall be entitled to equitable adjustment of the time for performance and rates and amounts of compensation provided for elsewhere in this Agreement to reflect reasonable costs incurred by ICD in connection with, among other things, such delay or suspension and reactivation and the fact that the time for performance under this Agreement has been revised.

**4.02**   ICD's design services will be in effect for six months after project completion and/or project startup to deal with minor changes and adjustments, and providing of final documentation and As-Build drawings.  Any work beyond this period will be billed based on ICD's standard Time and Material rates. A schedule of such is attached herein.

## ARTICLE 5--PAYMENTS TO ICD

**5.01**

A.  **DESIGN, ENGINEERING AND PROJECT MANAGEMENT SERVICES**: For the service provided by ICD under the Scope of Work, OWNER shall compensate ICD in accordance with ICD's standard hourly rate schedule attached herein, plus expenses. These charges will be calculated on a monthly basis and be submitted for payment in the regular monthly progress payment. Payment shall be due within 30 days of the respective monthly invoice.

B.  **CHANGE ORDER**: OWNER and ICD shall negotiate in good faith fees based on substantial change in scope of work and/or duration of the project.  All Change Orders shall be in writing.

C.  **OTHER SERVICES NOT SPECIFIED IN THE SCOPE OF WORK**: Upon written approval from the OWNER, any other tasks requested by the OWNER that are not included under this agreement, OWNER shall pay ICD for Services as follows:

1.  A **Per Hour** amount based on ICD's standard hourly rate schedule attached herein, plus expenses. This amount represents an hourly fee for any time that the OWNER requests ICD to provide services outside this agreement and the accompanying SCOPE OF WORK.



## ARTICLE 6—MISCELLANEOUS

### 6.01

A. **ICD LIABILITY:** It is agreed by OWNER and ICD that ICD may be liable for damages directly caused by negligent acts, errors, and omissions made by ICD. Under no circumstances shall that amount exceed $500,000 or the amount of ICD's fees, whichever is lower. Under no circumstances shall ICD be liable for negligent acts, errors and omissions of OWNER or SUB-CONTRACTORS.

B. **Equipment and Data.** The parties agree that the equipment and data prepared for the services and work are instruments of and the property of ICD.

C. **Litigation Testimony.** With these services and work, ICD provides no rights for litigation testimony and if litigation testimony is needed, prior arrangements must be made with ICD.

D. **Full Agreement; Modification; Venue.** This writing is the full and complete agreement between the parties concerning ICD's services to OWNER for the above services and work. This agreement may not be modified except by an agreement signed by ICD and OWNER. Venue for any litigation to enforce this agreement or arising out of this agreement shall lie in the State of Oregon in Umatilla County, or in the Oregon county in which the land is located.

E. **Attorney's Fees.** If any legal action is filed to enforce a party's rights under this contract, or to interpret this contract, the prevailing party shall be entitled to his reasonable attorney's fees, costs and expenses from the other at trial, in arbitration, and on appeal.

## ARTICLE 7—Deliverable

7.01 The following items shall be provided by ICD:



## Service Fee Schedule 2015

## Design, Engineer and Project Management Services

Service charges for this project will be based on Agreed Lump Sum or Time and Materials and Expenses as listed below.  ICD will use based on their judgment qualified persons to conduct these tasks.

| | | |
|---|---|---|
| **Principal [1]** | **$165** | **per hour** |
| **Director [1]** | **$160** | **per hour** |
| **Senior Engineer (PE) [1]** | **$160** | **per hour** |
| **Senior Hydrologist [1]** | **$150** | **per hour** |
| **Project Manager [1]** | **$150** | **per hour** |
| **Superintendent [2]** | **$135** | **per hour** |
| **Environmental Specialist [2]** | **$135** | **per hour** |
| **Project Engineer [2]** | **$135** | **per hour** |
| **Foreman [2]** | **$130** | **per hour** |
| **Estimator [2]** | **$130** | **per hour** |
| **Tradesman [2]** | **$120** | **per hour** |
| **Technical Staff [2]** | **$105** | **per hour** |
| **Technician** | **$ 80** | **per hour** |
| **Field Labor** | **$ 60** | **per hour** |
| **Clerical** | **$ 60** | **per hour** |
| **Outside Consultant / Services** | **Cost plus 20%** | |

**Daily Rates**

| | | |
|---|---|---|
| **[1] Per Day (>4 hours portal to portal)** | **$1500** | **per day** |
| **[2] Per Day (>4 hours portal to portal)** | **$1250** | **per day** |

| | |
|---|---|
| **Mileage Charge** | **at GSA Rates** |
| **Meal & Lodging** | **cost plus 20%** |



**AGREED:**

IRZ Consulting, LLC (d/b/a IRZ Construction Division through Wayne Downey as Director of Construction)

By: _Fred Ziari_
Printed Name: Fred Ziari, President
Date: _11/ 17/ 15_

Greg Tevelde  (OWNER)

Signature: _____        Title: _Owner_

Date: _11/14/15_                Purchase Number _____

Contact Person & Phone:

_Travis Love_
_509-201-0560_

# EXHIBIT "C"



| MORROW COUNTY, OREGON | **2017-41009** |
|---|---|
| L-CONST | |
| Cnt=1 Stn=23 TC | 09/25/2017 09:39:00 AM |
| $60.00 $11.00 $20.00 | $81.00 |

I, Bobbi Childers, County Clerk for Morrow County, Oregon, certify that the instrument identified herein was recorded in the Clerk records.

Bobbi Childers - County Clerk

After recording return to:

Fred A. Ziari
IRZ Consulting, LLC
500 N. 1st Street
Hermiston, Oregon 97838

AmeriTitle 191488 AM

### CONSTRUCTION CLAIM OF LIEN

    The undersigned, IRZ Consulting, LLC ("Claimant"), claims a lien created under ORS 87.010 on the real property and improvements described in this document and further claims perfection of the lien under ORS 87.035 by filing this Claim of Lien.

| | |
|---|---|
| Lien Creditor: | IRZ CONSULTING, LLC |
| Lien Debtor: | GREG TE VELDE |
| Lien Amount: | The principal amount of $393,476.81, plus interest at the rate of 18 percent per annum until paid, the recording fee for this lien, and attorney fees. |

A.     The real property that is subject to this Claim of Lien is located at the street address of 73950 and 73956 Homestead Lane and 73920 Pole Line Road, Boardman, Morrow County, Oregon, which is the real property described in <u>Exhibit A</u> attached to this Claim of Lien and incorporated by this reference.

B.     The name of the owner or reputed owner of the real property is GREG TE VELDE.

C.     Claimant provided and furnished labor, equipment, material, services, supervision, and plans, drawings, and surveys required and actually used in the construction of improvements on and landscaping, and preparation of the real property commencing on or about September 30, 2015. Claimant's last day of performance was on or about July 12, 2017.

D.     The name of the person by whom Claimant was employed and to whom Claimant furnished the labor, equipment, material, services, supervision, and plans, drawings, and surveys is GREG TE VELDE.

**000029**
4647-4907-7683.1
**EXHIBIT 1**
**Page 1 of 10**

**ATTACHMENT B**
**Page 8 of 29**

E.    The true statement of Claimant's demand, after deducting all just credits and offsets, is as follows:

| | |
|---|---|
| Labor (supervision, surveys, preparation of plans, and travel): | $392,151.25 |
| Equipment: | $1050.00 |
| Materials: | $163.06 |
| Services: | $112.50 |
| Total Principal Amount: | $393,476.81 |

plus the recording fees for this lien, interest at the rate of 18 percent per annum on the principal amount, until paid, and attorney fees. Claimant's demand is more particularly described on <u>Exhibit B</u> attached to this Claim of Lien and incorporated by this reference.

F.    Claimant claims a perfected lien for the principal amount of $393,476.81, plus interest, recording fees, and its attorney fees, on the real property described above, extending to the improvement at its site, and together with the land that may be required for the convenient use and occupation of the improvement, to be determined by the court at the time of foreclosure of this lien.

DATED this 21st day of September, 2017.

IRZ Consulting, LLC

By: _Fred Ziari_____
      Fred A. Ziari, President and CEO

STATE OF OREGON      )
                      )   ss
COUNTY OF MULTNOMAH )

    I, Fred A. Ziari, being first duly sworn and being subject to the penalties for false swearing under ORS 162.075, depose and say: I am the President and CEO of IRZ Consulting, LLC, named in the foregoing instrument; I have knowledge of the facts set forth therein; and all statements made in the foregoing instrument are true and correct as I verily believe.

