**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Gregory John te Velde　　**Case No.:** 18-11651 - B - 11
　　　　　　　　　　　　　　　　　　　　**Adv No.:** 19-01033
**Adversary Title:** Sugarman v. IRZ　　**Docket Control No.** MB-3
Consulting, LLC et al　　　　　　　　　**Date:** 10/26/2022
　　　　　　　　　　　　　　　　　　　　**Time:** 11:00 AM

**Matter:** [424] - Motion/Application For Partial Summary Judgment [MB-3] Filed by Plaintiff Randy Sugarman (rlos)

**Judge: René Lastreto II**
**Courtroom Deputy: Carina Weed**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Plaintiff's Attorney - John H. MacConaghy
**Respondent(s):**
Defendant's Attorney - Benjamin P. Tarczy

---

**CIVIL MINUTES**

Motion Submitted

For the reasons stated on the record, the matter was taken under submission.

Chapter 11 trustee Randy Sugarman ("Plaintiff") moves for partial summary judgment on the first claim for relief of his complaint against IRZ Consulting, LLC ("Defendant" or "IRZ"), which is an objection to Defendant's Proof of Claim No. 19 filed June 4, 2018 in the amount of $347,057.56. Docs. #1; #424.

Defendant objects to Plaintiff's evidence and opposes summary judgment. Docs. #459; #461.

Plaintiff replied and submitted its own evidentiary objections.[1] Docs. #473; #475.

The motion for summary judgment was filed on 42 days' notice as required by Local Rule of Practice ("LBR") 7056-1 and in conformance with Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56.

The court took the matter under submission and will issue a proposed report and recommendation for *de novo* consideration by the District Court.

The court will issue an order.

---

[1] The court granted Plaintiff's request for an extension of time to October 13, 2022 to file his reply to Defendant's opposition. Doc. #490.