Filed 10/26/22     Case 19-01033     Doc 521

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** Gregory John te Velde    **Case No.:** 18-11651 - B - 11
**Adversary Title:** Sugarman v. IRZ Consulting, LLC et al    **Adv No.:** 19-01033
**Docket Control No.** MB-5
**Date:** 10/26/2022
**Time:** 11:00 AM

**Matter:** [440] - Second Motion/Application For Partial Summary Judgment [MB-5] Filed by Plaintiff Randy Sugarman (rlos)

**Judge: René Lastreto II**
**Courtroom Deputy: Carina Weed**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Plaintiff's Attorney - John H. MacConaghy
**Respondent(s):**
Defendant's Attorney - Benjamin P. Tarczy

---

### CIVIL MINUTES

Motion Submitted

For the reasons stated on the record, the matter was taken under submission.

The court will issue an order.

Chapter 11 trustee Randy Sugarman ("Plaintiff") moves for partial summary judgment declaring that the limitation of damages provisions contained in the September 30, 2015 *Work Order* ("Work Order") and the November 17, 2015 *Design, Engineer, and Project Management Services for Greg Tevelde Willow Creek Dairy Construction Project November 2015* ("Contract") purporting to limit Plaintiff's damages to $550,000.00 are unenforceable. Doc. #440.

IRZ Consulting, LLC ("Defendant" or "IRZ") objects to Plaintiff's evidence and opposes summary judgment. Docs. #465; #467.

Plaintiff replied and submitted its own evidentiary objections.[1] Docs. #482; #484.

This motion for summary judgment was filed on 42 days' notice as required by Local Rule of Practice ("LBR") 7056-1 and in conformance with Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56.

The court took the matter under submission and will issue a proposed report and recommendation for *de novo* consideration by the District Court.

---

[1] The court granted Plaintiff's request for an extension of time to October 15, 2022 to file his reply to Defendant's opposition. Doc. #491.