UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re                                   ) Case No.  18-11651-B-11
                                        )
GREGORY JOHN te VELDE,                  )
                                        )
            Debtor.                     )
                                        )
_____ )
                                        )
RANDY SUGARMAN, Ch. 11 Trustee,         ) Adv. Proceeding No. 19-1033
                                        ) (Consolidated by order (Doc.
            Plaintiff,                   ) #94) for trial purposes only)
                                        )
      v.                                 ) DCN:    MB-3
                                        )
IRZ CONSULTING, LLC (aka) IRZ           )
Construction Division LLC,              ) Date:   October 26, 2022
                                        ) Time:   11:00 a.m.
            Defendant.                   ) Place:  U.S. Courthouse
                                        )         2500 Tulare Street
_____ )         Courtroom 13, 5th Floor
                                        )         Fresno, California
IRZ CONSULTING, LLC                     ) Judge:  Hon. René Lastreto II
(aka) IRZ Construction Division         )
LLC,                                    )
                                        )
            Third-Party Plaintiff,      )
                                        )
      v.                                 )
                                        )
U.S. FARM SYSTEMS; 4 CREEKS,            )
INC., JOHN FAZIO (dba Fazio             )
Engineering); DARI-TECH, INC.;          )
LASER LAND LEVELING, INC.; MAAS         )
ENERGY WORKS, INC.; GEORGE              )
CHADWICK (dba George Chadwick           )
Consulting); VALMONT NORTHWEST,         )
INC.; NUCOR BUILDING SYSTEMS            )
UTAH LLC,                               )
                                        )
            Third-Party Defendants.     )
                                        )
_____ )

**ORDER SETTING DEADLINES RE: REPORT AND
RECOMMENDATION ON PLAINTIFF RANDY SUGARMAN'S
FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT**

1      On November 10, 2022, the court issued a *Report and*
2  *Recommendation on Plaintiff Randy Sugarman's First Motion for*
3  *Summary Judgment* ("Report and Recommendation") for *de novo*
4  consideration of the District Court. The Report and
5  Recommendation was docketed in the bankruptcy adversary
6  proceeding, Adv. Proc. No. 19-1033, and the District Court civil
7  docket, Case No. 19-cv-00520-ADA. In connection with the Report
8  and Recommendation, the court will set the following deadlines
9  for objections and responses.

10

11  **IT IS THEREFORE ORDERED:**

12      1. Any objections to the Report and Recommendation shall be
13  filed with the District Court not later than 21 days after the
14  date of this order setting deadlines.

15      2. Any responses to objections to the Report and
16  Recommendation shall be filed in the District Court not later
17  than 14 days after the above objection deadline.

18      3. All objections and responses to objections shall be
19  filed on the District Court civil docket, Case No. 19-cv-00520-
20  ADA, and set for hearing before the Honorable Ana de Alba in
21  accordance with the Local Rules of the United States District
22  Court for the Eastern District of California.

23

24   **Dated:** Nov 10, 2022                    **By the Court**

25

26

27                                          **René Lastreto II, Judge**
                                          **United States Bankruptcy Court**
28

**Instructions to Clerk of Court**
**Service List - Not Part of Order/Judgment**

    The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below.  The Clerk of Court will send the Order via the BNC or, if checked ___, via the U.S. mail.

Tracy A. Agrall
246 W. Shaw
Fresno, CA 93704-2644

Steve Alfieris
502 West Grangeville Blvd
Hanford, CA 93230-2857

Hagop T. Bedoyan
7647 N. Fresno Street
Fresno, CA 93720-2578

Michael Brown
Law Offices of Michael Brown
1809 West Main Street, Suite H
Visalia, CA 93291-4464

D. Gary Christensen
Miller Nash Graham and Dunn LLP
3400 U.S. Bancorp Tower 111 S.W. 5th Ave 93291
Portland, OR 97204

Paula C. Clark
502 West Grangeville Blvd
Hanford CA 93230

Ronald A. Clifford
1100 Town and Country Rd., Ste 1250
Orange, CA 92868

Michael A. Dias
502 W Grangeville Blvd
Hanford, CA 93230-2857

Anthony Dutra
Hanson Bridgett LLP
425 Market Street
26th Floor
San Francisco, CA 94105-5401

Mark F. Enenbach
McGrath North Mullin and Kratz, PC, LLO
First National Tower #3700
1601 Dodge St
Omaha, NE 68102-1650

David A. Foraker
111 SW 5th Ave #3400
Portland, OR 97204

Vanessa Triplett Kuchulis
Miller Nash, LLP
111 S. W. 5th Ave #3400
Portland, OR 97204-3614

Sanford R. Landress
3400 U.S. Bancorp Tower
111 SW 5th Ave
Portland, OR 97204

John H. MacConaghy
645 First St., West, Suite D
Sonoma, CA 95476-7044

Aaron Moore
1600 West St.
Redding, CA 96001-1726

James J. Niemeier
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102-1637

Kyle D. Sciuchetti
111 SW Fifth Ave #3400
Portland, OR 97204-3614

Lindy H. Scoffield
3043 Gold Canal Dr #100
PO Box 269127
Sacramento, CA 95826-9127

Shanon J Slack
Slack Law Group APC
2030 Main Street
Suite 1300
Irvine, CA 92614-7220

Randy Sugarman
583 1st St W
Sonoma, CA 95476-6638

Benjamin P. Tarczy
US Bancorp Tower
111 SW Fifth Avenue, Suite 3400
Portland, OR 97204

Duncan C. Turner
Badgley Mullins Turner PLLC
19929 Ballinger Way NE #200
Seattle, WA 98155-8208

Scot M. Tyler
Moore & Van Allen PLLC
100 N. Tryon St #4700
Charlotte, NC 28202-4003

Kurt F. Vote
265 E. River Park Circle, Suite 310
Fresno, CA 93720-1580

Riley C. Walter
265 E. River Park Circle Suite 310
Fresno, CA 93720-1580

Neal L. Wolf
425 Market St 26th Fl
San Francisco, CA 94105