**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, CA  93720
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330

Riley C. Walter, # 91839
 *rwalter@wjhattorneys.com*
Kurt F. Vote, # 160496
 *kvote@wjhattorneys.com*
Steven K. Vote #309152
 *svote@wjhattorneys.com*

Attorneys for:  Plaintiff RANDY SUGARMAN, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DIVISION OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In re<br>GREGORY JOHN TE VELDE,<br>    Debtor.<br>RANDY SUGARMAN, Chapter 11 Trustee,<br>    Plaintiff,<br>        v.<br>IRZ CONSULTING, LLC aka IRC CONSTRUCTION DIVISION, LLC,<br>    Defendant.<br>AND RELATED THIRD PARTY COMPLAINT AND CONSOLIDATED ACTIONS. | Bankruptcy Case No. 18-11651-A-11<br><br>Chapter 11<br><br>DCN: WJH-2<br><br>Adv. Pro. No. 19-01033-B<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, PRODUCTION OF DOCUMENTS, AND FOR MONETARY SANCTIONS**<br><br>**Hearing:**<br><br>**Date:  April 10, 2024**<br>**Time: 11:00 a.m.**<br>**Ctrm: 13** |

PLEASE TAKE NOTICE that on April 10, 2024 at 11:00 a.m., at the United States Courthouse located at 2500 Tulare Street, Fifth Floor, Courtroom 13, in Fresno, California, Plaintiff RANDY SUGARMAN, Chapter 11 Trustee ("Plaintiff") will move this Court for an Order compelling Defendants IRZ Consulting LLC aka IRZ Construction Division, LLC ("IRZ") and Lindsay Corporation ("Lindsay") to provide further responses and document production pursuant to Rules 34 and 37 of the Federal Rule of Civil Procedure, Rules 7034 and 7037 of the Federal Rules of Bankruptcy Procedure, and Local Rules 9014-2.

This motion is brought on the grounds: (1) IRZ and Lindsay failed to timely serve responses to Requests for Production, Set One propounded by Plaintiff; (2) IRZ and Lindsay impermissibly served tardy responses including objections; (3) IRZ and Lindsay provided only a partial document production and improperly withheld responsive documents on the basis of privilege and/or objection; (4) IRZ and Lindsay's tardy responses are not compliant with Rule 34; and (5) Lindsay's document production is not compliant with Rule 34.

Plaintiff has met and conferred with counsel for IRZ and Lindsay pursuant to the Local Rules. The parties were unable to reach an agreement concerning the matters detailed in this Motion.

This Motion is based on this Notice of Hearing, Memorandum of Points and Authorities, Declaration of Kurt F. Vote, and Index of Evidence, all filed concurrently herewith, the Reply Brief, if any, along with all papers, pleadings and documents contained in the Court's file in this matter, and upon such other and further oral and documentary evidence as may be presented at the hearing on this Motion.

The Motion and supporting papers are being served on the interested parties pursuant to Local Bankruptcy Rule 9014-1(f)(1):

> Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition, if any, shall be served on Wanger Jones Helsley PC, 265 East River Park Circle, Suite 310, Fresno, CA 93720. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

{9700/004/01762204.DOCX}     2

NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION, PRODUCTION OF DOCUMENTS, AND FOR MONETARY SANCTIONS

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to FRCP 43(c) as made applicable by FRBP 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to FRCP 43(c).

The Court permits telephonic appearances. In order to appear by telephone, you must contact CourtCall at (866) 582-6878 at least 24 hours prior to the hearing. There is a fee charged by CourtCall for telephonic appearances. Failure to be at the telephone number provided at the time of the hearing will be treated as a failure to appear.

The Court may decide the matter in advance of the hearing and remove the matter from calendar. Parties can ascertain which matters are resolved without oral argument and can view tentative rulings by checking the Court's internet site at http://www.caeb.uscourts.gov/ after 4:00 p.m. the day before the hearing. Parties appearing telephonically shall view the tentative ruling prior to the hearing.

Pursuant to Local Bankruptcy Rule 9014-1(f)(1)(B), the failure to file timely written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition.

Requests for further particulars should be addressed to the undersigned.

DATED: MARCH 13, 2024                                WANGER JONES HELSLEY PC

By:_____*/s/ Kurt F. Vote*_____
Riley C. Walter
Kurt F. Vote
Steven K. Vote
Attorneys for Plaintiff
RANDY SUGARMAN, Chapter 11 Trustee