**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Riley C. Walter, # 91839
 rwalter@wjhattorneys.com
Kurt F. Vote, # 160496
 kvote@wjhattorneys.com

Attorneys for: Plaintiff RANDY SUGARMAN, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DIVISION OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In re<br>GREGORY JOHN TE VELDE,<br>  Debtor. | Bankruptcy Case No. 18-11651-B<br><br>Chapter 11<br><br>Adv. Pro. No. 19-01033-B |
| RANDY SUGARMAN, Chapter 11 Trustee,<br>  Plaintiff,<br>    v.<br>IRZ CONSULTING, LLC aka IRZ CONSTRUCTION DIVISION, LLC and LINDSAY CORPORATION, a Delaware corporation, doing business under the fictitious name of IRZ CONSTRUCTION DIVISION, LLC;<br>  Defendants. | **PLAINTIFF'S STATUS REPORT**<br><br>Status Conference:<br><br>Date: November 20, 2024<br>Time: 11:00 a.m.<br><br>Place: Dept. B, Courtroom 13, 5th Floor<br>    United States Courthouse<br>    2500 Tulare St., Fresno, California<br>Judge: Hon. René Lastreto, II |
| AND RELATED THIRD PARTY COMPLAINT AND CONSOLIDATED ACTIONS. | |

///

///

{9700/004/01763071.DOCX}    1
PLAINTIFF'S STATUS REPORT
4873-9237-6310, v. 1

## STATUS OF THE PLEADINGS

It is Plaintiff's understanding that all named Third Party Defendants to the IRZ Cross-Claim have either answered, been defaulted, or been dismissed. At this time, Plaintiff does not anticipate any further amendments to his operative pleading.

## JURISDICTION

Defendant IRZ timely demanded a jury trial, and the case has already been through a heavily-briefed Motion to Withdraw Reference before the District Court. The District Court agreed that IRZ had a right to a jury trial and final judgment by an Article III court. However, it sent the case back to this Court to manage the discovery and other pretrial proceedings. Because the deadlines for percipient and expert witness discovery have expired, subject to below, Plaintiff submits that it would be appropriate for the District Court to resume management of this case.

## DISCOVERY

The deadlines for all percipient and expert discovery have expired and Plaintiff does not believe that there will be any further discovery needed.

## ADR

The parties mediated this case with mediator Michael Timpane on August 31, 2022 and April 27, 2023. Further, Plaintiff and Defendants IRZ CONSULTING, LLC aka IRZ CONSTRUCTION DIVISION, LLC and LINDSAY CORPORATION, a Delaware corporation, doing business under the fictitious name of IRZ CONSTRUCTION DIVISION, LLC mediated the case with Anthony Piazza on August 12, 2024. The parties were unable to reach a global settlement and Plaintiff believes the mediation process has run its course.

## FURTHER PROCEEDINGS

Plaintiff may file one or more Motions for Partial Summary Judgment and can do so either in this Court or the District Court.

| | |
|---|---|
| Dated: November 13, 2024 | WANGER JONES HELSLEY PC |
| | By: _____*/s/ Kurt F. Vote*_____ |
| | Kurt F. Vote |
| | Attorneys for |
| | Randy Sugarman, Chapter 11 Trustee |