**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Gregory John te Velde
**Adversary Title:** Sugarman v. IRZ Consulting, LLC et al

**Case No.:** 18-11651 - B - 11
**Adv No.:** 19-01033

**Docket Control No.** CAE-1
**Date:** 11/20/2024
**Time:** 11:00 AM

**Matter:** Continued Status Conference Re: Third-Party Complaint, Amended Complaint - [163] - Third-Party Complaint by IRZ Consulting, LLC against Nucor Building Systems Utah LLC, Valmont Northwest, Inc., George Chadwick, MAAS Energy Works, Inc., Laser Land Leveling, Inc., Dari-Tech, Inc., John Fazio, 4 Creeks, Inc., U.S. Farm Systems. (fdis)

**Judge: René Lastreto II**
**Courtroom Deputy: Elizabeth Roberts**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Plaintiff's Attorney - Kurt F. Vote;
(by phone) Defendant's Attorney – Kyle D. Sciuchetti;
**Respondent(s):**
(by zoom) Defendant's Attorney – Aaron W. Moore;
(by phone) Defendant's Attorney – Heather Puentes;
(by zoom) Defendant's Attorney – Duncan Turner;
(by zoom) Defendant's Attorney – Sara Chenetz;
(by zoom) Defendant's Attorney – Steven E. Alfieris;

---

**CIVIL MINUTES**

STATUS CONFERENCE NOW TO BE HELD ON 4/30/2025 at 11:00 AM at Fresno Courtroom 13, Department B

For the reasons stated on the record, the status conference is continued to April 30, 2025, at 11:00 a.m.

Status Reports shall be filed and served on or before April 23, 2025.

Any dispositive motion must be filed and served on or before February 14, 2025.