**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Gregory John te Velde,<br>        Debtor.<br><br>Sugarman,<br>        Plaintiff,<br>v.<br>IRZ Consulting, LLC et al.,<br>        Defendants. | ) Case No.: 18-11651 - B - 11<br>) Adv No.: 19-01033<br>) Docket Control No.: CAE-1<br>) Document No.: 163<br>)<br>)<br>) Date: 11/20/2024<br>) Time: 11:00 AM<br>) Dept: B<br>)<br>)<br>) |

**Order**

For the reasons stated on the record,

IT IS ORDERED that the status conference is CONTINUED to April 30, 2025, at 11:00 a.m., in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that the status report shall be filed and served on or before April 23, 2025.

IT IS FURTHER ORDERED that any dispositive motion must be filed and served on or before February 14, 2025.

**Dated**: Nov 20, 2024

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

Continued Status Conference Re: Third-Party Complaint, Amended Complaint - [163] - Third-Party Complaint by IRZ Consulting, LLC against Nucor Building Systems Utah LLC, Valmont Northwest, Inc., George Chadwick, MAAS Energy Works, Inc., Laser Land Leveling, Inc., Dari-Tech, Inc., John Fazio, 4 Creeks, Inc., U.S. Farm Systems. (fdis)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Randy Sugarman
583 1st St W
Sonoma CA 95476

Aaron Moore
1600 West St.
Redding CA 96001

Duncan C. Turner
19910 50th Avenue W.
Ste 103
Lynnwood WA 98036

Kurt F. Vote
265 E. River Park Circle, Suite 310
Fresno CA 93720

Kyle D. Sciuchetti
500 Broadway St
Ste 400
Vancouver WA 98660

Lindy H. Scoffield
3043 Gold Canal Dr #100
PO Box 269127
Sacramento CA 95826-9127

Steve Alfieris
502 West Grangeville Blvd
Hanford CA 93230

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Boardman Tree Farm, LLC
Sara L. Chenetz
1888 Century Park East, Suite 1700
Los Angeles CA 90067