**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                        ) Case No.: 18-11651 - B - 11
Gregory John te Velde,       ) Adv No.: 19-01033
         Debtor.             ) Docket Control No.: MNG-3
                             ) Document No.: 768
_____)
                             )
Sugarman,                    )
         Plaintiff,          ) Date: 04/23/2025
v.                           ) Time: 11:00 AM
IRZ Consulting, LLC et al.,  ) Dept: B
         Defendants.         )
                             )
_____)
```

**Order**

For the reasons set forth in the court's minutes, docket number 820,

IT IS ORDERED that the motion for summary judgment and/or motion for partial summary judgment is DENIED WITHOUT PREJUDICE.

Dated: Apr 24, 2025

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[768] - Motion/Application For Summary Judgment [MNG-3] Filed by Defendants IRZ Consulting Services, LLC, Lindsay Corporation (kwis) [768] - Motion/Application for Partial Summary Judgment [MNG-3] Filed by Defendants IRZ Consulting Services, LLC, Lindsay Corporation (kwis)