```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION
```

| | |
|---|---|
| In re | ) Case No. 18-11651-B-11 |
| GREGORY JOHN te VELDE, | ) |
|          Debtor. | ) |
| | ) |
| RANDY SUGARMAN, CHAPTER 11 TRUSTEE | ) Adv. Proceeding No. 19-1033-B |
| | ) Docket Control No. WJH-4 |
|          Plaintiff, | ) |
| v. | ) |
| IRZ CONSULTING, LLC, aka IRZ CONSTRUCTION DIVISION, LLC, | ) |
|          Defendant. | ) |
| AND RELATED THIRD-PARTY COMPLAINT AND CONSOLIDATED ACTIONS. | ) |

**RULINGS ON PLAINTIFF'S EVIDENTIARY OBJECTIONS
IN REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFF'S THIRD MOTION FOR PARTIAL SUMMARY JUDGMENT**

Objection 1 – Sustained.

Objection 2 – Sustained.

Objection 3 – Overruled.

Objection 4 – Sustained.

Objection 5 – Sustained.

Objection 6 – Overruled.

Objection 7 – Overruled.

Objection 8 – Sustained.

Objection 9 – Overruled.

Objection 10 – Overruled.

Objection 11 – Sustained.

1　　　　Objection 12 – Overruled.
2　　　　Objection 13 – Overruled.
3　　　　Objection 14 – Overruled.
4　　　　Objection 15 – Overruled.
5　　　　Objection 16 – Overruled.
6　　　　Objection 17 – Sustained.
7　　　　Objection 18 – Sustained as to relevance only.

Dated: May 08, 2025　　　　　　　　By the Court

*[Signature: René Lastreto II]*

**René Lastreto II, Judge**
**United States Bankruptcy Court**

**Instructions to Clerk of Court**
**Service List - Not Part of Order/Judgment**

    The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ___, via the U.S. mail.

Randy Sugarman
583 1st St W
Sonoma, CA 95476

Carl S. Kravitz
2100 L Street, NW, Ste 400
Washington DC 20037

R. Miles Clark
1800 M St NW #1000
Washington DC 20036

Kurt F. Vote
265 E. River Park Circle, Suite 310
Fresno, CA 93720

Riley C. Walter
265 E. River Park Circle Suite 310
Fresno, CA 93720

Kyle D. Sciuchetti
500 Broadway St., Ste 400
Vancouver, WA 98660

Bernie Kornberg
340 Golden Shore, Ste. 450
Long Beach, CA 90802

Hagop T. Bedoyan
7647 N. Fresno Street
Fresno, CA 93720