| | |
|---|---|
| 1 | **WANGER JONES HELSLEY PC** |
| 2 | 265 E. River Park Circle, Suite 310<br>Fresno, California 93720 |
| 3 | Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330 |
| 4 | Riley C. Walter #91839<br>*rwalter@wjhattorneys.com* |
| 5 | Kurt F. Vote #160496<br>*kvote@wjhattorneys.com* |
| 6 | |
| 7 | **ZUCKERMAN SPAEDER LLP**<br>2100 L Street, NW Ste. 400 |
| 8 | Washington, D.C. 20037<br>Telephone: (202) 788-1800 |
| 9 | Carl S. Kravitz, *pro hac vice*<br>*ckravitz@zuckerman.com* |
| 10 | R. Miles Clark, *pro hac vice*<br>*mclark@zuckerman.com* |

Attorneys for: Plaintiff RANDY SUGARMAN, Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In re<br>GREGORY JOHN TE VELDE,<br>Debtor. | Bankruptcy Case No. 18-11651-A-11<br><br>Chapter 11 |
| RANDY SUGARMAN, Chapter 11 Trustee,<br>Plaintiff,<br>v.<br>IRZ CONSULTING, LLC aka IRZ CONSTRUCTION DIVISION, LLC and LINDSAY CORPORATION, a Delaware corporation, doing business under the fictitious name of IRZ CONSTRUCTION DIVISION, LLC;<br>Defendants. | Adv. Pro. No. 19-01033-B<br><br>DCN: WJH-004<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR OBJECTIONS TO REPORT AND RECOMMENDATION [FED. R. BANKR. P. 9033(b)(3)]**<br><br>**NO HEARING REQUIRED**<br><br>Judge: Hon. René Lastreto II |

AND RELATED THIRD PARTY COMPLAINT AND CONSOLIDATED ACTIONS.

## ORDER

On this 22 day of May, 2024, came before the Court the Stipulation to Extend Time for Plaintiff Randy Sugarman ("Plaintiff") and Defendants IRZ Consulting, LLC and Lindsay Corporation (collectively, "Defendants"), to file and serve Objections to Findings and Recommendations for De Novo Consideration of the District Court as to Plaintiff's Third Motion for Partial Summary Judgment, dated May 8, 2025, Doc. No. 844 (the "Report and Recommendation").

The Court, after reviewing the Stipulation (attached hereto as Exhibit "A") finds that the same should be APPROVED.

IT IS THEREFORE ORDERED that Plaintiff and Defendants shall have until May 29, 2025 to file and serve Objections to the Report and Recommendation.

Dated: May 22, 2025

By the Court

*[signature]*
René Lastreto II, Judge
United States Bankruptcy Court

Exhibit "A"

| | |
|---|---|
| 1 | **3** |
| | **WANGER JONES HELSLEY PC** |
| 2 | 265 E. River Park Circle, Suite 310 |
| | Fresno, California 93720 |
| 3 | Telephone: (559) 233-4800 |
| | Facsimile: (559) 233-9330 |
| 4 | Riley C. Walter #91839 |
| | *rwalter@wjhattorneys.com* |
| 5 | Kurt F. Vote #160496 |
| | *kvote@wjhattorneys.com* |
| 6 | |
| 7 | **ZUCKERMAN SPAEDER LLP** |
| | 2100 L Street, NW Ste. 400 |
| 8 | Washington, D.C. 20037 |
| | Telephone: (202) 788-1800 |
| 9 | Carl S. Kravitz, *pro hac vice* |
| | *ckravitz@zuckerman.com* |
| 10 | R. Miles Clark, *pro hac vice* |
| | *mclark@zuckerman.com* |
| 11 | |
| 12 | Attorneys for: Plaintiff RANDY SUGARMAN, Chapter 11 Trustee |

