MILLER NASH LLP
Kyle D. Sciuchetti, Admitted Pro Hac Vice
   *kyle.s@millernash.com*
Bernard Kornberg, CSB No. 252006
   *Bernie.kornberg@millernash.com*
Benjamin P. Tarczy, CSB No. 308367
   *benjamin.tarczy@millernash.com*
1140 SW Washington St, Ste 700
Portland, Oregon 97204
Telephone:   503.224.5858
Facsimile:   503.224.0155

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
Hagop T. Bedoyan, CSB No. 131285
7647 North Fresno Street
Fresno, California 93720
Telephone:   559.433.1300
Facsimile:   559.433.2300

Attorneys for IRZ Consulting, LLC and Lindsay Corporation

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>GREGORY JOHN TE VELDE,<br><br>Debtor. | Bankruptcy Case No. 18-11651-A-11<br><br>Chapter 11<br><br>Adv. Pro. No. 19-01033-B |
| RANDY SUGARMAN, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>IRZ CONSULTING, LLC et al.;<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | DC No. MNG-6<br><br>**ORDER ON STIPULATION BETWEEN DEFENDANTS IRZ CONSULTING, LLC AND LINDSAY CORPORATION AND DARI-TECH, INC. TO EXTEND DEADLINE FOR RESPONSE TO OBJECTIONS TO BANKRUPTCY COURT'S FINDINGS AND RECOMMENDATIONS AS TO DARI-TECH'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. Rene Lastreto |

The Court, having reviewed the stipulation between Defendants Cross-Complainant IRZ Consulting, LLC, aka IRZ Construction Division, LLC ("IRZ") and Lindsay Corporation ("Lindsay Corp.") (and collectively, the "IRZ Parties") and Third-Party Defendant Dari-Tech, Inc. ("Dari-Tech") to extend the deadline for the IRZ Parties to respond to Third-Party Defendant Dari-Tech, Inc's Objections to the Bankruptcy Court's Findings And Recommendations As To Dari-Tech's Second Motion For Summary Judgment ("the Objections") from May 22, 2025 to May 29, 2025, a copy of which is attached as <u>Exhibit A</u> to this Order, and for good cause showing, hereby approves it.

IT IS THEREFORE ORDERED THAT, pursuant to Federal Rule of Bankruptcy Procedure 9033(b), the deadline for the IRZ Defendants to respond to the Objections is extended from May 22, 2025 to May 29, 2025.

Dated: May 27, 2025

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

# EXHIBIT A

**3**

1  MILLER NASH LLP
   Kyle D. Sciuchetti, Admitted Pro Hac Vice
2     *kyle.s@millernash.com*
   Bernard Kornberg, CSB No. 252006
3     *Bernie.kornberg@millernash.com*
   Benjamin P. Tarczy, CSB No. 308367
4     *benjamin.tarczy@millernash.com*
   1140 SW Washington St, Ste 700
5  Portland, Oregon 97204
   Telephone:    503.224.5858
6  Facsimile:    503.224.0155

7  MCCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
8  Hagop T. Bedoyan, CSB No. 131285
   7647 North Fresno Street
9  Fresno, California 93720
   Telephone:    559.433.1300
10 Facsimile:    559.433.2300

11

12 Attorneys for IRZ Consulting, LLC and Lindsay
   Corporation

13
                   UNITED STATES BANKRUPTCY COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15
                            FRESNO DIVISION
16

| | |
|---|---|
| In re | Bankruptcy Case No. 18-11651-A-11 |
| GREGORY JOHN TE VELDE, | Chapter 11 |
| Debtor. | Adv. Pro. No. 19-01033-B |
| | DC No. MNG-6 |
| RANDY SUGARMAN, CHAPTER 11 TRUSTEE, | **STIPULATION BETWEEN DEFENDANTS IRZ CONSULTING, LLC AND LINDSAY CORPORATION AND DARI-TECH, INC. TO EXTEND DEADLINE FOR RESPONSE TO OBJECTIONS TO BANKRUPTCY COURT'S FINDINGS AND RECOMMENDATIONS AS TO DARI-TECH'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | |
| v. | |
| IRZ CONSULTING, LLC et al.; | |
| Defendants. | Judge:      Hon. Rene Lastreto |
| AND RELATED CROSS-ACTIONS | |

1  Defendants Cross-Complainant IRZ Consulting, LLC, aka IRZ Construction Division,
2  LLC ("IRZ") and Lindsay Corporation ("Lindsay Corp.") (and collectively, the "IRZ Parties")
3  and Third-Party Defendant Dari-Tech, Inc. ("Dari-Tech") hereby stipulate to extend the deadline
4  for the IRZ Parties to respond to Third-Party Defendant Dari-Tech, Inc's Objections to the
5  Bankruptcy Court's Findings And Recommendations as To Dari-Tech's Second Motion For
6  Summary Judgment ("the Objections") from May 22, 2025 to May 29, 2025 as follows.
7  Whereas, on April 24, 2025, this Court entered its Findings and Recommendations For De
8  Novo Consideration of the District Court as to Dari-Tech, Inc.'s Second Motion For Summary
9  Judgment (the "Findings and Recommendation");
10  Whereas, on May 8, 2025, Dari-Tech filed with the District Court the Objections;
11  Whereas, pursuant to Federal Rule of Bankruptcy Procedure 9033(b)(1), "[a] party may
12  respond to another party's objections within 14 days after being served with a copy";
13  Whereas, counsel for the IRZ Parties, to due preexisting commitments and certain new
14  matters which require urgent attention, has requested an additional seven days to respond to the
15  Objections; and
16  Whereas, pursuant to Federal Rule of Bankruptcy Procedure 9033(b)(3), the jurisdiction to
17  extend the deadline to respond to the Objections is vested in this Court.
18  THEREFORE, IT IS STIPULATED THAT, pursuant to Federal Rule of Bankruptcy
19  Procedure 9033(b), the deadline for the IRZ Defendants to respond to the Objections is extended
20  from May 22, 2025 to May 29, 2025.
21
22  //
23  //
24  //
25  //
26  //
27  //
28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 22, 2025 | MILLER NASH LLP |
| 3 | | |
| 4 | | By: */s/ Kyle D. Sciuchetti* |
| 5 | |     Kyle D. Sciuchetti, OSB No. 965705, admitted *pro hac vice*<br>    Bernard Kornberg, CSB No. 252006 |
| 6 | |     Benjamin P. Tarczy, CSB No. 308367<br>    Hagop T. Bedoyan, CSB No. 13285 |
| 7 | | Attorneys for IRZ Consulting, LLC and Lindsay Corporation |
| 8 | | |
| 9 | Dated: May 21, 2025 | BADLEY MULLINS TURNER PLLC |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ Duncan C. Turner<br>    Duncan C. Tuner (Pro Hac Vice) |
| 13 | | Attorneys for Dari-Tech, Inc. |

Miller Nash LLP
Attorneys At Law
Portland

- 3 -

STIPULATION TO EXTEND DEADLINE TO RESPOND TO OBJECTION

4901-6680-8901.1