**55**

**WANGER JONES HELSLEY PC**
Riley C. Walter  #91839
Kurt F. Vote  #160496
265 E. River Park Circle, Suite 310
Fresno, CA  93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330
Email:         rwalter@wjhattorneys.com
                   kvote@wjhattorneys.com

**ZUCKERMAN SPAEDER LLP**
Carl S. Kravitz, *pro hac vice*
R. Miles Clark, *pro hac vice*
1800 M Street, NW, Suite 1000
Washington, DC 20036
Telephone:   (202) 778-1800
Facsimile:   (202) 822-8106
Email:         ckravitz@zuckerman.com
                   mclark@zuckerman.com

Attorneys for:  Plaintiff RANDY SUGARMAN, Liquidating Trustee

## UNITED STATES BANKRUPTCY COURT
## EASTERN DIVISION OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>GREGORY JOHN TE VELDE,<br><br>Debtor,<br><br>RANDY SUGARMAN, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>IRZ CONSULTING, LLC aka IRC CONSTRUCTION DIVISION, LLC,<br><br>Defendants.<br><br>AND RELATED THIRD PARTY COMPLAINT AND CONSOLIDATED ACTIONS. | Bankruptcy Case No. 18-11651-A-11<br><br>Chapter 11<br><br>Adv. Pro. No. 19-01033-B<br><br>DCN: MNG-5<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS'STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  July 16, 2025<br>Time:  11:00 a.m.<br>Place:  2800 Tulare Street<br>           Fresno, CA 93721<br>           5th Floor, Courtroom 13<br>Judge: Honorable Rene Lastreto II |