**2**

MILLER NASH LLP
Kyle D. Sciuchetti, Admitted Pro Hac Vice
   *kyle.s@millernash.com*
Bernard Kornberg, CSB No. 252006
   *Bernie.kornberg@millernash.com*
Benjamin P. Tarczy, CSB No. 308367
   *benjamin.tarczy@millernash.com*
1140 SW Washington St, Ste 700
Portland, OR 97205
Telephone:   503.224.5858
Facsimile:   503.224.0155

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Hagop T. Bedoyan, CSB No. 131285
7647 North Fresno Street
Fresno, California 93720
Telephone:   559.433.1300
Facsimile:   559.433.2300

Attorneys for IRZ Consulting, LLC and Lindsay Corporation

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>GREGORY JOHN TE VELDE,<br><br>Debtor. | Bankruptcy Case No. 18-11651-A-11<br><br>Chapter 11<br><br>Adv. Pro. No. 19-01033-B |
| RANDY SUGARMAN, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>IRZ CONSULTING, LLC et al.;<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | DC No. MNG-5<br><br>**DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFF RANDY SUGARMAN'S OPPOSITION TO IRZ'S RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:   July 16, 2025<br>Time:   11:00 a.m.<br>Place:   Dept. B, Ctr. 13, 5th Fl.<br>   U.S. Bankruptcy Court<br>   2500 Tulare Street<br>   Fresno, CA<br>Judge:   Hon. Rene Lastreto |

-1-

Miller Nash LLP
Attorneys At Law
Portland

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Defendant IRZ Consulting LLC's ("IRZ") hereby submits the following evidentiary objections to evidence submitted in support of Plaintiff Randy Sugarman's ("Trustee") Opposition to IRZ's Renewed Motion for Summary Judgment.[1]

| Evidence Presented to Which IRZ's Objection is Being Made | Reference to Trustee's Undisputed Facts Supported by Evidence Objected to | The Legal Basis Supporting the Objection Asserted |
|---|---|---|
| The Expert Report of Jesse D. Frederick ("Lost Valley Farms/Willow Creek Dairy Engineering Report"), dated July 2024. See Trustee Opp. at 25. | *N/A* | Hearsay, Fed.R.Evid. 801, Escobar v. AirBus Helicopters SAS, 2016 WL 6024441, at *1 (D. Haw. Oct. 4, 2016); Alexie v. United States, 2009 WL 160354, at *1 (D. Alaska Jan. 21, 2009) |

MILLER NASH LLP

By: /s/ Kyle D. Sciuchetti
Kyle D. Sciuchetti, Adm. *Pro Hac Vice*
Bernard Kornberg, CSB No. 252006
Benjamin P. Tarczy, CSB No. 308367
*Attorneys for Defendant*
IRZ Consulting, LLC

4907-1250-1074.2

---

[1] These evidentiary objections should not be construed as a waiver as to any evidence presented at the time of trial, and IRZ reserves its right to raise further evidentiary objections at the time of trial.