**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES**

---

**Case Title:** Gregory John te Velde
**Adversary Title:** Sugarman v. IRZ Consulting, LLC et al

**Case No.:** 18-11651 - B - 11
**Adv No.:** 19-01033

**Docket Control No.** MNG-7
**Date:** 07/16/2025
**Time:** 11:00 AM

**Matter:** [857] - Motion/Application for Clarification as to Findings and Recommendations for De Novo Consideration of the District Court as to Plaintiff's Third Motion for Partial Summary Judgment [MNG-7] Filed by Defendants IRZ Consulting, LLC, Lindsay Corporation (kwis)

**Judge: René Lastreto II
Courtroom Deputy: Elizabeth Roberts
Reporter: Not Recorded
Department: B**

---

**APPEARANCES for:
Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Motion Dropped from calendar, Resolved without Oral Argument

The court will prepare the order.

The court hereby exercises its authority to resolve this motion on the pleadings without need for oral argument.

> Unless the assigned judge determines that the resolution of the motion does not require oral argument, he or she may hear appropriate and reasonable oral argument. Alternatively, the motion may be submitted upon the record and briefs on file if the parties stipulate thereto, or the judge so orders, subject to the power of the judge to reopen the matter for further briefs, oral argument or both.

LBR 9014-1(h). All pleadings will be closed as of July 16, 2025. The court anticipates entering an order on the motion sometime in early to mid-August. After submission of the court's ruling on the motion, the court will order one party to prepare the order when the ruling is issued.