**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No.: 18-11651 - B - 11
Gregory John te Velde,             ) Adv No.: 19-01033
         Debtor.                   ) Docket Control No.: MNG-5
                                   ) Document No.: 830
                                   )
                                   )
Sugarman,                          ) Date: 07/16/2025
         Plaintiff,                ) Time: 11:00 AM
v.                                 ) Dept: B
IRZ Consulting, LLC et al.,        )
         Defendants.               )
                                   )
```

**Order**

For the reasons set forth in the court's minutes, docket number 886,

IT IS ORDERED that the motion for summary judgment is CONTINUED to September 10, 2025, at 11:00 a.m., in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

Dated: Jul 29, 2025

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[830] - Motion/Application For Summary Judgment [MNG-5] Filed by Defendants IRZ Consulting, LLC, Lindsay Corporation (kwis) [830] - Motion/Application for Partial Summary Judgment [MNG-5] Filed by Defendants IRZ Consulting, LLC, Lindsay Corporation (kwis)

Filed 07/29/25  Case 19-01033  Doc 890

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Randy Sugarman
583 1st St W
Sonoma CA 95476

Carl S. Kravitz
2100 L Street, NW
Ste 400
Washington DC 20037

D. Gary Christensen
3400 U.S. Bancorp Tower 111 S.W. 5th Ave
Portland OR 97204

Hagop T. Bedoyan
7647 N. Fresno Street
Fresno CA 93720

Kurt F. Vote
265 E. River Park Circle, Suite 310
Fresno CA 93720

R. Miles Clark
Zuckerman Spaeder LLLP
2100 L Street, NW, Suite 400
Washington DC 20037-1525

Ryan C. Hall
Miller Nash LLP
1140 SW Washington Street Suite 700
Portland OR 97205

Scot M. Tyler
100 N. Tryon St #4700
Charlotte NC 28202

Vanessa Triplett Kuchulis
111 S. W. 5th Ave #3400
Portland OR 97204

John H. MacConaghy
645 First St., West, Suite D
Sonoma CA 95476

Riley C. Walter
265 E River Park Cir #310
Fresno CA 93720