**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No.: 18-11651 - B - 11
Gregory John te Velde,         ) Adv No.: 19-01033
         Debtor.               ) Docket Control No.: MNG-7
                               ) Document No.: 857
_____)
                               )
Sugarman,                      ) Date: 07/16/2025
         Plaintiff,            ) Time: 11:00 AM
v.                             ) Dept: B
IRZ Consulting, LLC et al.,    )
         Defendants.           )
_____)
```

**Order**

For the reasons set forth in the court's minutes, docket number 887,

IT IS ORDERED that the motion for clarification as to findings and recommendations for de novo consideration of the district court as to plaintiff's third motion for partial summary judgment is DROPPED FROM CALENDAR.

Dated: Jul 29, 2025

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[857] - Motion/Application for Clarification as to Findings and Recommendations for De Novo Consideration of the District Court as to Plaintiff's Third Motion for Partial Summary Judgment [MNG-7] Filed by Defendants IRZ Consulting, LLC, Lindsay Corporation (kwis)