**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Riley C. Walter, # 91839
 rwalter@wjhattorneys.com
Kurt F. Vote, # 160496
 kvote@wjhattorneys.com

Attorneys for: Plaintiff RANDY SUGARMAN, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br>GREGORY JOHN TE VELDE,<br>    Debtor. | Bankruptcy Case No. 18-11651-B<br>Chapter 11<br>Adv. Pro. No. 19-01033-B |
| RANDY SUGARMAN, Chapter 11 Trustee,<br>    Plaintiff,<br>    v.<br>IRZ CONSULTING, LLC aka IRZ CONSTRUCTION DIVISION, LLC and LINDSAY CORPORATION, a Delaware corporation, doing business under the fictitious name of IRZ CONSTRUCTION DIVISION, LLC;<br>    Defendants.<br>AND RELATED THIRD PARTY COMPLAINT AND CONSOLIDATED ACTIONS. | **PLAINTIFF'S STATUS REPORT**<br><br>Status Conference:<br><br>Date: November 19, 2025<br>Time: 11:00 a.m.<br><br>Place: Dept. B, Courtroom 13, 5th Floor<br>    United States Courthouse<br>    2500 Tulare St., Fresno, California<br>Judge: Hon. René Lastreto, II |

///

///

## STATUS OF THE PLEADINGS

It is Plaintiff's understanding that all named Third Party Defendants to the IRZ Cross-Claim have either answered, been defaulted, or been dismissed. Plaintiff does not currently anticipate amendments to his operative pleading; however, Plaintiff reserves the right to seek such an amendment under the Federal Rules of Civil Procedure, as made applicable to this matter by the Federal Rules of Bankruptcy Procedure, including amendments to conform to the evidence.

## JURISDICTION

Defendant IRZ timely demanded a jury trial, and the case has already been through a heavily-briefed Motion to Withdraw Reference before the District Court. The District Court agreed that IRZ had a right to a jury trial and final judgment by an Article III court. However, it sent the case back to this Court to manage the discovery and other pretrial proceedings.

## ADR

The parties mediated this case with mediator Michael Timpane on August 31, 2022 and April 27, 2023. Further, Plaintiff and Defendants IRZ CONSULTING, LLC aka IRZ CONSTRUCTION DIVISION, LLC and LINDSAY CORPORATION, a Delaware corporation, doing business under the fictitious name of IRZ CONSTRUCTION DIVISION, LLC mediated the case with Anthony Piazza on August 12, 2024. The parties were unable to reach a settlement.

## FURTHER PROCEEDINGS

Several parties, including Plaintiff, IRZ, Lindsay, and Dari-Tech, have all filed Motions for Summary Judgment and/or Partial Summary Judgment, which were heard by this Court on April 23, 2025 at 11:00 a.m. The Court filed a Report and Recommendation denying Dari-Tech's motion on April 24, 2025. The Court filed a Report and Recommendation granting in part and denying in part Plaintiff's Motion for Partial Summary Judgment on May 8, 2025, which was clarified by the Court on August 20, 2025. The Court denied IRZ's and Lindsay's Motion for Summary Judgment without prejudice on April 22, 2025 because of a procedural deficiency. IRZ and Lindsay refiled their Motion, which was argued

on September 10, 2025 and is under submission. When IRZ's and Lindsay's Motion is decided by the Court, all of the recently-filed Summary Judgment Motions will have been decided by the Court. It is Plaintiff's understanding that the reference will be withdrawn and this case will be returned to the District Court for further pre-trial and trial proceedings.

Dated: November 11, 2025            WANGER JONES HELSLEY PC

By: _____/s/ Kurt F. Vote_____
Kurt F. Vote
Attorneys for
Randy Sugarman, Chapter 11 Trustee