_Fred Ziari_____
Fred A. Ziari

SIGNED AND SWORN to before me on September 21, 2017, by Fred A. Ziari.

_____
Notary Public for Oregon
My commission expires: 8-14-2020

OFFICIAL STAMP
LISA MARIE CONRAD
NOTARY PUBLIC-OREGON
COMMISSION NO. 953542A
MY COMMISSION EXPIRES AUGUST 14, 2020

000030

EXHIBIT 1
4847-4807-7593.1
Page 2 of 10

ATTACHMENT B
Page 9 of 29

EXHIBIT A

TRACT ONE:

All of Section 15, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon.

ALSO all of Section 16, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon.

ALSO all of Section 17, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon.

EXCEPTING THEREFROM all that portion of Section 17, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon, lying Westerly of the following described line:

COMMENCING at the Northwest corner of Section 29, said township and range; thence South 01°30'21" East 1759.00 feet along the West line of said Section 29 to the TRUE POINT OF BEGINNING of said line; thence South 89°55'40" East 2928.43 feet; thence South 59°52'37" East 378.03 feet; thence North 30°06'34" East 2112.15 feet; thence North 29°29'36" West 1521.36 feet; thence North 30°07'54" East 1521.36 feet; thence North 29°29'42" West 1538.94 feet; thence North 29°34'17" East 1476.46 feet; thence North 29°31'32" West 1573.16 feet; thence North 29°35'01" East 1457.59 feet; thence North 29°10'25" West 1550.63 feet; thence North 30°14'40" East 1625.98 feet to a point on the North line of Section 17, said township and range, being the POINT OF TERMINATION of said line, said point being North 89°16'33" West 857.68 feet from the Northeast corner of said Section 17.

ALSO all of Section 20, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon.

EXCEPTING THEREFROM all that portion of Section 20, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon, lying Westerly of the following described line:

COMMENCING at the Northwest corner of Section 29, said township and range; thence South 01°30'21" East 1759.00 feet along the West line of said Section 29 to the TRUE POINT OF BEGINNING of said line; thence South 89°55'40" East 2928.43 feet; thence South 59°52'37" East 378.03 feet; thence North 30°06'34" East 2112.15 feet; thence North 29°29'36" West 1521.36 feet; thence North 30°07'54" East 1521.36 feet; thence North 29°29'42" West 1538.94 feet; thence North 29°34'17" East 1476.46 feet; thence North 29°31'32" West 1573.16 feet; thence North 29°35'01" East 1457.59 feet; thence North 29°10'25" West 1550.63 feet; thence North 30°14'40" East 1625.98 feet to a point on the North line of Section 17, said township and range, being the POINT OF

000031

EXHIBIT 1

Page 3 of 10

ATTACHMENT B

Page 10 of 29

PAGE NO. 027

TERMINATION of said line, said point being North 89°16'33" West 857.68 feet from the Northeast corner of said Section 17.

ALSO all of Section 21, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon.

ALSO all of Section 22, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon.

ALSO a portion of the West half of Section 28, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon, more particularly described as follows:

BEGINNING at the Northwest corner of Section 28, said township and range; thence North 89°28'04" East 1150.29 feet along the North line of said Section 28; thence South 00°31'56" East 1442.20 feet to a point of curve; thence Westerly 1920.36 feet along a curve to the right having a radius of 1350.00 feet to a point on the West line of said Section 28; thence North 00°31'40" West 2777.38 feet along the West line of said Section 28 to the POINT OF BEGINNING.

ALSO a portion of the North half of Section 29, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon, more particularly described as follows:

BEGINNING at the Northwest corner of Section 29, said township and range; thence South 89°55'40" East 5314.21 feet along the North line of said Section 29 to the Northeast corner of said Section 29; thence South 00°31'40" East 2777.38 feet along the East line of said Section 29 to a point of curve; thence Westerly 922.51 feet along a curve to the right having a radius of 1350.00 feet; thence North 59°52'37" West 1706.19 feet; thence North 89°55'40" West 2928.43 feet along a line which is parallel with the North line of said Section 29 to a point on the West line of said Section 29; thence North 01°30'21" West 1759.00 feet along the West line of said Section 29 to the POINT OF BEGINNING.

EXCEPTING THEREFROM all that portion of Section 29, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon, lying Northerly and Westerly of the following described line:

COMMENCING at the Northwest corner of Section 29, said township and range; thence South 01°30'21" East 1759.00 feet along the West line of said Section 29 to the TRUE POINT OF BEGINNING of said line; thence South 89°55'40" East 2928.43 feet; thence South 59°52'37" East 378.03 feet; thence North 30°06'34" East 2112.15 feet; thence North 29°29'36" West 1521.36 feet; thence North 30°07'54" East 1521.36 feet; thence North 29°29'42" West 1538.94 feet; thence North 29°34'17" East 1476.46 feet; thence North 29°31'32" West 1573.16 feet; thence North 29°35'01" East 1457.59 feet; thence North 29°10'25" West 1550.63 feet; thence North 30°14'40" East 1625.98 feet to a point

000032

4847-4007-7683.1

**EXHIBIT 1**

**Page 4 of 10**

**ATTACHMENT B**

**Page 11 of 29**

on the North line of Section 17, said township and range, being the POINT OF TERMINATION of said line, said point being North 89°16'33" West 857.68 feet from the Northeast corner of said Section 17.

TRACT TWO:

All that portion of Sections 2, 3, 10 and 11, Township 2 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon, more particularly described as follows:

BEGINNING at the Northwest corner of Section 2, said township and range; thence North 89°39'06" East 2205.64 feet along the Northerly line of said Section 2; thence South 21°46'36" East 3006.50 feet; thence South 06°25'54" East 681.77 feet; thence South 19°49'25" West 2971.56 feet; thence South 49°28'13" West 738.67 feet; thence South 68°56'55" West 381.07 feet; thence North 84°35'36" West 673.57 feet; thence North 64°22'22" West 498.86 feet; thence North 30°57'52" West 610.67 feet; thence South 83°51'38" West 179.95 feet; thence South 35°46'58" West 645.54 feet; thence South 57°29'32" West 414.96 feet; thence South 76°21'15" West 411.79 feet; thence North 84°40'00" West 574.35 feet; thence North 61°30'19" West 298.77 feet; thence North 44°43'36" West 482.75 feet; thence North 29°36'05" West 289.52 feet; thence North 21°02'27" West 297.13 feet; thence North 02°54'58" West 474.28 feet; thence North 11°46'03" East 454.46 feet; thence North 62°17'52" West 1234.57 feet; thence North 52°00'57" West 266.20 feet; thence North 19°45'29" West 556.46 feet; thence North 05°52'18" West 210.58 feet; thence North 00°00'26" West 242.39 feet; thence North 02°57'32" East 205.68 feet; thence North 14°13'57" East 194.34 feet; thence North 29°38'55" East 411.54 feet; thence North 25°38'35" East 2277.72 feet; thence North 38°03'36" East 503.16 feet to a point on the Northerly line of Section 3, said township and range, said point being North 89°23'00" East 60.58 feet from the North quarter corner of said Section 3; thence North 89°23'00" East 2578.64 feet along the Northerly line of said Section 3 to the Northwest corner of said Section 2 and the POINT OF BEGINNING.

TRACT THREE:

The West half of Section 14, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon.

ALSO all of Section 23, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon.

ALSO all that portion of Sections 27 and 34, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon, lying Easterly of the following described line:

COMMENCING at the South quarter corner of Section 34, said township and range; thence North 89°23'00" East 60.58 feet along the Southerly line of said Section 34 to the

000033

4847-4907-7583.1

**EXHIBIT 1**

**Page 5 of 10**

**ATTACHMENT B**

**Page 12 of 29**

PAGE NO. 029

TRUE POINT OF BEGINNING of said line; thence North 38°03'36" East 10.24 feet; thence North 52°25'12" East 333.45 feet; thence North 70°24'04" East 464.38 feet; thence North 53°54'08" West 421.01 feet; thence North 42°42'52" West 523.40 feet; thence North 19°27'27" West 325.52 feet; thence North 00°29'16" West 2664.23 feet; thence South 80°08'12" West 580.46 feet; thence North 73°56'03" West 956.50 feet; thence North 22°36'58" West 1352.27 feet; thence North 35°35'17" East 1488.75 feet; thence North 64°01'20" East 562.04 feet; thence South 67°42'30" East 1406.33 feet; thence North 22°17'30" East 1393.16 feet; thence North 67°42'30" West 1697.41 feet; thence North 04°14'58" East 1171.44 feet; thence North 12°00'12" East 1157.95 feet to the North quarter corner of Section 27, said township and range, being the POINT OF TERMINATION of said line.