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | | |
|---|---|---|
| In re | | Bankruptcy Case No. 18-11651-A-11 |
| GREGORY JOHN TE VELDE, | | Chapter 11 |
| Debtor. | | Adv. Pro. No. 19-01033-B |
| RANDY SUGARMAN, Chapter 11 Trustee, | | DCN: WJH-004 |
| Plaintiff, | | **STIPULATION TO EXTEND TIME FOR OBJECTIONS TO REPORT AND RECOMMENDATION [FED. R. BANKR. P. 9033(b)(3)]** |
| v. | | |
| IRZ CONSULTING, LLC aka IRZ CONSTRUCTION DIVISION, LLC and LINDSAY CORPORATION, a Delaware corporation, doing business under the fictitious name of IRZ CONSTRUCTION DIVISION, LLC; | | Judge: Hon. René Lastreto II |
| Defendants. | | |

---

4872-7144-5685, v. 1        STIPULATION TO EXTEND TIME FOR OBJECTIONS TO REPORT AND RECOMMENDATION

1

| | |
|---|---|
| 1 | AND RELATED THIRD PARTY COMPLAINT AND CONSOLIDATED ACTIONS. |
| 2 | |
| 3 | |

## STIPULATION

Pursuant to Rule 9033(b)(3), Plaintiff Randy Sugarman ("Plaintiff"), by and through his attorneys, and Defendants IRZ Consulting, LLC and Lindsay Corporation (collectively, "Defendants"), by and through their attorneys, hereby stipulate and agree to briefly extend the time within which the parties may file and serve Objections to Findings and Recommendations for De Novo Consideration of the District Court as to Plaintiff's Third Motion for Partial Summary Judgment, dated May 8, 2025, Doc. No. 844 (the "Report and Recommendation"), as follows:

WHEREAS, in accordance with Rule 9033(b)(1), Objections to the Report and Recommendation currently shall be filed and served by May 22, 2025;

WHEREAS, under Rule 9033(b)(3), on a request made before the time to file Objections expires, the Bankruptcy Court may, for cause, extend any party's time to file for no more than 21 days after the time otherwise expires;

WHEREAS, Plaintiff intends to file an Objection to the Report and Recommendation;

WHEREAS, undersigned Plaintiff's counsel has immovable deadlines in other matters, which has impacted counsel's ability to prepare and file an Objection within the time period provided under Rule 9033(b)(1), and co-counsel for Plaintiff has been out of the country the past two weeks;

WHEREAS, the parties have conferred and agree that an extension of seven (7) days is warranted under the circumstances, and that a mutual extension of seven (7) days will be provided to Defendants to file their response to the Objection;

WHEREAS, this is the parties' first stipulation regarding this issue.

NOW THEREFORE, Plaintiff and Defendants agree that the deadline for Plaintiff to file and serve an Objection to the Report and Recommendation is extended to May 29, 2025, and the deadline for Defendants to file their response to the Objection is extended to June 19, 2025.

4872-7144-5685, v. 1    STIPULATION TO EXTEND TIME FOR OBJECTIONS TO REPORT AND RECOMMENDATION

| | | |
|---|---|---|
| 1 | DATED: MAY 21, 2025 | ZUCKERMAN SPAEDER LLP |
| 2 | | By:   /s/ *Carl S. Kravitz* |
| 3 | |     Carl S. Kravitz, *pro hac vice* |
| | |     R. Miles Clark, *pro hac vice* |
| 4 | |     Attorneys for |
| | |     Randy Sugarman, Chapter 11 Trustee |
| 5 | DATED: MAY 21, 2025 | MILLER NASH LR LLP |
| 6 | | |
| 7 | | By:   /s/ *Kyle Sciuchetti* |
| | |     Kyle D. Sciuchetti |
| 8 | |     Attorneys for IRZ CONSULTING, LLC |
| | |     And LINDSAY CORPORATION |

3

4872-7144-5685, v. 1      STIPULATION TO EXTEND TIME FOR OBJECTIONS TO REPORT AND RECOMMENDATION