ALSO all that portion of Sections 26 and 35, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon, lying Northerly and Westerly of the following described line:

BEGINNING at the Northeast corner of Section 26, said township and range; thence South 00°31'56" East 3559.99 feet along the East line of said Section 26; thence South 89°28'05" West 805.28 feet; thence South 00°32'22" East 1651.97 feet; thence South 89°27'28" West 3372.06 feet; thence South 15°38'27" West 2280.70 feet; thence South 35°50'54" East 1920.69 feet; thence South 21°46'36" East 1704.41 feet to a point on the Southerly line of Section 35, said township and range; thence South 89°39'06" West 2205.64 feet along the Southerly line of said Section 35 to the Southwest corner of said Section 35, being the POINT OF TERMINATION of said line.

TRACT FOUR:

A parcel of land in Sections 27, 28, 33 and 34, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon, more particularly described as follows:

COMMENCING at the Northwest corner of Section 28, said township and range; thence North 89°28'04" East 1150.29 feet along the North line of said Section 28; thence South 00°31'56" East 1442.20 feet to a point of curve; thence Southwesterly 278.05 feet along the arc of a curve having a central angle of 11°48'03" and a radius of 1350.00 feet to the TRUE POINT OF BEGINNING; thence South 70°26'25" East 4306.92 feet; thence South 13°06'01" East 4312.46 feet; thence South 49°02'47" West 1626.40 feet; thence North 68°48'59" West 4283.16 feet; thence North 12°00'00" West 4192.31 feet to a point on a curve; thence Northeasterly 1587.21 feet along the arc of a curve having a central angle of 67°21'48" and a radius of 1350.00 feet to the TRUE POINT OF BEGINNING.

ALSO a parcel of land in Sections 28, 29, 32 and 33, Township 3 North, Range 26 East of the Willamette Meridian, in the County of Morrow and State of Oregon, more particularly described as follows:

**000034**

4847-4907-7583.1
**EXHIBIT 1**
**Page 6 of 10**

**ATTACHMENT B**
**Page 13 of 29**

COMMENCING at the Northwest corner of Section 28, said township and range; thence North 89°28'04" East 1150.29 feet along the North line of said Section 28; thence South 00°31'56" East 1442.20 feet to a point of curve; thence Southwesterly along a curve to the right having a radius of 1350.00 feet, a central angle of 120°39'19", an arc distance of 1865.26 feet to a point on curve and the TRUE POINT OF BEGINNING; thence continuing along said curve an arc distance of 977.61 feet; thence North 59°52'37" West 258.83 feet; thence South 00°37'43" East 2645.05 feet along a line which is parallel with the East line of Section 29, said township and range, to a point of curve, said curve having a radius of 1600.00 feet, a central angle of 229°11'20", and a bearing of South 05°45'39" East to the radius point; thence a chord distance of 100.14 feet along said curve on a chord bearing of South 82°26'45" West; thence continuing along said curve on chords corresponding to 300.00 feet of arc lengths, an arc distance of 6300.00 feet to a point of tangency, said point lying South 54°56'59" East of said radius point, and said chords being the true boundary line; thence North 35°03'01" East 939.67 feet; thence North 12°00'00" West 4192.31 feet to the TRUE POINT OF BEGINNING.

000035

4847-4907-7583.1

**EXHIBIT 1**
**Page 7 of 10**

**ATTACHMENT B**
**Page 14 of 29**

**EXHIBIT B**
**IRZ CONSULTING, LLC: Willow Creek Dairy Project**

CATEGORIES (1) Labor, (2) Equipment, (3) Materials, (4) Services, (5) Surveying, (6) Preparing Plans, Drawings, and Specifications, and (7) Supervising Construction Work

| Invoice Number | Date Work Performed | Laborer | Category | Location | Labor Hours | Labor Rate | Labor Costs (hours × rate) | Travel Expenses | Equipment Rental Costs | Material Costs | Services Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7687 | 7-10,11,12,8;14 | Rowell, Josh | 1,5 | Site | 14.25 | $125 | $1,781.25 | | | | |
| 7577 | | Evans, Gibb | 1,4 | Office | 4 | $150 | $600.00 | | | | |
| 7581 | 6;6,15,22 | Downey, Wayne | 1,7 | Site | 5 | $125 | $625.00 | | | | |
| 7581 | 6;5,8,9,11,19,22,28,30 | Obendorf, Josh | 1,7 | Site | 65.75 | $125 | $8,218.75 | | | | |
| 7581 | 6;13 | Rowell, Josh | 1,5 | Site | 12 | $125 | $1,500.00 | | | | |
| 7468 | 5;9-11,15-17,19 | Downey, Wayne | 1,7 | Site | 19 | $125 | $2,375.00 | | | | |
| 7468 | 5;1-5,8-12,16-19,22,23,30 | Obendorf, Josh | 1,7 | Site | 185.25 | $125 | $23,156.25 | | | | |
| 7468 | | Misc Materials | | | | | | | | $42.64 | |
| 7370 | 4;3,4,12,17 | Downey, Wayne | 1,7 | Site | 32 | $160 | $5,120.00 | | | | |
| 7370 | 4;3-6,11,12,14,17-20,24-28 | Obendorf, Josh | 1,7 | Site | 153 | $185 | $20,655.00 | | | | |
| 7370 | 4;6 | McMillen, Robert | 1,5 | Site | 4.25 | $105 | $446.25 | | | | |
| 7370 | | Travel Expenses | | | | | | $790.50 | | | |
| 7258 | 3;9,13,14,16,17,21,2 3-25,30 | Downey, Wayne | 1,7 | Site | 42 | $160 | $6,720.00 | | | | |
| 7258 | 3;10,17,20,21,23,28,30,31 | Obendorf, Josh | 1,7 | Site | 108.25 | $135 | $14,613.75 | | | | |
| 7256 | 3;16 | Brown, Ian | 1,6 | Office | 1 | $135 | $135.00 | | | | |
| 7256 | 3;15,16 | Rowell, Josh | 1,5 | Site | 5 | $130 | $390.00 | | | | |
| 7256 | | Travel Expenses | | | | | | $1,239.77 | | | |
| 7155 | 2;01 | Downey, Wayne | 1,7 | Site | 9 | $160 | $1,440.00 | | | | |
| 7155 | 2;6,18,20,23,24,27 | Obendorf, Josh | 1,7 | Site | 41 | $185 | $5,585.00 | | | | |
| 7155 | 2;23 | Brown, Ian | 1,6 | Office | 4.5 | $135 | $607.50 | | | | |
| 7155 | | Travel Expenses | | | | | | | | $116.08 | |

Page 1 of 3

CATEGORIES (1) Labor, (2) Equipment, (3) Materials, (4

| Invoice Number | Date Work Performed | Laborer | Category | Locat | IF |
|---|---|---|---|---|---|
| 7687 | 7-10,11,12,8;14 | Rowell, Josh | 1,5 | Site | |
| 7577 | | Evans, Gibb | 1,4 | Offi | |
| 7581 | 6;6,15,22 | Downey, Wayne | 1,7 | Site | |
| 7581 | 6;5,8,9,11,19,22,28,30 | Obendorf, Josh | 1,7 | Site | |
| 7581 | 6;13 | Rowell, Josh | 1,5 | Site | |
| 7468 | 5;9-11,15-17,19 | Downey, Wayne | 1,7 | Site | |
| 7468 | 5;1-5,8-12,16-19,22,23,30 | Obendorf, Josh | 1,7 | Site | |
| 7468 | | Misc Materials | | | |
| 7370 | 4;3,4,12,17 | Downey, Wayne | 1,7 | Site | |
| 7370 | 4;3-6,11,12,14,17-20,24-28 | Obendorf, Josh | 1,7 | Site | |
| 7370 | 4;6 | McMillen, Robert | 1,5 | Site | |
| 7370 | | Travel Expenses | | | |
| 7256 | 3;9,13,14,16,17,21,2 | Downey, Wayne | 1,7 | Site | |
| 7256 | 3;10,17,20,21,23,28,30,31 | Obendorf, Josh | 1,7 | Site | |
| 7256 | 3;16 | Brown, Ian | 1,6 | Offi | |
| 7256 | 3;15,16 | Rowell, Josh | 1,5 | Site | |
| 7256 | | Travel Expenses | | | |
| 7155 | 2;01 | Downey, Wayne | 1,7 | Site | |
| 7155 | 2;6,18,20,23,24,27 | Obendorf, Josh | 1,7 | Site | |
| 7155 | 2;23 | Brown, Ian | 1,6 | Offi | |

**EXHIBIT 1**
**Page 8 of 10**

000036
**ATTACHMENT B**
**Page 15 of 29**

Filed 10/05/22    Case 19-01033    Doc 463
Filed 09/06/22    Case 19-01033    Doc 432
Filed 06/04/18    Case 18-11651    Claim 19-1

**EXHIBIT B**
**IRZ CONSULTING, LLC: Willow Creek Dairy Project**

CATEGORIES (1) Labor, (2) Equipment, (3) Materials, (4) Services, (5) Surveying, (6) Preparing Plans, Drawings, and Specifications, and (7) Supervising Construction Work

| Invoice Number | Date Work Performed | Laborer | Category | Location | Labor Hours | Labor Rate | Labor Costs (hours * rate) | Travel Expenses | Equipment Rental Costs | Material Costs | Services Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7097 | 1:31 | Downey, Wayne | 1,7 | Site | 2 | $160 | $320.00 | | | | |
| 7097 | 1:10,24,25,31 | Oberdorf, Josh | 1,7 | Site | 32 | $135 | $4,320.00 | | | | |
| 7097 | | Travel Expenses | | Site | | | | $135.18 | | | |
| 7041 | 12:1,7,19,26-28 | Downey, Wayne | 1,7 | Site | 43 | $160 | $6,880.00 | | | | |
| 7041 | 12:1,2,5-9,12-14,19-21,28 | Oberdorf, Josh | 1,7 | Site | 118.5 | $135 | $15,997.50 | | | | |
| 7041 | 12:7,8,13-16 | Brown, Ian | 1,6 | Office | 42.75 | $135 | $5,771.25 | | | | |
| 7041 | 12:02 | Rowell, Josh | 1,5 | Site | 5 | $130 | $650.00 | | | | |
| 7041 | | Travel Expenses | | Site | | | | $4,527.60 | | | |
| 6849 | 11:2,8,9,23,28,29 | Downey, Wayne | 1,7 | Site | 60 | $160 | $9,600.00 | | | | |
| 6849 | 11:7,8,14-18,21,30 | Oberdorf, Josh | 1,7 | Site | 97 | $135 | $13,095.00 | | | | |
| 6849 | 11:12,5,15 | McMillan, Robert | 1,5 | Site | 19 | $105 | $1,995.00 | | | $350.00 | |
| 6849 | 11:7,11, | Brown, Ian | 1,6 | Office | 7 | $135 | $945.00 | | | | |
| 6849 | 11:01 | Rowell, Josh | 1,5 | Site | 3 | $130 | $390.00 | | | | |
| 6849 | | Travel Expenses | | Site | | | | $1,429.67 | | | |
| 6849 | | Misc Materials | | Site | | | | | | $300.75 | |
| 6786 | 10:4,6,7,13-15,18,31,34-36 | Downey, Wayne | 1,7 | Site | 74 | $160 | $11,840.00 | | | | |
| 6786 | 15,17,18,20,24-26,31 | Oberdorf, Josh | 1,7 | Site | 113 | $135 | $15,255.00 | | | | |
| 6786 | 10:5,7,10-13,26,27 | Brown, Ian | 1,6 | Office | 64.75 | $135 | $8,741.25 | | | | |
| 6786 | 10:4,7,11,14,15,17,18,20,26-28 | Rowell, Josh | 1,5 | Site | 36.5 | $130 | $4,745.00 | | | | |
| 6786 | 10:26,27 | McMillan, Robert | 1,5 | Site | 20.5 | $105 | $2,152.50 | | | $350.00 | |
| 6786 | | Travel Expenses | | Site | | | | $2,759.01 | | | |
| 6704 | 9:1,2,6-9,12-15,19,20,23,27 | Downey, Wayne | 1,7 | Site | 78 | $160 | $12,480.00 | | | | |

Page 2 of 3

CATEGORIES (1) Labor, (2) Equipment, (3) Materials, (4...)

| Invoice Number | Date Work Performed | Laborer | Category | Locat. |
|---|---|---|---|---|
| 7097 | 1:31 | Downey, Wayne | 1,7 | Site |
| 7097 | 1:10,24,25,31 | Oberdorf, Josh | 1,7 | Site |
| 7097 | | Travel Expenses | | Site |
| 7041 | 12:1,7,19,26-28 | Downey, Wayne | 1,7 | Site |
| 7041 | 12:1,2,5-9,12-14,19-21,28 | Oberdorf, Josh | 1,7 | Site |
| 7041 | 12:7,8,13-16 | Brown, Ian | 1,6 | Office |
| 7041 | 12:02 | Rowell, Josh | 1,5 | Site |
| 7041 | | Travel Expenses | | Site |
| 6849 | 11:2,8,9,23,28,29 | Downey, Wayne | 1,7 | Site |
| 6849 | 11:7,8,14-18,21,30 | Oberdorf, Josh | 1,7 | Site |
| 6849 | 11:12,5,15 | McMillan, Robert | 1,5 | Site |
| 6849 | 11:7,11, | Brown, Ian | 1,6 | Office |
| 6849 | 11:01 | Rowell, Josh | 1,5 | Site |
| 6849 | | Travel Expenses | | Site |
| 6849 | | Misc Materials | | Site |
| 6786 | 10:4,6,7,13-15,18,31,34-36 | Downey, Wayne | 1,7 | Site |
| 6786 | 15,17,18,20,24-26,31 | Oberdorf, Josh | 1,7 | Site |
| 6786 | 10:5,7,10-13,26,27 | Brown, Ian | 1,6 | Office |
| 6786 | 10:4,7,11,14,15,17,18,20,26-28 | Rowell, Josh | 1,5 | Site |
| 6786 | 10:26,27 | McMillan, Robert | 1,5 | Site |
| 6786 | | Travel Expenses | | Site |
| 6704 | 9:1,2,6-9,12-15,19,20,23,27 | Downey, Wayne | 1,7 | Site |

**EXHIBIT 1**
**Page 9 of 10**
000037
**ATTACHMENT B**
**Page 16 of 29**

PAGE NO. 033

EXHIBIT B
IR2 CONSULTING, LLC: Willow Creek Dairy Project

CATEGORIES (1) Labor, (2) Equipment, (3) Materials, (4) Services, (5) Surveying, (6) Preparing Plans, Drawings, and Specifications, and (7) Supervising Construction Work

| Invoice Number | Date Work Performed | Laborer | Category | Location | Labor Hours | Labor Rate | Labor Costs (hours * rate) | Travel Expenses | Equipment Rental Costs | Material Costs | Services Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6704 | 8:6,7,12,13,19,20,27 | Obendorf, Josh | 1, 7 | Site | 65.5 | $135 | $8,842.50 | | | | |
| 6704 | 8:1,6,8,13,16,26,27 | Rowell, Josh | 1, 5 | Site | 28 | $230 | $6,640.00 | | | | |
| 6704 | 9:8,23,26,27 | McMillan, Robert | 1, 5 | Site | 16.5 | $105 | $1,732.50 | | | $260.00 | |
| 6704 | | Travel Expenses | | Site | | | | $1,871.72 | | | |
| 6596 | 8:1-5,8-12,16-19,22-26,29-31 | Downey, Wayne | 1, 7 | Site | 124 | $160 | $19,840.00 | | | | |
| 6596 | 8:1-5,8-11,15-19,22-26,29-31 | Obendorf, Josh | 1, 7 | Site | 209.5 | $135 | $28,282.50 | | | | |
| 6596 | 10,15,19,22-26,29-31 | Rowell, Josh | 1, 5 | Site | 57.5 | $230 | $7,475.00 | | | | |
| 6596 | 8: 1,4,5,9-11,15-18,22,23,25,26,29,30 | Brown, Ian | 1, 6 | Office | 58 | $135 | $7,830.00 | | | | |
| 6596 | 8:2,5,8,17,22,24,25,26,31 | McMillan, Robert | 1, 5 | Site | 43.75 | $105 | $4,593.75 | | | $550.00 | |
| 6596 | | Misc Materials | | Site | | | | | | $19.67 | |
| 6596 | | Travel Expenses | | Site | | | | $3,668.75 | | | |
| 6550 | 6:27-30,7:1,5-8,11-15,18-23,25-29 | Downey, Wayne | 1, 7 | Site | 132 | $160 | $21,120.00 | | | | |
| 6550 | 6:27-30,7:5-9,11-15,18-22,25-28 | Obendorf, Josh | 1, 7 | Site | 192.5 | $135 | $25,987.50 | | | | |
| 6550 | 6:27-30, 7:6-9, 15-14, 18-22, 25-28 | Brown, Ian | 1, 6 | Office | 99 | $135 | $13,365.00 | | | | |
| 6550 | 6:27,29,30,7:5-7,8,11-15,18-22,25-29 | Rowell, Josh | 1, 5 | Site | 139 | $230 | $18,070.00 | | | | |
| 6550 | 6:28,29,30 7:12,24,27,28 | McMillan, Robert | 1, 5 | Site | 25.5 | $105 | $2,677.50 | | | $200.00 | |
| 6550 | | Travel Expenses | | Site | | | | $5,995.07 | | | |
| 6550 | | Outside Services | 3, 4 | | | | | | | | $312.50 |
| TOTAL | | | | | | | $371,552.50 | $19,598.75 | $3,050.00 | $163.06 | $312.50 |

Page 3 of 3

| Invoice Number | Date Work Performed | Laborer | Category | Locat | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CATEGORIES (1) Labor, (2) Equipment, (3) Materials, (4 | | | | | | | | | | | | | | | | | |
| 6704 | 8:6,7,12,13,19,20,27 | Obendorf, Josh | 1, 7 | Site | | | | | | | | | | | | | | | |
| 6704 | 9:1,6,8,13,16,26,27 | Rowell, Josh | 1, 5 | Site | | | | | | | | | | | | | | | |
| 6704 | 9:8,23,26,27 | McMillan, Robert | 1, 5 | Site | | | | | | | | | | | | | | | |
| 6704 | | Travel Expenses | | Site | | | | | | | | | | | | | | | |
| 6596 | 8:1-5,8-12,16-19,22-26,29-31 | Downey, Wayne | 1, 7 | Site | | | | | | | | | | | | | | | |
| 6596 | 8:1-5,8-11,15-19,22-26,29-31 | Obendorf, Josh | 1, 7 | Site | | | | | | | | | | | | | | | |
| 6596 | 10,15,19,22-26,29-31 | Rowell, Josh | 1, 5 | Site | | | | | | | | | | | | | | | |
| 6596 | 8: 1,4,5,9-11,15-18,22,23,25,26,29,30 | Brown, Ian | 1, 6 | Office | | | | | | | | | | | | | | | |
| 6596 | 8:2,5,8,17,22,24,25,26,31 | McMillan, Robert | 1, 5 | Site | | | | | | | | | | | | | | | |
| 6596 | | Misc Materials | | Site | | | | | | | | | | | | | | | |
| 6596 | | Travel Expenses | | Site | | | | | | | | | | | | | | | |
| 6550 | 6:27-30,7:1,5-8,11-15,18-23,25-29 | Downey, Wayne | 1, 7 | Site | | | | | | | | | | | | | | | |
| 6550 | 6:27-30,7:5-9,11-15,18-22,25-28 | Obendorf, Josh | 1, 7 | Site | | | | | | | | | | | | | | | |
| 6550 | 6:27-30, 7:6-9, 15-14, 18-22, 25-28 | Brown, Ian | 1, 6 | Office | | | | | | | | | | | | | | | |
| 6550 | 6:27,29,30,7:5-7,8,11-15,18-22,25-29 | Rowell, Josh | 1, 5 | Site | | | | | | | | | | | | | | | |
| 6550 | 6:28,29,30 7:12,24,27,28 | McMillan, Robert | 1, 5 | Site | | | | | | | | | | | | | | | |
| 6550 | | Travel Expenses | | Site | | | | | | | | | | | | | | | |
| 6550 | | Outside Services | 1, 4 | | | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | | | | | | |

EXHIBIT 1
Page 10 of 10

000038
ATTACHMENT B
Page 17 of 29

PAGE NO. 034

Filed 10/05/22       Case 19-01033       Doc 463
Filed 09/06/22       Case 19-01033       Doc 432
Filed 06/04/18       Case 18-11651       Claim 19-1



## Work Order

Client: **Greg Tevelde**     Date: **9/30/15**

Phone: **559-799-9111**     Fax: **559-752-4033**

Address: **5850 Ave. 160 Tipton Ca. 93272**

Project Name: **Willow Creek Dairy**     Project #: **15-00**

Project Leader: **Wayne Downey**     Fee Quoted: **NTE $100,000.00**

Select one: ____ Fixed Fee (lump sum) ____ Time & Material **X** Time & Material (NTE without permission)

IRZ Construction Division, an Oregon limited liability company (ICD) and CLIENT agree as follows:

CLIENT hires ICD to perform the following services and work:

IRZ Construction Division located at 500 N. 1ˢᵗ street, Hermiston Oregon 97838 will be retained by **Greg Tevelde** (OWNER). ICD will provide the following tasks:

- GPS generated site map with elevations
- Site plan with structure, corral, and waste handling component locations
- Preliminary grading plan to be used for mass excavation calculations
- Preliminary infrastructure plan to include on site drain lines, underground water lines and underground power lines
- Preliminary effluent water flow line plan to include lines from site drainage, structures, corrals, and effluent handling components to lagoon system
- Preliminary lagoon design detailed enough to satisfy CAFO application requirements
- Preliminary cost estimates for project (already provided)
- Estimated schedule to construct project (already provided)
- All information provided by OWNER and others are assumed to be accurate.

Project Start Date: **9/30/15**     Estimated Finish: **12/30/15**

Additional terms: This contract can be expanded and modified only by a written permission from Owner

**Payment.** Unless other payments terms are specified herein, CLIENT shall pay invoice within 30 days. CLIENT shall incur a late fee of 1.5% per month on any unpaid balance.

**Termination of Services.** ICD may unilaterally terminate this contract and not conclude the services and work upon the following circumstances: CLIENT fails to make payment when due; or CLIENT refuses to cooperate with ICD's services and work or provide information or access to data, equipment, or land as requested and as determined

Providing all your Design and Construction needs

**EXHIBIT 2**
**Page 1 of 10**

000039
**ATTACHMENT B**
**Page 18 of 29**



by ICD in its sole opinion and discretion. **Upon termination of services, CLIENT shall be responsible for paying contract in full within 30 days of billing.**

**Equipment and Data.** The parties agree that the equipment and data prepared for the services and work are instruments of and the property of ICD.

**Litigation Testimony.** With these services and work, ICD provides no rights for litigation testimony and if litigation testimony is needed, prior arrangements must be made with ICD.

**Full Agreement; Modification; Time of the Essence; Venue.** This writing is the full and complete agreement between the parties concerning ICD'S services to CLIENT for the above services and work. This agreement may not be modified except by an agreement signed by ICD and CLIENT. Time is of the essence of this agreement. Venue for any litigation to enforce this agreement or arising out of this agreement shall lie in the State of Oregon in Umatilla County, or in the Oregon county in which the land is located.

**Liabilities:** The client agrees to limit ICD's liability to the client and to all construction contractors and subcontractors on the project, due to ICD's or any employee of ICD's negligent acts, errors, or omissions, such that the total aggregate limit of ICD to all these names shall not exceed $50,000, or the amount of ICD's fees, whichever is less.

**Attorney's Fees.** If any legal action is filed to enforce a party's rights under this contract, or to interpret this contract, the prevailing party shall be entitled to his reasonable attorney's fees, costs and expenses from the other at trial, in arbitration, and on appeal

**Contract Via Fax.** The parties may enter into this contract by exchanging faxed copies of this contract with the signature of both parties.

**Severability.** If any term, provision, covenant, or condition in this agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, the rest of the agreement shall remain in full force and effect and shall in no way be affected, impaired or invalidated.

**Assignment.** ICD may assign this Agreement without the consent of the Client.

Providing all your Design and Construction needs

**EXHIBIT 2**
**Page 2 of 10**

**ATTACHMENT B**
0000-Y
**Page 19 of 29**



AGREED:

IRZ CONSTRUCTION DIVISION , an Oregon limited liability company

By: _____    Printed Name: Fred Ziari _____ as

Agent for IRZ CONSTRUCTION DIVISION    Date: 9/30/15
Director of Construction Wayne Downey

Name of CLIENT: Greg Tesside

Signature: _____    Title: Owner

Date: 9/30/15      Purchase Number _____

Contact Person & Phone:
Greg Tesside
559 - 799 - 9111

Providing all your Design and Construction needs

**EXHIBIT 2**
**Page 3 of 10**
**000041**
**ATTACHMENT B**
**Page 20 of 29**



## IRZ
### Construction Div.

**Service Fee Schedule 2015**

### Design, Engineer and Project Management Services

Service charges for this project will be based on Time and Materials. The hourly charges are listed below. ICD will use based on their judgment one or many qualified persons to conduct these tasks. Invoice will be provided that shows the total hours and date spent for each individual. More detailed breakdown of billing information can be provided based on requests by the client.

Principal [1] ............................................................................ $165 per hour

Director [1] ............................................................................. $160 per hour

Senior Engineer (PE) [1] ....................................................... $160 per hour

Senior Hydrologist [1] ............................................................ $150 per hour

Project Manager [1] ............................................................... $150 per hour

Superintendent [2] ................................................................. $135 per hour

Environmental Specialist [2] .................................................. $135 per hour

Project Engineer [2] ............................................................... $135 per hour

Foreman [2] ........................................................................... $130 per hour

Estimator [2] .......................................................................... $130 per hour

Tradesman [2] ........................................................................ $120 per hour

Technical Staff [2] .................................................................. $105 per hour

Technician ............................................................................. $ 80 per hour

Field Labor ............................................................................ $ 60 per hour

Clerical .................................................................................. $ 60 per hour

Outside Consultant / Services ............................................... Cost plus 20%

**Daily Rates**

[1] Per Day (>4 hours portal to portal) .................................. $1500 per day

[2] Per Day (>4 hours portal to portal) .................................. $1250 per day

Mileage Charge ..................................................................... at GSA Rates

Meal & Lodging ..................................................................... cost plus 20%

500 North 1st st.    Hermiston, Oregon 97838    541-567-0252   www.irz.com        Page | 4

Providing all your Design and Construction needs

**EXHIBIT 2**
**Page 4 of 10**
000042
**ATTACHMENT B**
**Page 21 of 29**



## AGREEMENT BETWEEN OWNER AND ICD FOR SERVICES

This is an Agreement effective as of date of signing by OWNER ("Effective Date") between **Greg Tevelde** ("OWNER") and **IRZ Consulting, LLC** (d/b/a IRZ Construction Division) (together IRZ Consulting, LLC and IRZ Construction Division shall be referred to as "ICD"). OWNER retains ICD to perform design, engineering, and project management services, in connection with the design, engineering, and construction of The Willow Creek Dairy Construction Project as described in the enclosed Scope of Work ("Assignment")

OWNER and ICD, in consideration of their mutual covenants as set forth herein, agree as follows:

### ARTICLE 1-- SERVICES

#### 1.01 Scope

A   ICD shall provide the services set forth in SCOPE OF WORK.

B.   Upon this Agreement becoming effective, ICD is authorized to begin service as set forth in the SCOPE OF WORK

C.   If authorized in writing by OWNER, and agreed to by ICD, services beyond the SCOPE OF WORK will be performed by ICD for additional compensation either by amending this contract or a new contract All such contracts will be completed through a "CHANGE ORDER" document.

### ARTICLE 2--OWNER'S RESPONSIBILITIES

#### 2.01 General

OWNER is responsible for and shall do the following in a timely manner so as not to delay the services of the ICD:

A.   OWNER will act as a General Contractor for this project and will be responsible for all duties, responsibilities, and liabilities generally known to be General Contractor responsibilities, or found to be General Contractor responsibilities, under Oregon law.

B.   As a General Contractor, the Owner is responsible for all safety and regulatory safety requirements on this project.

C.   OWNER will have all necessary equipment and trained operators for performing General Contractor duties.

D.   Provide all criteria and full information as to OWNER'S requirements for the Assignment

E.   Furnish to ICD all existing studies, reports and other available data pertinent to the Assignment; obtain or authorize ICD to obtain or provide additional reports and data as required, and furnish to ICD services of others as required for the performance of ICD'S services.

**EXHIBIT 2**
**Page 5 of 10**

000043
**ATTACHMENT B**
**Page 22 of 29**

PAGE NO. 039



F. ICD shall be entitled to use and rely upon all such information and services provided by OWNER or others in performing ICD'S services under this Agreement. Provide all relevant data and information to ICD in a timely manner.

G. To the extent possible there shall be regular meetings between OWNER, ICD and SUB-CONTRACTORS. ICD and OWNER shall work in good faith to develop a conflict resolution protocol to facilitate smooth construction and start-up of the project.

H. OWNER agrees that it shall not disclose the results of any services performed or any work product generated under this Agreement or any Scope of Work attached hereto without ICD's prior written consent, which will not be unreasonably withheld. As a condition to granting its consent, ICD may require OWNER to add disclaimers in order to disclaim ICD's liability to third parties in connection with such disclosure.

I. All financial issues.

J. All land ownership, easement for pipe crossing, all government surveying, etc.

K. All safety meetings and safety compliance requirements and any other contact with or requirements from OSHA.

L. All warranties and repairs of workmanship, construction, construction materials, equipment and any other warranties or repairs that may arise under the Scope of Work for this project.

## ARTICLE 3 –CONTRACTORS AND MATERIAL SUPPLIERS RESPONSIBILITIES

3.01 ICD will assist OWNER in developing relevant contracting documents that define the SUB-CONTRACTORS roles and responsibilities, time for completion of all construction activities, protocol for communications and construction methodologies, penalties for non-compliance, etc. For the sake of clarity, ICD shall not be liable for the negligence, errors and omissions of SUB-CONTRACTORS and OWNER shall sign off on all contract terms between OWNER and SUB-CONTRACTORS.

A. Prior to tendering the prospective SUB-CONTRACTOR will be responsible for visiting the site with an OWNER or ICD representative, so that the SUB-CONTRACTOR has a complete visual perspective of the work being required.

B. The prospective tendering SUB-CONTRACTOR will be expected to submit a tender quotation covering the tasks as they are specified, according to the relevant contract and according to the drawings and specifications provided to them.

C. The SUB-CONTRACTOR's tender will include all equipment, materials and labor costs required to complete the work as specified by ICD, with the required materials and within the Time Schedule determined.

D. The SUB-CONTRACTOR will provide all the required construction survey staking to complete the works of the contract. OWNER/ICD will provide GPS control and elevations and location for the sites finish grade and for the placement of the concrete and facilities.

E. The SUB-CONTRACTOR will be responsible for maintaining the construction and/or material quality as specified by ICD and as defined in the OWNERS tendering documents. The SUB-CONTRACTOR will be responsible for correcting any quality

**EXHIBIT 2**
**Page 6 of 10**
**000044**
**ATTACHMENT B**
**Page 23 of 29**



deficiencies according to the specification and as determined by ICD during routine inspections during construction. Any cost or time delays as a result of these corrections will be the sole responsibility of the SUB-CONTRACTOR.

F    During construction the SUB-CONTRACTOR will participate in project management meetings with the OWNERS and ICD representatives to discuss construction progress, logistics, quality, and timeline. These meeting will occur at least once weekly at a mutually agreed location and regularly scheduled time.

## ARTICLE 4 -- TIMES FOR RENDERING SERVICES

**4.01**    ICD shall use its commercially reasonable efforts to perform its services upon the estimated timelines. Notwithstanding the foregoing, OWNER acknowledges that the timeline is largely outside ICD's control and ICD shall not be liable for delays in the estimated timeline. If ICD services are substantially delayed or suspended in whole or in part by OWNER, Government actions, natural disasters, floods and weather, erroneous data provided by OWNER and/or Contractors, financial issues, ICD shall be entitled to equitable adjustment of the time for performance and rates and amounts of compensation provided for elsewhere in this Agreement to reflect reasonable costs incurred by ICD in connection with, among other things, such delay or suspension and reactivation and the fact that the time for performance under this Agreement has been revised.

**4.02**    ICD's design services will be in effect for six months after project completion and/or project startup to deal with minor changes and adjustments, and providing of final documentation and As-Build drawings. Any work beyond this period will be billed based on ICD's standard Time and Material rates. A schedule of such is attached herein

## ARTICLE 5--PAYMENTS TO ICD

**5.01**

A.    **DESIGN, ENGINEERING AND PROJECT MANAGEMENT SERVICES:** For the service provided by ICD under the Scope of Work, OWNER shall compensate ICD in accordance with ICD's standard hourly rate schedule attached herein, plus expenses. These charges will be calculated on a monthly basis and be submitted for payment in the regular monthly progress payment Payment shall be due within 30 days of the respective monthly invoice.

B.    **CHANGE ORDER** OWNER and ICD shall negotiate in good faith fees based on substantial change in scope of work and/or duration of the project. All Change Orders shall be in writing.

C.    **OTHER SERVICES NOT SPECIFIED IN THE SCOPE OF WORK:** Upon written approval from the OWNER, any other tasks requested by the OWNER that are not included under this agreement, OWNER shall pay ICD for Services as follows:

     1    A Per Hour amount based on ICD's standard hourly rate schedule attached herein, plus expenses. This amount represents an hourly fee for any time that the OWNER requests ICD to provide services outside this agreement and the accompanying SCOPE OF WORK

**EXHIBIT 2**
**Page 7 of 10**

000045
**ATTACHMENT B**
**Page 24 of 29**

PAGE NO. 041



## ARTICLE 6—MISCELLANEOUS

6.01

A. **ICD LIABILITY:** It is agreed by OWNER and ICD that ICD may be liable for damages directly caused by negligent acts, errors, and omissions made by ICD. Under no circumstances shall that amount exceed $500,000 or the amount of ICD's fees, whichever is lower. Under no circumstances shall ICD be liable for negligent acts, errors and omissions of OWNER or SUB-CONTRACTORS

B. **Equipment and Data.** The parties agree that the equipment and data prepared for the services and work are instruments of and the property of ICD.

C. **Litigation Testimony.** With these services and work, ICD provides no rights for litigation testimony and if litigation testimony is needed, prior arrangements must be made with ICD.

D. **Full Agreement; Modification; Venue.** This writing is the full and complete agreement between the parties concerning ICD's services to OWNER for the above services and work. This agreement may not be modified except by an agreement signed by ICD and OWNER. Venue for any litigation to enforce this agreement or arising out of this agreement shall lie in the State of Oregon in Umatilla County, or in the Oregon county in which the land is located.

E. **Attorney's Fees.** If any legal action is filed to enforce a party's rights under this contract, or to interpret this contract, the prevailing party shall be entitled to his reasonable attorney's fees, costs and expenses from the other at trial, in arbitration, and on appeal.

## ARTICLE 7—Deliverable

7.01    The following items shall be provided by ICD:

A. Printable, electronic copies of all new design documents and drawings created during this Agreement period, and all other related and relevant data, for this project in PDF format.

B. Printable, electronic copies of all completed construction As-Built drawings, and relevant data for this project in PDF format.

C. Printable, electronic copies of all completed reports, studies, cost estimates and any other documents requested by the OWNER, during this Agreement period for the project.

500 North 1st st.    Hermiston, Oregon 97838    541-567-0252    www.irz.com              Page | 13

**EXHIBIT 2**
**Page 8 of 10**

0000046
**ATTACHMENT B**
**Page 25 of 29**

PAGE NO. 042



## Service Fee Schedule 2015

## Design, Engineer and Project Management Services

Service charges for this project will be based on Agreed Lump Sum or Time and Materials and Expenses as listed below. ICD will use based on their judgment qualified persons to conduct these tasks.

| | | |
|---|---|---|
| Principal [1] | $165 | per hour |
| Director [1] | $160 | per hour |
| Senior Engineer (PE) [1] | $160 | per hour |
| Senior Hydrologist [1] | $150 | per hour |
| Project Manager [1] | $150 | per hour |
| Superintendent [2] | $135 | per hour |
| Environmental Specialist [2] | $135 | per hour |
| Project Engineer [2] | $135 | per hour |
| Foreman [2] | $130 | per hour |
| Estimator [2] | $130 | per hour |
| Tradesman [2] | $120 | per hour |
| Technical Staff [2] | $105 | per hour |
| Technician | $ 80 | per hour |
| Field Labor | $ 60 | per hour |
| Clerical | $ 60 | per hour |
| Outside Consultant / Services | Cost plus 20% | |
| Daily Rates | | |
| [1] Per Day (>4 hours portal to portal) | $1500 | per day |
| [2] Per Day (>4 hours portal to portal) | $1250 | per day |
| | | |
| Mileage Charge | at GSA Rates | |
| Meal & Lodging | cost plus 20% | |

590 North 1st St.    Hermiston, Oregon 97838    541-567-0232    www.irz.com

Page | 14

**EXHIBIT 2**
**Page 9 of 10**

000047
**ATTACHMENT B**
**Page 26 of 29**



AGREED:

IRZ Consulting, LLC (d/b/a IRZ Construction Division through Wayne Downey as Director of Construction)

By: _____
Printed Name: Fred Ziari, President
Date: _____ 11/17/15

Greg Tevelde  (OWNER)

Signature: _____        Title: ___ Owner ___

Date: _____ 11/14/15                            Purchase Number _____

Contact Person & Phone:
Travis Love
509-201-0560

**EXHIBIT 2**
**Page 10 of 10**

000048
**ATTACHMENT B**
**Page 27 of 29**

EXHIBIT "D"



IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MORROW

IRZ CONSULTING, LLC, an Oregon limited liability company,

    Plaintiff,

    v.

GREG TEVELDE, an individual, fdba Willow Creek Dairy; BOARDMAN TREE FARM, LLC, a Delaware limited liability company; J.D. HEISKELL HOLDINGS, LLC, an Oregon limited liability company,

    Defendants,

HATFIELD MANUFACTURING, INC., an Idaho corporation; LASER LAND LEVELING, INC., an Idaho corporation; CONCRETE SPECIAL TIES, INC., an Oregon corporation; RE INVESTMENT CO. LLC, dba PRO-RENTALS & SALES, a Montana limited liability company; and KONCRETE INDUSTRIES INC., a Washington corporation,

    Nominal Defendants.

Case No. 17CV47954

**COMPLAINT**
(Construction Lien Foreclosure; Breach of Contract; Quantum Meruit)

**NOT SUBJECT TO MANDATORY ARBITRATION**

Amount in Controversy: $394,425.81
Fee Authority: ORS 21.160(1)(c)

Plaintiff IRZ Consulting, LLC ("IRZ") alleges as follows:

**COMMON ALLEGATIONS**

1.

At all times material herein, IRZ was an Oregon domestic limited liability company with its primary place of business in Umatilla County, Oregon, and was duly licensed with the Construction Contractors Board of the State of Oregon that, among other things,

Page 1 -   COMPLAINT

0000**22**

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97201

548843-0001/4822-2605-2690.1

**ATTACHMENT B**
**Page 1 of 29**

1    provides labor, equipment, material, services, supervision, plans, drawings, and surveys used in

2    the construction of improvements on, landscaping, and preparation of real property.

3                      2.

4         At all times material herein, defendant Greg teVelde ("teVelde"), formerly doing

5    business as Willow Creek Dairy, was an individual and the record owner or reputed owner of

6    certain real property and improvements located in Morrow County, Oregon, commonly known

7    as 73950 and 73956 Homestead Lane and 73920 Pole Line Road, Boardman, more particularly

8    described in Exhibit 1 to this complaint (the "Property"). The whole of the Property is necessary

9    for the convenient use and occupancy of the improvement.

10                      3.

11         From September 30, 2015 through August 3, 2017 IRZ, at the request of teVelde,

12    provided and furnished all labor, equipment, material, services, supervision, plans, drawings, and

13    surveys required by the contract between IRZ and teVelde and used for the benefit of the

14    Property. The contract price agreed to, including all accepted change orders, and after deduction

15    of all just credits and offsets, is the sum of $393,476.81.

16                      4.

17         IRZ, at the request of teVelde, supplied labor, equipment, material, services,

18    supervision, plans, drawings, and surveys to teVelde pursuant to an agreement (the

19    "Agreement"), a true copy of which is attached as Exhibit 2 to this complaint and incorporated

20    herein by this reference. Pursuant to the Agreement, teVelde agreed to pay interest in the

21    amount of 18 percent per annum on invoices that are past due.

22                      5.

23         From time to time, IRZ invoiced teVelde and demanded payment for supplying

24    labor, equipment, material, services, supervision, plans, drawings, and surveys pursuant to the

25    Agreement, but teVelde has failed and refused to pay the balance owed.

26

Page 2 -    COMPLAINT

**000023**

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

546843-0001/4822-2605-2690.1

**ATTACHMENT B**
**Page 2 of 29**

Filed 10/05/22     Case 19-01033     Doc 463
Filed 09/06/22     Case 19-01033     Doc 432
Filed 06/04/18     Case 18-11651     Claim 19-1

6.

IRZ has fully performed all of the terms and conditions of the Agreement. All conditions necessary for payment to IRZ have been satisfied.

7.

There is now due and owing to IRZ under the terms of the Agreement the principal sum of $393,476.81, together with interest thereon at the rate of 18 percent per annum from September 25, 2017 until paid.

8.

Defendants teVelde, Boardman Tree Farm, LLC ("BTF"), and Heiskell Holdings, LLC ("HH") may claim some right, title, or interest in the Property, but any such interests are junior and subordinate to IRZ's construction lien.

9.

Nominal defendants Hatfield Manufacturing, Inc., Laser Land Leveling, Inc., Concrete Special Ties, Inc., RE Investment Co. LLC, and Koncrete Industries Inc. (collectively, the "Other Construction Lien Holders") may claim some right, title, or interest in the Property. The claims of the Other Construction Lien Holders, if determined to be valid by this court, have no more than equal priority with IRZ's construction lien.

**FIRST CLAIM FOR RELIEF**
**(Construction Lien Foreclosure—All Defendants)**

10.

IRZ realleges paragraphs 1 through 9 as if fully stated herein.

11.

On or about September 25, 2017, within 75 days after IRZ ceased providing labor and materials pursuant to the Agreement, IRZ filed in the County Records of Morrow County, Oregon, a claim of lien substantially in the form required by ORS 87.035 containing a true statement of its demand, after deducting all just offsets and credits; the name of the owner or

Page 3 -    COMPLAINT

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

000024

546843-0001/4822-2605-2690.1

**ATTACHMENT B**
**Page 3 of 29**

PAGE NO. 048

1    reputed owner of the lot and improvement; and the name of the person to whom the materials

2    were furnished, together with the description of the property to be charged with the lien,

3    sufficient for identification. The lien was duly verified and recorded on September 25, 2017 as

4    Document Number 2017-41009 in the Records of Morrow County, Oregon. A true copy of the

5    lien is attached as Exhibit 1 to this complaint and incorporated herein by this reference.

6                         12.

7          On September 28, 2017, within 20 days after the date of recording of the lien, IRZ

8    caused to be delivered to the defendants identified on the notice a notice in writing (a) stating

9    that the lien had been filed, (b) enclosing a true copy of the lien, and (c) stating its intent to

10    commence suit to foreclose its lien unless the lien was paid within 10 days of the notice. A true

11    copy of the notice is attached as Exhibit 3 and incorporated herein by this reference. Those

12    defendants received the notice more than 10 days prior to the commencement of this action, and

13    IRZ has complied with all applicable subsections of ORS 87.039 and 87.057.

14                         13.

15          IRZ is entitled to $86.00 for payment to the County Clerk of Morrow County,

16    Oregon, for the filing and recording of its claim of lien. IRZ is also entitled to $863.00 for the

17    foreclosure guaranty necessary for the preparation of and foreclosure of the lien.

18                         14.

19          Pursuant to ORS 87.060, IRZ is entitled to recover its reasonable attorney fees for

20    the preparation of and foreclosure of its lien.

21                         15.

22          Plaintiff has no plain, adequate, or speedy remedy at law. It will be necessary to

23    sell all of the Property to satisfy IRZ's claim of lien.

24

25

26

**000025**

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

546843-0001/4822-2605-2690.1

**ATTACHMENT B**
**Page 4 of 29**

### SECOND CLAIM FOR RELIEF
### (Breach of Contract—Defendant Greg teVelde)

16.

IRZ realleges paragraphs 1 through 7 and 13 as if fully stated herein.

17.

TeVelde has breached the Agreement.

18.

As a result of teVelde's breach of the Agreement, IRZ has been damaged in the amount of $394,425.81.

19.

The Agreement provides, in part, that "[i]f any legal action is filed to enforce a party's rights under this contract, or to interpret this contract, the prevailing party shall be entitled to his reasonable attorney's fees, costs and expenses from the other at trial, in arbitration, and on appeal."

20.

IRZ has incurred and will continue to incur reasonable attorney's fees, costs, and expenses herein, in an amount to be established at or after trial.

### THIRD CLAIM FOR RELIEF
### (Quantum Meruit—Defendant Greg teVelde)

21.

IRZ realleges paragraph 16 as if fully stated herein.

22.

IRZ supplied labor and materials at the request of teVelde that were used and incorporated in the improvement for the benefit of the Property. TeVelde owns the Property and received a benefit from the labor and materials supplied by IRZ. The reasonable value of the labor and materials furnished by IRZ for which it has not been paid is $393,476.81.

Page 5 -   COMPLAINT

**000026**

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

546843-0001/4822-2605-2690.1

**ATTACHMENT B**
**Page 5 of 29**

23.

IRZ has been damaged in an amount equal to $393,476.81, plus interest at the statutory rate from September 27, 2017, until paid.

WHEREFORE, IRZ requests the following relief:

1. On its First Claim for Relief:

(a) For a money judgment against defendant teVelde in the principal amount of $393,476.81, plus $86.00 for lien recording fees, $863.00 for the foreclosure guaranty necessary for foreclosure of the lien, interest on a total of $394,425.81 at the contract rate of 18 percent per annum from September 25, 2017 until entry of judgment herein, IRZ's reasonable costs, disbursements, and attorney fees incurred herein, and post-judgment interest on the total amount of the judgment at the contract rate of 18 percent per annum from entry of the judgment until paid.

(b) For a judgment:

(1) Declaring that IRZ's construction lien is a valid and subsisting lien upon the Property superior to any rights, titles, liens, estates, or interests of defendants teVelde, BTF, and HH and, if their liens are determined to be valid by this court, at least equal in priority to the liens of the Other Construction Lien Holders, and that the Property be sold at foreclosure sale in the manner provided by law and the proceeds thereof applied to the amount of the judgment in favor of IRZ herein, together with all accrued interest, fees, and other charges.

(2) If any deficiency remains after the application of the proceeds of any foreclosure sale of the Property, declaring that execution may issue against defendant teVelde for any such deficiency and against any of his property not exempt from execution.

(3) Against teVelde, BTF, HH and the Other Construction Lien Holders declaring that, by such foreclosure and sale, the rights of teVelde, BTF, HH and the Other Construction Lien Holders, and all persons claiming by, through or under them in the Property, are forever foreclosed.

Page 6 - COMPLAINT

000027

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

546843-0001/4822-2605-2690.1

**ATTACHMENT B
Page 6 of 29**

1         (4)    Declaring that any party to this action may become the purchaser

2   at the sale of the Property, and that the purchaser shall be entitled to exclusive possession of the

3   Property from the date of sale and entitled to such remedies as are available to secure possession,

4   including a writ of assistance.

5         (5)    At IRZ's election, appointing a receiver pursuant to applicable law

6   to take possession and control of the Property, either before or after the entry of judgment, for

7   the purpose of preserving and protecting the Property and, if appropriate, for the purpose of

8   liquidating the Property and using the proceeds thereof to pay the obligations of teVelde to IRZ

9   or any other appropriate party either during the pendency of this action or post-judgment.

10      2.    On its Second Claim for Relief, for a money judgment against defendant

11  teVelde in the amount set forth in paragraph 1(a) above.

12      3.    On its Third Claim for Relief, for a money judgment against defendant

13  teVelde in the amount of 393,476.81, together with interest at the statutory rate of 9 percent per

14  annum from September 25, 2017 until paid.

15      4.    Such other and further relief as the court deems just and proper.

16      DATED this 2nd day of November, 2017.

17          MILLER NASH GRAHAM & DUNN LLP

18

19          *s/ Sanford R. Landress*

20          Trial Attorney: Sanford R. Landress
            OSB No. 814382

21          sanford.landress@millernash.com
            Phone: 503.224.5858 | Fax: 503.224.0155

22          Attorneys for Plaintiff IRZ Consulting, LLC

23

24

25

26

Page 7 -   COMPLAINT

**000028**

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

546843-0001/4822-2605-2690.1

**ATTACHMENT B**
**Page 7 of 29**